















RYC   9/26/05   11:58

3:05-CV-01392   QUALCOMM INC V. BROADCOM CORP

*21*

*ANS/CNT.*

1  ROBERT S. BREWER, JR. (SBN 65294)
   JAMES S. MCNEILL (SBN 201663)
2  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
3  San Diego, CA  92101
   Telephone:    (619) 595-5400
4  Facsimile:    (619) 595-5450

5  WILLIAM F. LEE (*admitted pro hac vice*)
   MARK D. SELWYN (*admitted pro hac vice*)
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  60 State Street
   Boston, MA 02109
8  Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000

9  JAMES L. QUARLES III (*admitted pro hac vice*)
   WILMER CUTLER PICKERING
10   HALE AND DORR LLP
   1455 Pennsylvania Avenue, N.W.
11  Washington, D.C. 20004
   Telephone:    (202) 942-8400
12  Facsimile:    (202) 942-8484

13  THOMAS J. WIMBISCUS (*admitted pro hac vice*)
   STEPHEN F. SHERRY (*admitted pro hac vice*)
14  GREGORY C. SCHODDE (*admitted pro hac vice*)
   MCANDREWS, HELD & MALLOY, LTD.
15  500 West Madison Street, 34th Floor
   Chicago, Illinois 60661
16  Telephone:    (312) 775-8000
   Facsimile:    (312) 775-8100

17  Attorneys for Defendant/Counterclaimant
18  BROADCOM CORPORATION

19  **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF CALIFORNIA**

20  QUALCOMM INCORPORATED,

21          Plaintiff,

           v.

22
   BROADCOM CORPORATION,
23
           Defendant.
24

25  BROADCOM CORPORATION,

26          Counterclaimant,

27        v.

   QUALCOMM INCORPORATED,
28
           Counterdefendant.

Case No.  05 CV 01392 B (BLM)

**BROADCOM CORPORATION'S ANSWER AND COUNTERCLAIMS TO QUALCOMM INCORPORATED'S COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Judge:   Hon. Rudi M. Brewster

ORIGINAL

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

FILED
SEP 2 3 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY

05 CV 01392

1    Pursuant to Rules 8, 12, and 13 of the Federal Rules of Civil Procedure and the Local

2    Rules of this Court, the defendant Broadcom Corporation ("Broadcom") answers the allegations

3    of Qualcomm Incorporated's ("Qualcomm") Complaint for Patent Infringement (the

4    "Complaint") and asserts counterclaims as follows:

**PARTIES**

6    1.    Upon information and belief, Broadcom admits the allegations in paragraph 1 of

7    the Complaint.

8    2.    Broadcom admits the allegations in paragraph 2 of the Complaint.

9    3.    Broadcom admits the allegations in paragraph 3 of the Complaint.

**JURISDICTION AND VENUE**

11    4.    Broadcom admits that Qualcomm has alleged patent infringement in this action.

12    No answer is required to the remaining allegations contained in paragraph 4 of the Complaint,

13    which merely state conclusions of law.

14    5.    Broadcom denies that it has committed, and is continuing to commit, acts of

15    infringement in this district.  No answer is required to the remaining allegations contained in

16    paragraph 5 of the Complaint, which merely state conclusions of law.

**GENERAL ALLEGATIONS**

18    6.    Broadcom denies the allegations contained in paragraph 6 of the Complaint.

**THE PATENTS**

20    7.    Broadcom admits that United States Patent No. 5,544,196 (the "'196 Patent") is

21    entitled "Apparatus and Method for Reducing Message Collision Between Mobile Stations

22    Simultaneously Accessing a Base Station in a CDMA Cellular Communication System"; that the

23    '196 Patent indicates that it was issued by the United States Patent and Trademark Office

24    ("USPTO") on August 6, 1996; that the '196 Patent names Edward G. Tiedemann, Jr., Lindsay A.

25    Weaver, Jr., and Roberto Padovani as its purported inventors; and that an uncertified copy of the

26    '196 Patent is attached to the Complaint as Exhibit 1.  Broadcom denies the remaining allegations

27    contained in paragraph 7 of the Complaint.

28

8.      Broadcom admits that United States Patent No. 5,257,283 (the "'283 Patent") is entitled "Spread Spectrum Transmitter Power Control Method and System"; that the '283 Patent indicates that it was issued by the USPTO on October 26, 1993; that the '283 Patent names Klein S. Gilhousen, Roberto Padovani, and Charles E. Wheatley, III as its purported inventors; and that an uncertified copy of the '283 Patent is attached to the Complaint as Exhibit 2.  Broadcom denies the remaining allegations contained in paragraph 8 of the Complaint.

9.      Broadcom admits that United States Patent No. 5,568,483 (the "'483 Patent") is entitled "Method and Apparatus for the Formatting of Data for Transmission"; that the '483 Patent indicates that it was issued by the USPTO on October 22, 1996; that the '483 Patent names Roberto Padovani, Edward G. Tiedemann, Jr., Joseph P. Odenwalder, Ephraim Zehavi, and Charles E. Wheatley, III as its purported inventors; and that an uncertified copy of the '483 Patent is attached to the Complaint as Exhibit 3.  Broadcom denies the remaining allegations contained in paragraph 9 of the Complaint.

10.     Broadcom admits that United States Patent No. 5,778,338 (the "'338 Patent") is entitled "Variable Rate Vocoder"; that the '338 Patent indicates that it was issued by the USPTO on July 7, 1998; that the '338 Patent names Paul E. Jacobs, William R. Gardner, Chong U. Lee, Klein S. Gilhousen, S. Katherine Lam, and Ming-Chang Tsai as its purported inventors; and that an uncertified copy of the '338 Patent is attached to the Complaint as Exhibit 4.  Broadcom denies the remaining allegations contained in paragraph 10 of the Complaint.

11.     Broadcom admits that United States Patent No. 5,655,220 (the "'220 Patent") is entitled "Reverse Link, Transmit Power Correction and Limitation in a Radiotelephone System"; that the '220 Patent indicates that it was issued by the USPTO on August 5, 1997; that the '220 Patent names Ana L. Weiland, Richard K. Kornfeld, and John E. Maloney as its purported inventors; and that an uncertified copy of the '220 Patent is attached to the Complaint as Exhibit 5.  Broadcom denies the remaining allegations contained in paragraph 11 of the Complaint.

12.     Broadcom admits that United States Patent No. 5,590,408 (the "'408 Patent") is entitled "Reverse Link, Transmit Power Correction and Limitation in a Radiotelephone System";

1    that the '408 Patent indicates that it was issued by the USPTO on December 31, 1996; that the

2    '408 Patent names Ana L. Weiland, Richard K. Kornfeld, and John E. Maloney as its purported

3    inventors; and that an uncertified copy of the '408 Patent is attached to the Complaint as

4    Exhibit 6. Broadcom denies the remaining allegations contained in paragraph 12 of the

5    Complaint.

6         13.    Broadcom admits that United States Patent No. 5,638,412 (the "'412 Patent") is

7    entitled "Method for Providing Service and Rate Negotiation in a Mobile Communication

8    System"; that the '412 Patent indicates that it was issued by the USPTO on June 10, 1997; that

9    the '412 Patent names Robert D. Blakeney, II and Edward G. Tiedemann as its purported

10   inventors; and that an uncertified copy of the '412 Patent is attached to the Complaint as

11   Exhibit 7. Broadcom denies the remaining allegations contained in paragraph 13 of the

12   Complaint.

13        14.    Broadcom denies the accuracy of Qualcomm's characterization of the patents-in-

14   suit but otherwise admits the allegations contained in paragraph 14 of the Complaint.

15        15.    Broadcom denies the allegations contained in paragraph 15 of the Complaint.

16        16.    Broadcom denies the allegations contained in paragraph 16 of the Complaint.

17                                    **COUNT I**

18        17.    Broadcom incorporates its responses to paragraphs 1-16 of the Complaint as

19   though fully set forth herein.

20        18.    Broadcom denies the allegations contained in paragraph 18 of the Complaint.

21        19.    Broadcom denies the allegations contained in paragraph 19 of the Complaint.

22        20.    Broadcom denies the allegations contained in paragraph 20 of the Complaint.

23        21.    Broadcom denies the allegations contained in paragraph 21 of the Complaint.

24                      **DEFENSES AND AFFIRMATIVE DEFENSES**

25                            **FIRST AFFIRMATIVE DEFENSE**

26        22.    Qualcomm is not entitled to any relief against Broadcom because Broadcom has

27   not directly or indirectly infringed the '196 Patent, the '283 Patent, the '483 Patent, the '338

28

1   Patent, the '220 Patent, the '408 Patent, and/or the '412 Patent (collectively, "the Qualcomm

2   Patents").

### SECOND AFFIRMATIVE DEFENSE

3

4   23.   One or more of the claims of the Qualcomm Patents are invalid for failing to meet

5   one or more of the requisite statutory and decisional requirements and/or conditions for

6   patentability under Title 35 of the United States Code, including without limitation, §§ 102, 103,

7   and 112.

### THIRD AFFIRMATIVE DEFENSE

8

9   24.   One or more of the Qualcomm Patents are unenforceable against Broadcom

10  because of estoppel, collateral estoppel, laches, waiver, unclean hands, or other applicable

11  equitable doctrines.

### FOURTH AFFIRMATIVE DEFENSE

12

13  25.   Qualcomm's right to seek damages is limited, including without limitation by 35

14  U.S.C. §§ 286 and 287. Upon information and belief, Qualcomm has not previously marked its

15  products or otherwise given notice to Broadcom of the Qualcomm Patents.

### FIFTH AFFIRMATIVE DEFENSE

16

17  26.   Broadcom is exempt from liability for infringement in whole or in part to the

18  extent that any of the alleged inventions described in and allegedly covered by the Qualcomm

19  Patents are used, manufactured, or sold by or for Broadcom, its suppliers, and/or its customers

20  pursuant to a license.

### COUNTERCLAIMS

21

22  Broadcom Corporation for its counterclaims against Qualcomm Incorporated alleges as

23  follows:

### PARTIES

24

25  1.   Counterclaim-plaintiff Broadcom Corporation ("Broadcom") is a corporation

26  organized and existing under the laws of the state of California, with its principal place of

27  business in Irvine, California.

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 5 -

05 CV 01392

2.      Upon information and belief, counterclaim-defendant Qualcomm Incorporated ("Qualcomm") is a corporation organized and existing under the laws of the state of Delaware, with a principal place of business in San Diego, California.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), and 2201.

4.      Qualcomm is subject to personal jurisdiction in this District.

5.      Venue for this action is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## FACTS

6.      Upon information and belief, Qualcomm claims to be the owner of all rights, titles, and interests in and to the '196 Patent, the '283 Patent, the '483 Patent, the '338 Patent, the '220 Patent, the '408 Patent, and the '412 Patent (collectively, "the Qualcomm Patents").

7.      Qualcomm has accused Broadcom of infringement of the Qualcomm Patents.

8.      An actual case or controversy exists between the parties concerning the infringement, validity, and enforceability of one or more of the claims of the Qualcomm Patents.

## COUNT ONE

### (Non-infringement and Invalidity of the '196 Patent)

9.      Broadcom repeats and realleges the allegations of the preceding counterclaim paragraphs 1-8 as if fully set forth herein.

10.     Broadcom has not directly or indirectly infringed and is not directly or indirectly infringing the '196 Patent, including because, and to the extent that, any of the alleged inventions allegedly covered by the '196 Patent is used, sold, or manufactured by Broadcom, its suppliers, and/or its customers pursuant to a license.

11.     One or more claims of the '196 Patent are invalid for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability under Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

1    12.    Broadcom is entitled to a declaratory judgment that it has not infringed and is not

2  infringing the '196 Patent, and that the '196 Patent is invalid.

3                                    **COUNT TWO**

4                **(Non-infringement and Invalidity of the '283 Patent)**

5    13.    Broadcom repeats and realleges the allegations of the preceding counterclaim

6  paragraphs 1-8 as if fully set forth herein.

7    14.    Broadcom has not directly or indirectly infringed and is not directly or indirectly

8  infringing the '283 Patent, including because, and to the extent that, any of the alleged inventions

9  allegedly covered by the '283 Patent is used, sold, or manufactured by Broadcom, its suppliers,

10  and/or its customers pursuant to a license.

11    15.    One or more claims of the '283 Patent are invalid for failing to meet one or more

12  of the requisite statutory and decisional requirements and/or conditions for patentability under

13  Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

14    16.    Broadcom is entitled to a declaratory judgment that it has not infringed and is not

15  infringing the '283 Patent, and that the '283 Patent is invalid.

16                                   **COUNT THREE**

17                **(Non-infringement and Invalidity of the '483 Patent)**

18    17.    Broadcom repeats and realleges the allegations of the preceding counterclaim

19  paragraphs 1-8 as if fully set forth herein.

20    18.    Broadcom has not directly or indirectly infringed and is not directly or indirectly

21  infringing the '483 Patent, including because, and to the extent that, any of the alleged inventions

22  allegedly covered by the '483 Patent is used, sold, or manufactured by Broadcom, its suppliers,

23  and/or its customers pursuant to a license.

24    19.    One or more claims of the '483 Patent are invalid for failing to meet one or more

25  of the requisite statutory and decisional requirements and/or conditions for patentability under

26  Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

27    20.    Broadcom is entitled to a declaratory judgment that it has not infringed and is not

28  infringing the '483 Patent, and that the '483 Patent is invalid.

## COUNT FOUR

### (Non-infringement and Invalidity of the '338 Patent)

21.     Broadcom repeats and realleges the allegations of the preceding counterclaim paragraphs 1-8 as if fully set forth herein.

22.     Broadcom has not directly or indirectly infringed and is not directly or indirectly infringing the '338 Patent, including because, and to the extent that, any of the alleged inventions allegedly covered by the '338 Patent is used, sold, or manufactured by Broadcom, its suppliers, and/or its customers pursuant to a license.

23.     One or more claims of the '338 Patent are invalid for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability under Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

24.     Broadcom is entitled to a declaratory judgment that it has not infringed and is not infringing the '338 Patent, and that the '338 Patent is invalid.

## COUNT FIVE

### (Non-infringement and Invalidity of the '220 Patent)

25.     Broadcom repeats and realleges the allegations of the preceding counterclaim paragraphs 1-8 as if fully set forth herein.

26.     Broadcom has not directly or indirectly infringed and is not directly or indirectly infringing the '220 Patent, including because, and to the extent that, any of the alleged inventions allegedly covered by the '220 Patent is used, sold, or manufactured by Broadcom, its suppliers, and/or its customers pursuant to a license.

27.     One or more claims of the '220 Patent are invalid for failing to meet one or more of the requisite statutory and decisional requirements and/or conditions for patentability under Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

28.     Broadcom is entitled to a declaratory judgment that it has not infringed and is not infringing the '220 Patent, and that the '220 Patent is invalid.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

05 CV 01392

1

## COUNT SIX

2

### (Non-infringement and Invalidity of the '408 Patent)

3      29.     Broadcom repeats and realleges the allegations of the preceding counterclaim

4      paragraphs 1-8 as if fully set forth herein.

5      30.     Broadcom has not directly or indirectly infringed and is not directly or indirectly

6      infringing the '408 Patent, including because, and to the extent that, any of the alleged inventions

7      allegedly covered by the '408 Patent is used, sold, or manufactured by Broadcom, its suppliers,

8      and/or its customers pursuant to a license.

9      31.     One or more claims of the '408 Patent are invalid for failing to meet one or more

10     of the requisite statutory and decisional requirements and/or conditions for patentability under

11     Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

12     32.     Broadcom is entitled to a declaratory judgment that it has not infringed and is not

13     infringing the '408 Patent, and that the '408 Patent is invalid.

14

## COUNT SEVEN

15

### (Non-infringement and Invalidity of the '412 Patent)

16     33.     Broadcom repeats and realleges the allegations of the preceding counterclaim

17     paragraphs 1-8 as if fully set forth herein.

18     34.     Broadcom has not directly or indirectly infringed and is not directly or indirectly

19     infringing the '412 Patent, including because, and to the extent that, any of the alleged inventions

20     allegedly covered by the '412 Patent is used, sold, or manufactured by Broadcom, its suppliers,

21     and/or its customers pursuant to a license.

22     35.     One or more claims of the '412 Patent are invalid for failing to meet one or more

23     of the requisite statutory and decisional requirements and/or conditions for patentability under

24     Title 35 of the United States Code, including without limitation, §§ 102, 103, and/or 112.

25     36.     Broadcom is entitled to a declaratory judgment that it has not infringed and is not

26     infringing the '412 Patent, and that the '412 Patent is invalid.

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

05 CV 01392

1

**COUNT EIGHT**

2        37.    Broadcom repeats and realleges the allegations of the preceding counterclaim

3   paragraphs 1-5 as if fully set forth herein.

4        38.    On March 19, 1996, the United States Patent and Trademark Office ("USPTO")

5   duly and legally issued U.S. Patent No. 5,500,872 ("the '872 Patent") titled "Spread Spectrum

6   Base Band Processor."  A copy of the '872 Patent is attached as Exhibit A.  By assignment,

7   Broadcom has acquired and continues to maintain all rights, title, and interest in and to the '872

8   Patent, including the right to sue and collect for damages for past infringement.

9        39.    Qualcomm has infringed and continues to infringe at least one claim of the '872

10  Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling,

11  offering for sale and/or importing into the United States baseband chipsets, cellular phones and/or

12  other electronic devices that embody one or more of the claims of the '872 Patent and/or by

13  practicing the methods of one or more of the claims of the '872 Patent, contributorily, by

14  inducement, or otherwise, in violation of 35 U.S.C. § 271.

15       40.    Qualcomm has engaged in and continues to engage in willful and deliberate

16  infringement of the '872 Patent that justifies an increase of three times the damages to be assessed

17  pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an

18  award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

19       41.    Qualcomm's continued infringement of the '872 Patent is causing and will

20  continue to cause irreparable injury to Broadcom unless Qualcomm's infringement activities are

21  enjoined by this Court.

22

23

**COUNT NINE**

24       42.    Broadcom repeats and realleges the allegations of the preceding counterclaim

25  paragraphs 1-5 as if fully set forth herein.

26       43.    On May 6, 1997, the USPTO duly and legally issued U.S. Patent No. 5,627,412

27  ("the '412 Patent") titled "Dynamically Switchable Power Supply."  A copy of the '412 Patent is

28  attached as Exhibit B.  By assignment, Broadcom has acquired and continues to maintain all

1   rights, title, and interest in and to the '412 Patent, including the right to sue and collect for

2   damages for past infringement.

3       44.     Qualcomm has infringed and continues to infringe at least one claim of the '412

4   Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling,

5   offering for sale and/or importing into the United States electronic devices that embody one or

6   more of the claims of the '412 Patent and/or by practicing the methods of one or more of the

7   claims of the '412 Patent, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. §

8   271.

9       45.     Qualcomm has engaged in and continues to engage in willful and deliberate

10  infringement of the '412 Patent that justifies an increase of three times the damages to be assessed

11  pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an

12  award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

13      46.     Qualcomm's continued infringement of the '412 Patent is causing and will

14  continue to cause irreparable injury to Broadcom unless Qualcomm's infringement activities are

15  enjoined by this Court.

16                              **COUNT TEN**

17      47.     Broadcom repeats and realleges the allegations of the preceding counterclaim

18  paragraphs 1-5 as if fully set forth herein.

19      48.     On August 31, 1999, the USPTO duly and legally issued U.S. Patent No.

20  5,946,344 ("the '344 Patent") titled "Multiple-Rate Direct Sequence Architecture Utilizing a

21  Fixed Chipping Rate and Variable Spreading Code Lengths." A copy of the '344 Patent is

22  attached as Exhibit C. By assignment, Broadcom has acquired and continues to maintain all

23  rights, title, and interest in and to the '344 Patent, including the right to sue and collect for

24  damages for past infringement.

25      49.     Qualcomm has infringed and continues to infringe at least one claim of the '344

26  Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling,

27  offering for sale and/or importing into the United States baseband chipsets, cellular phones and/or

28  other electronic devices that embody one or more of the claims of the '344 Patent and/or by

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

05 CV 01392

1   practicing the methods of one or more of the claims of the '344 Patent, contributorily, by

2   inducement, or otherwise, in violation of 35 U.S.C. § 271.

3      50.   Qualcomm has engaged in and continues to engage in willful and deliberate

4   infringement of the '344 Patent that justifies an increase of three times the damages to be assessed

5   pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an

6   award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

7      51.   Qualcomm's continued infringement of the '344 Patent is causing and will

8   continue to cause irreparable injury to Broadcom unless Qualcomm's infringement activities are

9   enjoined by this Court.

10                          **COUNT ELEVEN**

11     52.   Broadcom repeats and realleges the allegations of the preceding counterclaim

12   paragraphs 1-5 as if fully set forth herein.

13     53.   On June 13, 2000, the USPTO duly and legally issued U.S. Patent No. 6,075,807

14   ("the '807 Patent") titled "Windowed Digital Matched Filter Circuit for Power Reduction in

15   Battery-Powered CDMA Radios."  A copy of the '807 Patent is attached as Exhibit D.  By

16   assignment, Broadcom has acquired and continues to maintain all rights, title, and interest in and

17   to the '807 Patent, including the right to sue and collect for damages for past infringement.

18     54.   Qualcomm has infringed and continues to infringe at least one claim of the '807

19   Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling,

20   offering for sale and/or importing into the United States baseband chipsets, cellular phones and/or

21   other electronic devices that embody one or more of the claims of the '807 Patent and/or by

22   practicing the methods of one or more of the claims of the '807 Patent, contributorily, by

23   inducement, or otherwise, in violation of 35 U.S.C. § 271.

24     55.   Qualcomm has engaged in and continues to engage in willful and deliberate

25   infringement of the '807 Patent that justifies an increase of three times the damages to be assessed

26   pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an

27   award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

28

56.    Qualcomm's continued infringement of the '807 Patent is causing and will continue to cause irreparable injury to Broadcom unless Qualcomm's infringement activities are enjoined by this Court.

### COUNT TWELVE

57.    Broadcom repeats and realleges the allegations of the preceding counterclaim paragraphs 1-5 as if fully set forth herein.

58.    On November 20, 2001, the USPTO duly and legally issued U.S. Patent No. 6,320,896 ("the '896 Patent") titled "RF Receiver having Frequency-Hopping/Direct-Sequence Spread Spectrum Signal Discrimination." A copy of the '896 Patent is attached as Exhibit E. By assignment, Broadcom has acquired and continues to maintain all rights, title, and interest in and to the '896 Patent, including the right to sue and collect for damages for past infringement.

59.    Qualcomm has infringed and continues to infringe at least one claim of the '896 Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling, offering for sale and/or importing into the United States baseband chipsets, cellular phones and/or other electronic devices that embody one or more of the claims of the '896 Patent and/or by practicing the methods of one or more of the claims of the '896 Patent, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. § 271.

60.    Qualcomm has engaged in and continues to engage in willful and deliberate infringement of the '896 Patent that justifies an increase of three times the damages to be assessed pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

61.    Qualcomm's continued infringement of the '896 Patent is causing and will continue to cause irreparable injury to Broadcom unless Qualcomm's infringement activities are enjoined by this Court.

### COUNT THIRTEEN

62.    Broadcom repeats and realleges the allegations of the preceding counterclaim paragraphs 1-5 as if fully set forth herein.

63.    On March 30, 2004, the USPTO duly and legally issued U.S. Patent No. 6,714,559 ("the '559 Patent") titled "Redundant Radio Frequency Network having a Roaming Terminal Communication Protocol." A copy of the '559 Patent is attached as Exhibit F. By assignment, Broadcom has acquired and continues to maintain all rights, title, and interest in and to the '559 Patent, including the right to sue and collect for damages for past infringement.

64.    Qualcomm has infringed and continues to infringe at least one claim of the '559 Patent, either literally or by the doctrine of equivalents, either directly by making, using, selling, offering for sale and/or importing into the United States baseband chipsets, cellular phones and/or other electronic devices that embody one or more of the claims of the '559 Patent and/or by practicing the methods of one or more of the claims of the '559 Patent, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. § 271.

65.    Qualcomm has engaged in and continues to engage in willful and deliberate infringement of the '559 Patent that justifies an increase of three times the damages to be assessed pursuant to 35 U.S.C. § 284 and further qualifies this action as an exceptional case supporting an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

66.    Qualcomm's continued infringement of the '559 Patent is causing and will continue to cause irreparable injury to Broadcom unless Qualcomm's infringement activities are enjoined by this Court.

### PRAYER FOR RELIEF

WHEREFORE, Broadcom requests the Court to enter a judgment in its favor and against Qualcomm as follows:

    a.    Dismiss the Complaint in its entirety, with prejudice;

    b.    Enter judgment in favor of Broadcom and against Qualcomm;

    c.    Declare that Broadcom has not infringed, and is not infringing, the Qualcomm patents;

    d.    Declare that one or more of the claims of the Qualcomm patents are invalid, void, and/or unenforceable against Broadcom;

e.     Award Broadcom its costs (including expert fees), disbursements, and reasonable attorneys' fees incurred in this action, pursuant to 35 U.S.C. § 285;

f.     Declare that Qualcomm has infringed one or more claims of the following U.S. Patents: 5,500,872, 5,627,412, 5,946,344, 6,075,807, 6,320,896, and 6,714,559 (collectively "the Broadcom patents");

g.     Declare that Qualcomm's infringement of one or more claims of the Broadcom patents has been willful;

h.     Award a preliminary and permanent injunction prohibiting Qualcomm, its subsidiaries, divisions, agents, servants, employees, and those in privity with Qualcomm from infringing, contributing to the infringement of, and inducing infringement of the Broadcom patents, and for further proper injunctive relief;

i.     Award to Broadcom damages for Qualcomm's infringement with interest, as well as costs (including expert fees), disbursements, and reasonable attorneys' fees incurred in this action, pursuant to 35 U.S.C. § 285;

j.     Award Broadcom treble damages pursuant to 35 U.S.C. § 284; and

k.     Grant such further relief as is just and proper.

Dated: September 23, 2005

MCKENNA LONG & ALDRIDGE LLP
WILMER CUTLER PICKERING
  HALE AND DORR LLP
MCANDREWS, HELD & MALLOY, LTD.

By: _____
      Robert S. Brewer, Jr.

Attorneys for Defendant/Counterclaimant
BROADCOM CORPORATION

1

## DEMAND FOR JURY TRIAL

2          In accordance with Fed. R. Civ. P. 38(b), Broadcom demands a trial by jury on all issues

3    so triable.

4

5    Dated:  September 23, 2005                    MCKENNA LONG & ALDRIDGE LLP

6                                                 WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
7                                                 MCANDREWS, HELD & MALLOY, LTD.

8

9                                                 By: _____
10                                                      Robert S. Brewer, Jr.

11                                                 Attorneys for Defendant/Counterclaimant
                                                   BROADCOM CORPORATION
12

13   SD:22139436.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

**QUALCOMM INCORPORATED v. BROADCOM CORPORATION**
**United States District Court Case Nos. 05-CV-01392 B (BLM)**

## CERTIFICATE OF SERVICE

I, Jim McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **BROADCOM CORPORATION'S ANSWER AND COUNTERCLAIMS TO QUALCOMM INCORPORATED'S COMPLAINT FOR PATENT INFRINGEMENT**

via personal service, overnight mail (VIA UPS), facsimile or first class mail, as indicated below:

Barry Jerome Tucker, Esq.                         *Attorneys for Plaintiff*
David E. Kleinfeld, Esq.
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Tel.: (858) 450-8478/**Fax: (858) 450-8499**

**Via U.S. Mail**

Christian E. Mammen, Esq.                         *Attorneys for Plaintiff*
James R. Batchelder, Esq.
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Boulevard, Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110/**Fax: (408) 873-0220**

**Via U.S. Mail**

Executed on **September 23, 2005,** in San Diego, California.

_____
Jim McNeill

SD:22138022.1

Case 3:05-cv-01392-B-BLM   Document ...   Filed ...   Page ...

US005500872A

# United States Patent [19]

## Kinney et al.

| | |
|---|---|
| [11] | **Patent Number:** **5,500,872** |
| [45] | **Date of Patent:** **Mar. 19, 1996** |

[54] **SPREAD SPECTRUM BASE BAND PROCESSOR**

[75] Inventors: **Patick W. Kinney; Ronald L. Mahany; Steven E. Koenck**, all of Cedar Rapids, Iowa

[73] Assignee: **Norand Corporation**, Cedar Rapids, Iowa

[21] Appl. No.: **308,810**

[22] Filed: **Sep. 19, 1994**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 229,532, Apr. 19, 1994, which is a continuation-in-part of Ser. No. 129,876, Sep. 30, 1993, abandoned, which is a continuation of Ser. No. 974,731, Nov. 13, 1992, abandoned.

[51] Int. Cl.$^6$ .................................................. H04L 27/30
[52] U.S. Cl. .................................... 375/208; 380/34
[58] Field of Search ........................ 375/200, 208, 375/209, 210; 380/34

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,484,335  11/1984  Mosley et al. ...................... 375/208

| | | | |
|---|---|---|---|
| 4,528,674 | 7/1985 | Sweeney et al. | 375/208 |
| 4,530,103 | 7/1985 | Mosley, Jr. et al. | 375/208 |
| 4,761,795 | 8/1988 | Beier | 375/200 |
| 4,943,975 | 7/1990 | Kurihara et al. | 375/208 |
| 5,031,192 | 7/1991 | Clark | 375/200 |
| 5,395,515 | 3/1995 | Dixon et al. | 375/208 |

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—T. Ghebretinsae
*Attorney, Agent, or Firm*—McAndrews, Held & Malloy, Ltd.

[57] **ABSTRACT**

An apparatus including an antenna and amplifier for receiving and amplifying a spread spectrum signal, at least two correlators for determining the correlation levels of the received signal with respect to the correlators corresponding code sequences, and a comparator for comparing the output levels of the two correlators. A signal detector is operably connect to the correlators for determining when a code sequence has been detected on one of the correlators. A phase-locked loop is controlled by the output of the signal detected unit and triggers a sample and hold device which samples the output of the comparator. A device is also provide to output the decoded data which is held on the sample and hold device.

**3 Claims, 5 Drawing Sheets**





Fig. 1

Fig. 2

Fig. 3

**EXHIBIT A**
**PAGE 2 OF 11**



Fig. 4

Fig. 5

Fig. 6

**EXHIBIT A**
**PAGE 3 OF 11**



*Fig. 7*



*Fig. 8*



*Fig. 9*



*Fig. 10*

EXHIBIT A
PAGE 4 OF 11



Fig. 11

Fig. 12

Fig. 13

Fig. 14

Fig. 15

Fig. 16



Fig. 17

5,500,872

| 1 | 2 |

# SPREAD SPECTRUM BASE BAND PROCESSOR

AUTHORIZATION PURSUANT TO 37 CFR 1.71
(d) (e)

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## CROSS REFERENCE TO RELATED APPLICATIONS

(Claiming Benefit Under 35 U.S.C. 120)

This application is a continuation-in-part of application Ser. No. 08/229,532 filed Apr. 19, 1994 by S. Koenck, et al (Attorney Docket No. DN 37972B) which is in turn a continuation-in-part of application Ser. No. 08/129,876 filed Sept. 30, 1993 now ABN by S. Koenck et al. (Attorney Docket No. DN 37972A) which is in turn a continuation of application Ser. No. 07/974,731 filed Nov. 13, 1992 now ABN by S. Koenck et al. (Attorney Docket No. DN 37972).

## TECHNICAL FIELD

The present invention relates generally to spread spectrum communication used for transmitting and receiving information and more particularly to an improved method and apparatus for receiving and decoding information which has been sent in the spread spectrum band.

## BACKGROUND ART

Spread spectrum communication is a method of transmitting information in which the bandwidth of the signal is deliberately increased, or spread out, over a much wider range than would normally be occupied with conventional modulation transmission. In direct sequence systems, the carrier signal is modulated by code sequences. The code sequences are sequences of binary units, called chips, and have a fixed length, called the chip length.

A particular code sequence is assigned to each bit of information that is to be transmitted. The code signals are typically quite long relative to the bit of information to be transmitted. For example, if the information to be sent is in binary or digital form, a particular code sequence will be assigned to a "0" and a different code sequence will be assigned to a "1". Each code sequence might be 63, 127 or 255 chips long. System using more than two information symbols would require additional code sequences.

As the modulated signal is received, the signal is correlated. That is, the receiving unit is looking for the particular codes used to modulate the carrier signal. The receiving unit simultaneously and continuously looks for all of the possible codes that could be carried on the carrier signal. This task is accomplished by the receiving unit through the use of a series of correlators. Each possible code has its own correlator. Each correlator is looking chip by chip at the sequences as they are received. The output of the correlator is an a signal whose magnitude is determined by how much correlation there is between the sequence received and the sequence it is looking for. If the chip length is n, then the

correlator is always looking at the most recent sequence of n chips that have been received.

The choice of the codes used in spread spectrum communication is very important. Two important considerations in determining what represents a good code are its autocorrelation and its cross-correlation characteristics. Autocorrelation refers to the amount of correlation the code has with itself that exists while the code is being transferred into the correlator. Thus, assume that the signal being received by the correlator is the same sequence, of chip length n, repeated over and over. Autocorrelation refers to the amount of correlation that exists when the most recent n chips consists partially of the end of the previous sequence and partially of the beginning of the new sequence. Codes must be designed to minimize the amount of correlation that occurs during transition between the first sequence and the second sequence and thereby minimize the chance of false correlation.

Cross-correlation refers to the amount of correlation that exists between the different codes in a particular system. For example, in a binary system where a first sequence represents a "0" and a second sequence represents a "1", cross-correlation refers to the amount of correlation that will be detected by one of the correlators when the sequence received is for the other sequence. As a practical matter, cross-correlation cannot be completely eliminated and thus when one sequence is received, and thus a larger correlation signal is outputted by the correlator looking for that sequence, smaller correlation signals are also outputted by the other correlators in the system.

Decoding is accomplished by observing the output of the correlators. In an ideal system, as soon as the entire sequence for a given piece of data has been completely transferred into the correlator a perfect match, that is, complete correlation, would be accomplished. However, in a practical setting, there is a considerable amount of noise which can cause interference in the signal. Thus a match is usually detected by determining a certain threshold that must be met. For the decoder to actually determine that a certain piece of data was indeed sent, some threshold amount of correlation must take place. Thus it can be seen why it is necessary to keep the amount of autocorrelation at a minimum.

In some systems, multiple threshold detections are used. This is an attempt to compensate for the cross-correlation factor. Without multiple thresholds, in an especially noisy environment, it would be possible for the decoder to determine that none of the sequences had matched or, conversely, that multiple sequences had matched. The use of more than one threshold helps to alleviate this problem. If there are two correlation thresholds, a high and a low, then the first situation described might be avoided if one signal only breaks the lower threshold while the other breaks neither. The decoder could assume that while only a low threshold was detected, the other was too low to break either thresholds, then the signal which broke low threshold was the signal sent. The problem of multiple sequence detection might be solved if the real signal breaks the high correlation threshold while the other signal only breaks the low. In this case the decoder can assume that it was the signal that broke the high threshold that was sent.

While the multiple threshold decoder systems help to alleviate some of the false or incorrect sequence detect problems, they do not eliminate them completely. For example, in a noisy environment, when no real signal should actually be detected, the interference from the noise might cause one of the low thresholds to be triggered while the

EXHIBIT A
PAGE 7 OF 11

3

other is not. The decode system then must try to determine whether or not the signal is real in addition to determining which of the signals has been detected. Furthermore, determining the proper level of the thresholds is extremely difficult. The thresholds must be set low enough to detect noise deteriorated signals but not so low as to give false indications. Additionally, the thresholds must be set high enough to assure that a real match has occurred, but not too high for fear of missing a signal sent. Furthermore, the different thresholds must be different enough so as to actually have them signify different degrees of correlation. These differences must be determined with the above considerations in mind.

It should be obvious that setting the thresholds is a difficult task to begin with. It is, however, further complicated by the fact that the environment in which the system must work is constantly changing. Thus, a particular system which may work in one location one time, might not work in the same location the next time without an adjustment of the thresholds. Furthermore, the problem is increased when the spread spectrum system is moved to another location which is constitutes a different environment completely.

Thus, there is a need for a decoding system for spread spectrum communications which does not rely on the use of one or more thresholds for determining the signal which has transmitted.

DISCLOSURE OF THE INVENTION

The present invention relates generally to spread spectrum systems for transmitting and receiving information and more specifically to an improvement in the method in which the transmitted signal is decoded. The received signal passes through at least two correlators which correspond to the different sequence possibilities which are being transmitted. The output of the correlators are then compared to determine which sequence has the strongest correlation. The decode thus determines the signal which was most likely transmitted.

The decoding is further improved by the use of a signal detection circuit which makes it possible for the comparison to occur at the time the information is most likely to be correct. Thus, even if the signals have been greatly deteriorated by environmental noise, an accurate decision is likely to result.

An object of the present invention is to provide an improved decoding receiver for spread spectrum communication.

Another object of the present invention is to provide an improved method of decoding information transmitted in a spread spectrum communication system.

A further object of the present invention is to provide a way of comparing the degrees of correlation for each code sequence used in transmitting information to accurately determine the information transmitted.

Another object of the present invention is to provide a signal detection circuit which allows the comparison of the correlation levels for each code sequence to occur at a time when the levels are most likely to be correct.

Still another object of the present invention is to provide a way of determining and remembering the appropriate time to compare the correlation levels even when a transition detection does not occur.

Other objects, advantages, and novel features of the present invention will become apparent from the following

4

detailed description of the invention when considered in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a receiver for decoding spread spectrum information built in accordance with the present invention;

FIG. 2 is a schematic diagram of a shift register correlator;

FIG. 3 is a diagrammatic illustration of the different levels of correlator output;

FIG. 4 is a diagrammatic illustration of sample outputs in a noiseless environment of the correlators of FIG. 1;

FIG. 5 is a diagrammatic illustration of sample outputs in a noisy environment of the correlators of FIG. 1;

FIG. 6 is a schematic diagram of a SAW correlator;

FIG. 7 is a diagrammatic illustration of sample outputs of the correlators of FIG. 1 after passing through an envelope detector;

FIG. 8 is a diagrammatic illustration of the output of the comparator of FIG. 1 when the sample outputs of FIG. 7 are compared;

FIG. 9 is a schematic diagram of an envelope detector;

FIG. 10 is a schematic diagram of a receiver for decoding spread spectrum information built in accordance with the present invention;

FIG. 11 is a circuit diagram of the transition detector;

FIG. 12 is a diagrammatic illustration of the outputs of the threshold detector of FIG. 13;

FIG. 13 is a partial schematic diagram of the threshold detector;

FIG. 14 is a comparator used to compare the outputs of the transition detector and the threshold detector;

FIG. 15 is a diagrammatic illustration of the wave forms sent to the comparator of FIG. 14;

FIG. 16 is a diagrammatic illustration of the output of the comparator of FIG. 14; and

FIG. 17 is a circuit diagram of another embodiment of the transition and threshold detectors built in accordance with the present invention.

BEST MODES FOR CARRYING OUT THE INVENTION

Referring now to the drawings wherein like reference numerals designate identical or corresponding parts throughout the several views, FIG. 1 shows a spread spectrum band processor (10) built in accordance with the present invention for decoding received spread spectrum transmissions. A spread spectrum transmission is received by an antenna (12), amplified by an amplifier (13), and sent to a first correlator (14) and a second correlator (15). The correlators (14 & 15) are used to identify code sequences which have been used to modify the carrier signal. For example, in this two correlator system, the two correlators (14 & 15) might be used to detect either a code sequence representing a "1" or a code sequence representing a "0".

A correlator determines the level of correlation between the signal which is being received and the particular code sequence it is looking for. The code sequence is a binary sequence of chips. The number of chips determines the code sequence length. The correlator continually compares the received transmission to the code sequence it is looking for on a chip by chip basis. For each chip for which there is a

EXHIBIT A
PAGE 8 OF 11

5,500,872

5

match, the correlator assigns a +1 value. Conversely, for each chip for which there is not a match, the correlator assigns a −1 value. The correlator then sums the total for all of the chips and this number determines the correlator output.

Referring to FIG. 3, the parameters for the output of the correlator are shown. For a correlator which is looking for a code sequence with a chip length N, the output would be at its maximum output, N (45), when all chips match. If none of the chips match, then the correlator output would be at its lowest level, −N (46). An output at or around zero (47) represents approximately the same number of matches as non-matches. This is the expected result of random noise or interference which is not meant to be interpreted by the processor. The codes are specifically designed to have a low autocorrelation such that the correlation will remain around zero until the entire sequence is transferred into the correlator.

Referring to FIG. 2, a shift register correlator (50) is shown. The received signal is put through an analog-to-digital converter (not shown). The digital signal is then shifted through the shift register (52) which must be at least as long as the chip length of the sequence code. Each bit (53) of the shift register (52) represents one chip of the code sequence. The outputs of each bit (53) are compared with a corresponding signal representing the code sequence for which the correlator (50) is looking using EXCLUSIVE-NOR gates (54). The outputs of the EXCLUSIVE-NOR gates (54) are connected to a summing device (55) which, as discussed above assigns a +1 for a match and a −1 for a non-match. Thus, the output of the summing device (55) is at its maximum when there is a complete match, at its minimum when there are no matches, and at or about the middle when there is approximately the same number of matches as non-matches.

Referring now to FIG. 6, a surface acoustic wave (SAW) correlator (60) is shown. A SAW correlator (60) can be directly connected to the source signal and is used to detect the phase shift modulations in the carrier signal. In this kind of system, the phase of the carrier signal is modulated by the code sequences during transmission. A SAW correlator (60) is configured to look for a particular sequence of phase shifts. The SAW correlator (60) is configured in a particular way by the positioning of taps (62) on an analog delay line (63). The transmitted signal travels along the analog delay line (63). The taps (62) are spaced along the analog delay line (63) at intervals which correspond to the time it takes each chip of information to travel along the analog delay line (63). Each tap (62) corresponds to one chip of the code sequence. The taps (62) look for the signal to either be in-phase or 180 degrees out of phase. If the phase of the signal matches the phase looked for by a particular tap (62), then there is a match for that particular chip. If the phase of the signal does not match the phase looked for by a particular tap (62), then there is no match for that particular chip. The outputs of the taps (62) are connected to a summing device (65). Similar to the discussion above, the output of the summing device is at a maximum when all of the chips match, a minimum when none of the chips match, and at or about the middle when there are approximately the same number of matches as non-matches.

Referring back to FIG. 1, the outputs of the correlators (14 & 15) are connected to amplifiers (16 & 17) which are in turn connected to envelope detectors (18 & 19). The envelope detectors (18 & 19) operate as peak detectors with a relatively short time delay constant. The resulting output corresponds to a signal which effectively connects succes-

6

sive signal peaks. Referring to FIG. 4, sample wave forms (70) for the two correlators (14 & 15) are shown in solid black lines (72 & 73). The output of the corresponding envelope detectors (18 & 19) are shown in dashed lines (74 & 75).

The large peak (78) along line (72) corresponds to a strong correlation between the sequence code searched for by the first correlator (14) and the received signal. The small peak (79) along line (73) corresponds to the cross-correlation characteristic of code sequences in general. Typically, a code sequence which is intended to match one correlator will also match the other correlator to a smaller degree. This is known as cross-correlation.

FIG. 4 shows sample wave forms in an ideal or noiseless environment. As can be seen in the wave forms (80) of FIG. 5, noise and other interference in the environment can deteriorate the quality of the signal from the correlators (14 & 15). Further, it should be noted that noise and interference has the effect of reducing the amplitude of the peaks (81) produced by the envelope detector relative to its baseline (82).

Referring to FIG. 9, an circuit diagram of an envelope detector (85) is shown. The resistor (87) and the capacitor (88) determine the time constant which controls the rate of decay of the peak. The resistor (87) and capacitor (88) for the envelope detector (85) are configured to give a relatively short time delay constant.

Referring again to FIG. 1, the outputs of the envelope detectors (18 & 19) are connected to a comparator (20). The comparator (20) compares the two outputs from the envelope detectors (18 & 19) and outputs a signal which is high when the signal from the envelope detector (18) is higher than the signal from the envelope detector (19). Similarly, the comparator (20) outputs a signal which is low when the output of the envelope detector (19) is higher than the envelope detector (18).

The use of a comparator (20) also helps to reduce the negative effect of noise and interference in the signal. Because a comparator tends to cancel out two opposing signals which are the same, and since the interference which is propagated through the first correlator (14), amp (16) and envelope detector (18) is the same as is propagated through the second correlator (15), amp (17) and envelope detector (19), the noise and interference in the signal tends to cancel itself out at the comparator.

Referring to FIG. 7, the wave forms (90) of the envelope detectors (18 & 19) are shown. Referring to FIG. 8, the wave form (91) of the output of the comparator (20) is shown as it would look if the wave forms (90) of FIG. 7 were used as the inputs. As can be seen by comparing the wave forms, when the signal (93) from the first envelope detector (18) is higher than the signal (94) from the second envelope detector (19), there is a corresponding high signal (95) on the output (91) of the comparator (20). Similarly, a low signal (96) is seen on the output (91) of the comparator (20) when the signal (94) of the second envelope detector (19) is higher than the output signal (93) of the first envelope detector (18).

As is shown on FIG. 7, the length of each peak is approximately 80–160 nanoseconds. This is a short time when compared to the relatively long peak-to-peak time of 5 microseconds. When there is no peak on either signal (93) or signal (94), the signals are at approximately the same level. This causes the output of the comparator to oscillate between a high and low output. This oscillation (98) is shown on FIG. 8.

Referring to FIGS. 1 and 10, the outputs of the correlators (14 & 15) after passing through the amps (16 & 17) are also

7

connected to a transition detect circuit (24) and a threshold circuit (25). The outputs of the transition detect circuits (24) and the threshold circuit (25) are connected to a comparator (27) which operates as a signal detect.

Referring to FIG. 11, a transition detect circuit (100) is shown. The transition detect circuit (100) is essentially two envelope detectors placed back to back. The two envelope detectors operate independently and the output (105) of the transition detect circuit follows the peak of whichever signal is higher The resistor (102) and the capacitor (103) control the time delay constant which is configured to be similar to that of the envelope detectors (18 & 19). FIG. 12 shows a sample output (107) of the transition detect circuit (100) in dashed lines.

Referring to FIG. 13, a threshold circuit (115) is shown. The threshold circuit (115) is similar to the transition detect circuit (100) of FIG. 11. It also is essentially two envelope detectors placed back to back, except that the resistor and capacitor configuration is different. The resistor (102) from the transition detect circuit is replaced with two resistors (117 & 118). The threshold circuit output (120) is taken between the two resistors (117 & 118). Thus the resistors (117 & 118) operate as a voltage divider. The resistor values are chosen such that the output voltage (120) of the threshold circuit (115) is approximately 70% of the peak (undivided) voltage. The resistors (117 & 118) and the capacitor (119) are chosen such that the time delay of the threshold circuit is relatively long. The time delay is set such that it is equal to the time required for several transition peaks. FIG. 12 shows a sample wave form (109) for the output (120) of the threshold circuit (115) in dashed lines. Also shown is the peak value wave form (108) as it would be if not divided by the resistors (117 & 118).

Referring now to FIG. 15, sample wave forms for the threshold output (124) and the transition output (125) are shown. As can be seen on the transition output (125), when the output is not peaking, the noise and interference will remain. However, the noise and interference will remain at a level lower than that of the threshold value (124) by virtue of the fact that the time delay for the threshold value is long so that the threshold value will remain relatively close to the peak value.

Referring now to FIGS. 1, 10 and 14, the threshold circuit (25) output and the transition detect circuit (24) output are connected to a signal detect comparator (27). The signal detect comparator (27) outputs a high signal whenever the output of the threshold circuit (25) is higher than the output of the transition detect circuit (24). Similarly, the output of the signal detect comparator (27) is low when the output of the transition detect circuit (24) is higher than the output of the threshold circuit (25). FIG. 16 shows a sample signal detect comparator (27) output (128) when the signal detect comparator (27) compares the threshold and transition detect outputs shown in FIG. 15.

Referring again to FIG. 1, the output of the signal detect comparator (27) is connected to a phase-locked loop (30). The phase-locked loop oscillates at a frequency which corresponds to the transitions of the signal detect comparator (27) output. The phase-locked loop serves as a clock pulse to trigger a hold circuit (33) which samples and holds the output of the comparator (20). The decoded data read from the comparator (20) is outputted from the hold circuit (33) on line (37). The combination of the signal detect comparator (27) output and the phase-locked loop (30), insure that the output of the comparator (20) will be sampled at a time when the signal is valid and not at a time when the signal is oscillating.

8

A delay circuit (35) can be inserted between the phase-locked loop (30) and the hold circuit (33). The delay caused by the delay circuit (35) is very small and is used only as a fine tuning mechanism such that the optimum time to sample the output of the comparator (20) is chosen.

The phase-locked loop (30) can either be of the digital or analog type. The phase-locked loop allows for the spread spectrum processor to continue sampling at the most appropriate time, when the data is most likely to be correct, even if noise and interference temporarily make it difficult or impossible for the transition detect circuit (24), the threshold circuit (25) and the signal detect comparator (27) to give an accurate trigger. This is possible because the phase-locked loop (30) will continue to trigger the hold circuit (33) at the proper intervals. This is further possible because of the benefit derived from using a comparator (20) to compare the outputs of the envelope detectors (18 & 19). While the noise may affect the ability to get an accurate signal detect output, the comparator (20) will cancel the similar noise out of each channel, thus leaving the appropriate signal to be read. Thus, the phase-locked loop (30) makes it possible for the hold circuit (33) to sample the comparator (20) output even when the signal gets temporarily noisy.

Referring now to FIG. 17, a circuit (130) of an alternative embodiment of the transition and threshold detectors built in accordance with the present invention is shown. The circuit (130) fundamentally accomplishes the same function as the transition detector (24), the threshold detector (25) and the signal detect (27) of FIG. 10. The output of the first correlator after passing through the amp (16) is connected to the circuit (130) at the transition input (132). The output of the second correlator after passing through the amp (17) is connected to the circuit (130) at the transistor input (133).

The output (135) of the transition portion of the circuit (130) is connected to a comparator (140). The output (136) of the threshold portion of the circuit (130) is also connected to the comparator (140). The threshold level in the circuit (130) shown in the current embodiment is a constant voltage and is determined by the voltage divider comprising of resistor (142) and resistor (143). The output (145) of the comparator (140) is utilized in the same fashion as the output of the signal detect (27) of FIG. 10.

In the present embodiment, fewer electrical components are necessary to accomplish the transition detect and the threshold detect. Also, the output of the transition portion of the circuit (130) is proportional to the rate of change of the signals which is a fixed property of the system determined by the selection of resistor and capacitor values for use in the circuit (130). Therefore, the output is not dependent upon the incoming signal levels and thereby creating a circuit which is tolerant of different input signal levels. Additionally, signal detection for systems requiring more than two correlator inputs can easily be accomplished by connecting the additional correlator input signals to additional transistors wherein the additional transistors are connected to the circuit (130) in a parallel configuration with respect to the two transistors already present.

Obviously, many modifications and variations of the present invention are possible in light of the above teachings. It is therefore to be understood that, within the scope of the appended claims, the invention may be practiced otherwise than as specifically described.

We claim:

1. Apparatus comprising:

antenna means for receiving an spread spectrum signal;

amplification means operably attached to said antenna means for amplifying said received signal;

EXHIBIT A
PAGE 10 OF 11

5,500,872

**9**

first correlator means operably attached to said amplification means for determining the correlation level of said signal with respect to a first code sequence;

second correlator means operably attached to said amplification means for determining the correlation level of said signal with respect to a second code sequence;

comparing means for comparing the output levels of said first correlator means and said second correlator means;

holding means operably attached to said comparing means for sampling and holding the output of said comparing means; signal detection means operably attached to said first correlator means and said second correlator means for determining when a code sequence has been detected on one of the first and second correlator means;

triggering means for transferring a sample and hold trigger from said signal detector means to said holding means; and

means for outputting the decoded information from said holding means.

2. A method of processing spread spectrum signals comprising of the steps of:

**10**

receiving a spread spectrum signal;

amplifying said spread spectrum signal;

correlating said signal using a first correlator having an output and a second correlator having an output;

comparing the outputs of said first correlator and said second correlator into a comparator output;

determining when a correlated signal has been detected on said first correlator or said second correlator;

determining the time interval between determinations that a correlated signal has been detected;

sampling the comparator output when a determination has been made that a correlated signal has been detected;

sampling the comparator output after the determined time interval even when a determination of a correlated signal detect has not been made; and

holding the sampled comparator output until another sampling occurs.

3. The method of claim 2 including the step of outputting the held sampled comparator output,

* * * * *

EXHIBIT A
PAGE 11 OF 11

Case 3:05-cv-01392-B-BLM   Document   ...   Filed ...   Page ...

US005627412A

# United States Patent [19]

**Beard**

[11] **Patent Number:** 5,627,412

[45] **Date of Patent:** May 6, 1997

[54] **DYNAMICALLY SWITCHABLE POWER SUPPLY**

[75] Inventor: **Paul Beard**, Milpitas, Calif.

[73] Assignee: **Norand Corporation**, Cedar Rapids, Iowa

[21] Appl. No.: **486,812**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 399,060, Mar. 8, 1995, which is a continuation-in-part of Ser. No. 335,209, Nov. 7, 1994, abandoned.

[51] Int. Cl.$^6$ ............................. H02J 1/00; H02J 3/00; H02J 1/10; H02M 7/00

[52] U.S. Cl. ............................. 307/82; 307/80; 307/58; 363/65

[58] Field of Search ............................. 363/65; 307/82, 307/86, 87, 55, 58, 80; 395/750

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,254,475 | 3/1981 | Cooney et al. | 364/900 |
| 4,885,521 | 12/1989 | Crampton | 320/14 |
| 5,053,943 | 10/1991 | Yokoyama | 364/200 |
| 5,142,684 | 8/1992 | Perry et al. | 395/750 |
| 5,179,493 | 1/1993 | Imanishi | 361/91 |
| 5,257,202 | 10/1993 | Feddersen et al. | 364/498 |
| 5,300,835 | 4/1994 | Assar et al. | 307/475 |
| 5,307,257 | 4/1994 | Fukushima | 363/53 |
| 5,402,524 | 3/1995 | Bauman et al. | 395/50 |
| 5,475,847 | 12/1995 | Ikeda | 395/750 |
| 5,483,464 | 1/1996 | Song | 364/492 |
| 5,515,134 | 5/1996 | Taguchi | 354/484 |

Primary Examiner—Peter S. Wong
Assistant Examiner—Bao Q. Vu
Attorney, Agent, or Firm—McAndrews, Held & Malloy, Ltd.

[57] **ABSTRACT**

A power supply system of an electronic system is dynamically switchable upon fluctuating demand for operational power. The power supply is capable of providing multiple voltage values to an electronic system which is capable of utilizing multiple logical voltage values. The power utilized by the electronic system is further controlled by varying the frequency at which the electronic system operates. Power is conserved by operating at a lower voltage and frequency and is optimally utilized upon demand by dynamically switching to operate at higher voltages and frequencies for the duration of the increased power demand. Temporary peak power greater than average operational power may be attained.

**24 Claims, 1 Drawing Sheet**



**U.S. Patent**                    May 6, 1997                    **5,627,412**



**FIG. 1**

5,627,412

# 1

## DYNAMICALLY SWITCHABLE POWER SUPPLY

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present invention is a continuation-in-part of U.S. application Ser. No. 08/399,060, filed Mar. 8, 1995, which in turn is a continuation-in-part of U.S. application Ser. No. 08/335,209, filed Nov. 7, 1994, abandoned.

### TECHNICAL FIELD

The present invention relates generally to power supplies for portable electronic devices having multiple operational voltage levels and specifically to a dynamically switchable power supply for portable electronic devices which operate at multiple logic voltage levels.

### BACKGROUND OF THE INVENTION

The invention herein is a further improvement of related subject matter contained in the cross-referenced prior patent applications, which prior patent applications are relied upon for priority rights in previously described novel features.

Computer systems are becoming increasingly more portable while at the same time becoming increasingly more powerful. Low power consumption is an essential design criterion of portable battery powered computer systems and data terminals. For this reason much of the hardware in a portable computer system, such as the system microprocessor, operates at lower logical voltage supply levels, typically 3.3 volts or even 2.7 volts, because systems operating at lower voltages consume less power than systems operating at higher voltages. The most common computer hardware devices operate at 5.0 volts for logic voltage levels. Portable data terminals and other laptop type computer systems employ microprocessors and other hardware devices which operate at 3.3 volts or 2.7 volts for logic voltage levels in order to reduce system power consumption and thereby extend operational battery time.

As the logical switching speeds of computer systems increase, the amount of heat generated as a result also increases. It is for this reason that microprocessor chip manufacturers have needed to lower the logical operating voltages with increased processor speeds because even with heat sinks and fans to cool them, high operating speeds combined with high voltages will cause the chip to overheat.

If proper thermal management of the electronics of a portable electronic device are not carefully considered and engineered for, catastrophic thermal failure may occur resulting in a total loss of electronic function. In general, for a capacitive load, the relationship between the power generated by an electronic device and the operational voltage and frequency is given as:

$$P = v^2 f$$

where P is the power generated, v is the operational voltage and f is the operational frequency. Therefore, with increased operational frequencies, it is desirable to correspondingly decrease the operational voltage in order to minimize the power (and thereby the heat) generated by the electronic device. However, the dichotomy of decreasing the operational voltage of an electronic device operating at high frequencies is that the switching speeds of electronic devices operating at lower voltages are slowed as a result of the lower voltages. Thus, it is difficult to obtain high frequency

# 2

operation of an electronic device with simultaneous low power operation.

Because maintaining low power consumption and preserving battery energy are important design criteria in portable data terminal systems, the dynamics of delivering power in multiple supply logic voltage computer systems must be taken into account. For example, the powering up of the system hardware devices requires more power than the average power consumed during normal operations, and therefore it is of great advantage to preserve battery energy by minimizing power consumption during system startup. A prudently designed power supply system for mixed logic voltage level computer hardware may consider the order in which the devices are powered up and the system hardware is reset.

Electronic devices are often rated according to their speed-power product, which is the average switching time multiplied with the average power dissipation. Energy may be conserved in multiple supply logic voltage computer systems by dynamically altering the clock speed of the system according to the processing needs of the system. By keeping the clock speed nominally low and increasing the speeds when applications demand higher speeds, the amount of energy generated and dissipated by the electronic systems may be minimized. Additionally, energy may be conserved by dynamically altering the operational logic voltage levels accordingly with required operational clock speed. Operational power levels above average rated power levels may be attained for momentary periods without damage to the electronic systems.

For the foregoing reasons, there is a need for a power supply system in multiple logic voltage computer systems that dynamically varies the logic voltage levels and operational frequency at which the particular circuitry operate according to the demands of a particular application in order to minimize power consumption in a hand held portable electronic system.

Thus, despite the intense efforts of those skilled in the art, there still exists a need for a power supply which is capable of dynamically switching the operational voltage and operational frequency in a multiple logic voltage level electronic system.

### SUMMARY OF THE INVENTION

The present invention provides a dynamically switchable power supply which varies the operational frequency and operational voltage of an electronic system such that power consumption is minimized when high performance is not required and power utilization is maximized upon demand in an electronic system.

In a preferred embodiment an electronic system may dynamically switch operational voltages from a nominal 2.7 volts up to 3.3 volts or 5.0 volts when required. The electronic system may correspondingly vary the operational frequency from 40 MHz to 60 MHz or 80 MHz on demand.

### BRIEF DESCRIPTION OF THE DRAWINGS

The numerous objects and advantages of the present invention may be better understood by those skilled in the art by reference to the accompanying figures in which:

FIG. 1 is a block diagram of an exemplary embodiment of the present invention.

### DETAILED DESCRIPTION OF AN EXEMPLARY EMBODIMENT

FIG. 1 depicts a preferred embodiment of the present invention. FIG. 1 shows an arrangement for a dynamically

**EXHIBIT B**
**PAGE 3 OF 5**

3

adjustable multiple logic level, multiple frequency power supply which is capable of providing multiple logic voltage levels in a multiple logic voltage level system. Additionally, the embodiment of the present invention shown in FIG. I is capable of providing a variable clock frequency timing control signal for control of logic circuits requiring a clock signal.

A battery (BATT) 10 preferably provides a direct current voltage and is the primary source of energy for a portable electronic device in which the present invention may be utilized. The battery 10 preferably comprises some type of rechargeable cells such as nickel-cadmium, nickel-metal hydride, or lithium ion, for example. The battery 10 provides a direct current voltage to the multiple voltage convertors: a 5.0 volt convertor (CONV 5.0 V) 12, a 3.3 volt convertor (CONV 3.3 V) 14 and a 2.7 volt convertor (CONV 2.7 V) 16. The voltage convertors 12, 14 and 16 receive a direct current input voltage from the battery 10 whose voltage is generally poorly specified (i.e. fluctuates over a large percentage of its nominal voltage) and provide a constant, regulated output voltage which is well specified at a particular logic and supply voltage for other circuits (e.g. 5.0 V, 3.3 V, 2.7 V). The present invention also contemplates other combinations of operating logic voltages.

A central processing unit (CPU) 18 preferably functions as the main control unit of a portable electronic system. The CPU 18 may be one of various types of microprocessors, microcontrollers or digital signal processors. The CPU 18 receives operational voltages from the voltage convertors 12, 14 and 18. The CPU 18 is preferably a microprocessor which is capable of operating at multiple operational voltages, available from Advanced Micro Devices. The CPU 18 may receive a 5.0 volt operational voltage at input V1 from the 5.0 volt convertor 12, a 3.3 volt operational voltage at input V2 from the 3.3 volt convertor 14, and a 2.7 volt operational voltage at input V3 from the 2.7 volt convertor 16. The CPU preferably has a control output C1 to control the 5.0 volt convertor 12, a control output C2 to control the 3.3 volt convertor 14, and a control output C3 to control the 2.7 volt convertor 16. The voltage convertors 12, 14 and 16 may provide respective supply voltages VS1, VS2 and VS3 to the electronic system in which the present invention is utilized.

The CPU 18 may also have a clock signal input CK to receive a timing control signal which controls the frequency of operation of the CPU 18. The clock signal input CK to the CPU 18 is preferably provided by a frequency synthesizer (FREQ SYNTH) 20 which receives a fixed clock signal from a clock circuit (CLOCK) 22. The frequency synthesizer 20 receives the signal from the clock 22 and provides a timing control output signal by multiplying or dividing the frequency of the signal from the clock 22.

The clock 22 preferably provides a nominal frequency of 20 MHz which may be doubled to 40 MHz, tripled to 60 MHz or quadrupled to 80 MHz, for example, by the frequency synthesizer 20. The frequency of the timing control signal output from the frequency synthesizer 20 is preferably controlled by the CPU 18 with a frequency control signal CF. The frequency synthesizer 20 may provide a timing control signal F to the electronic system in which the present invention is utilized.

The power supply system so arranged is capable of conserving the energy consumed by the electronic system thereby extending the life of the battery 10 between recharge cycles. In an exemplary embodiment of the present invention, the system may nominally operate in a low power

4

mode wherein the processor 18 runs at 2.7 volts and 40 MHz. The 2.7 volt operational voltage is sufficient to maintain the data in memory systems utilizing CMOS technology. When an application demands more processing speed and power, for example, the CPU may recognize the demand and raise the operational voltage to 3.3 volts and the operational frequency to 60 MHz for the duration of the application. If an application demands even greater speed and power, the CPU may recognize the greater demand and switch the operational voltage to 5.0 volts and the operational frequency to 80 MHz for the duration of the demand for higher power. Alternatively, the power levels may be user selectable, or may be monitored and controlled by a fuzzy logic routine which manages the power supply system in the background of operations of the processor 18.

The electronic system thus described may dynamically switch to momentarily operate at power and speed levels well above the rated average power levels for the processor and the electronic system while at the same time consuming less energy in the long run than if the voltage and frequency levels were fixed or semipermanently set. As a result, battery life is extended, a smaller sized heat sink or cooling fan for the CPU may be used, and higher processing power may be achieved for a given system.

In view of the above detailed description of a preferred embodiment and modifications thereof, various other modifications will now become apparent to those skilled in the art. The claims below encompass the disclosed embodiments and all reasonable modifications and variations without departing from the spirit and scope of the invention.

What is claimed is:

1. A dynamically switchable power supply in an electronic system having varying power requirements, said dynamically switchable power supply comprising:

(a) a central processing unit, said central processing unit capable of operating at a plurality of voltages;

(b) a plurality of voltage converters, said plurality of voltage converters supplying a plurality of operational voltages to said central processing system and to the electronic system;

(c) a frequency synthesizer, said frequency synthesizer providing a timing control signal of multiple variable frequencies to said central processing unit and to the electronic system; and

(d) said central processing unit capable of dynamically switching the supply of operational voltages from said voltage converters and the timing control signal of said frequency synthesizer supplied to said central processing unit and to the electronic system wherein operational voltages and the timing control signals are selected according to the varying power requirements of the electronic system such that power consumption of the electronic system is minimized.

2. The dynamically switchable power supply of claim 1 wherein said central processing unit is capable of operating at 5.0 volts.

3. The dynamically switchable power supply of claim 1 wherein said central processing unit is capable of operating at 3.3 volts.

4. The dynamically switchable power supply of claim 1 wherein said central processing unit is capable of operating at 2.7 volts.

5. The dynamically switchable power supply of claim 1 wherein said plurality of voltage convertors includes a 5.0 volt convertor.

6. The dynamically switchable power supply of claim 1 wherein said plurality of voltage convertors includes a 3.3 volt convertor.

5,627,412

**5**

7. The dynamically switchable power supply of claim 1 wherein said plurality of voltage convertors includes a 2.7 volt convertor.

8. The dynamically switchable power supply of claim 1 wherein said switching means is controlled with said central processing unit.

9. The dynamically switchable power supply of claim 1 wherein said switching means is user controlled.

10. The dynamically switchable power supply of claim 1 wherein said switching means is controlled with a fuzzy logic routine.

11. A method of controlling a dynamically switchable power supply in an electronic system comprising:

(a) nominally operating the system at a first operational voltage value and a first operational frequency value whereby the electronic system operates at a first power level;

(b) switching the operational voltage to a second voltage value and the operational frequency to a second frequency value upon a change in the required operational power whereby the electronic system operates at a second power level; and

(c) resetting the operational voltage to the first operational voltage value and the operational frequency to the first operational frequency value whereby the electronic system operates at the first power level.

12. The method of claim 11 further including the step of switching the operational voltage to a third voltage value and the operational frequency to a third frequency value upon a change in the required operational power whereby the electronic system operates at a third power level.

13. The method of claim 11 wherein said switching step is controlled by a central processing unit.

14. The method of claim 11 wherein said switching step is user controlled.

15. The method of claim 11 wherein said switching step is implemented by a fuzzy logic routine.

16. In a portable electronic device having electronic circuits operationally powered from a battery power source, a dynamically switchable power supply comprising:

(a) a battery for providing operational power to the electronic circuits of the portable electronic device;

(b) a first voltage converter operationally powered by said battery, said first voltage converter for providing a first regulated dc supply voltage to the electronic circuits of the portable electronic device;

(c) a second voltage converter operationally powered by said battery, said second voltage converter for providing a second regulated dc supply voltage to the electronic circuits of the portable electronic device; and

(d) means for controlling said first and said second voltage converters wherein said first and said second voltage converters may be dynamically activated or deactivated such that the regulated dc supply voltage provided to the electronic circuits of the portable electronic device may be thereby selected to control the operational power provided by said battery to the electronic circuits of the portable electronic device.

17. The dynamically switchable power supply of claim 16 wherein said controlling means is a central processing unit

**6**

operatively integrated with the electronic circuits of the portable electronic device.

18. The dynamically switchable power supply of claim 17 wherein said central processing unit is capable of operating from at least two dc supply voltage levels.

19. In a portable electronic device having electronic circuits operationally powered from a battery power source, a dynamically switchable power supply comprising:

(a) a battery for providing operational power to the electronic circuits of the portable electronic device;

(b) a frequency synthesizer for providing a variable driving frequency to the electronic circuits of the portable electronic device; and

(c) means for controlling said frequency synthesizer wherein the variable driving frequency of said frequency synthesizer may be thereby dynamically adjusted to control the operational power provided by said battery to the electronic circuits of the portable electronic device.

20. The dynamically switchable power supply of claim 19 wherein said controlling means is a central processing unit operatively integrated with the electronic circuits of the portable electronic device.

21. The dynamically switchable power supply of claim 20 wherein said central processing unit is capable of operating from at least two dc supply voltage levels.

22. In a portable electronic device having electronic circuits operationally powered from a battery power source, a dynamically switchable power supply comprising:

(a) a battery for providing operational power to the electronic circuits of the portable electronic device;

(b) a first voltage converter operationally powered by said battery, said first voltage converter for providing a first regulated dc supply voltage to the electronic circuits of the portable electronic device;

(c) a second voltage converter operationally powered by said battery, said second voltage converter for providing a second regulated dc supply voltage to the electronic circuits of the portable electronic device;

(d) a frequency synthesizer for providing a variable driving frequency to the electronic circuits of the portable electronic device; and

(e) means for controlling said first and said second voltage converters and said frequency synthesizer wherein said first and said second voltage converters may be dynamically activated or deactivated such that the regulated dc supply voltage provided to the electronic circuits of the portable electronic device may be thereby selected and wherein the variable driving frequency of said frequency synthesizer may be thereby dynamically adjusted to control the operational power provided by said battery to the electronic circuits of the portable electronic device.

23. The dynamically switchable power supply of claim 22 wherein said controlling means is a central processing unit operatively integrated with the electronic circuits of the portable electronic device.

24. The dynamically switchable power supply of claim 23 wherein said central processing unit is capable of operating from at least two dc supply voltage levels.

*    *    *    *    *

Case 3:05-cv-01392-B-BLM   Document   Filed   Page   of

US005946344A

# United States Patent [19]

## Warren et al.

[11] **Patent Number:** 5,946,344

[45] **Date of Patent:** Aug. 31, 1999

[54] **MULTIPLE-RATE DIRECT SEQUENCE ARCHITECTURE UTILIZING A FIXED CHIPPING RATE AND VARIABLE SPREADING CODE LENGTHS**

[75] Inventors: **Bruce G. Warren**, Poulsbo; **Alan F. Jovanovich**, Des Moines; **John W. Mensonides**, Monroe; **Duane G. Charron**, Marysville, all of Wash.

[73] Assignee: **Intermec IP Corp.**, Woodland Hills, Calif.

[21] Appl. No.: **08/826,777**

[22] Filed: **Apr. 7, 1997**

[51] Int. Cl.[6] .................................... **H04B 15/00**

[52] U.S. Cl. ................... **375/207**; 375/200; 375/208; 375/209; 375/210

[58] Field of Search .................................. 375/200, 207, 375/208, 209, 210, 343

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,604,911 | 9/1971 | Schmitt | 235/181 |
| 3,689,884 | 9/1972 | Tew, Jr. | 340/146 |
| 4,032,885 | 6/1977 | Roth | 340/146.1 |
| 4,984,247 | 1/1991 | Kaufmann et al. | 375/1 |
| 5,022,047 | 6/1991 | Dixon et al. | 375/1 |
| 5,132,986 | 7/1992 | Endo et al. | 375/1 |
| 5,184,135 | 2/1993 | Paradise | 342/149 |
| 5,293,398 | 3/1994 | Hamao et al. | 375/1 |
| 5,499,265 | 3/1996 | Dixon et al. | 375/200 |
| 5,680,414 | 10/1997 | Durrant et al. | 375/206 |
| 5,748,671 | 5/1998 | Sutterlin et al. | 375/206 |
| 5,784,403 | 7/1998 | Scott | 375/207 |
| 5,790,588 | 8/1998 | Fukawa et al. | 375/200 |

### FOREIGN PATENT DOCUMENTS

0 366 086   5/1990   European Pat. Off. .

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Mohammad Ghayour
*Attorney, Agent, or Firm*—Graham & James LLP

[57] **ABSTRACT**

A spread spectrum communication system is provided in which a receiver is adapted to despread multi-bit digital signals transmitted with a fixed chipping rate using two or more different spreading code lengths. As a result, a longer spreading code could be utilized to transmit at a lower data rate for conditions in which jamming resistance is more critical, such as over longer distances, and a shorter spreading code could be utilized to transmit at a higher data rate for conditions in which jamming resistance is less critical, such as over shorter distances. The receiver further comprises a digital matched filter adapted to correlate to the two different spreading codes. The digital matched filter comprises a digital delay line having a plurality of successive delay stages that propagate the received digital signal therethrough at a fixed rate corresponding to the chipping rate of the digital signal. A first correlator compares the digital signal to a first spreading code having a length M, and a second correlator compares the digital signal to a second spreading code having a length N, in which N is less than M. A multiplexer is adapted to select an output from one of the two correlators.

**26 Claims, 2 Drawing Sheets**



**EXHIBIT C**
**PAGE 1 OF 9**



FIG. 1

**EXHIBIT C**
**PAGE 2 OF 9**

Case 3:05-cv-01392-B-BLM   Document 21   Filed 09/23/05   Page 40 of 91



*FIG. 2*

TO TRACKING & BIT SYNC LOGIC

BASEBAND RCV DATA

STORED REFERENCE CODE

**EXHIBIT C**
**PAGE 3 OF 9**

5,946,344

1

## MULTIPLE-RATE DIRECT SEQUENCE ARCHITECTURE UTILIZING A FIXED CHIPPING RATE AND VARIABLE SPREADING CODE LENGTHS

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to radio receivers for direct sequence spread spectrum communications, and more particularly, to a radio receiver that can detect plural radio signals transmitted at a fixed chipping rate with different length spreading codes.

#### 2. Description of Related Art

Spread spectrum modulation techniques are increasingly desirable for communications, navigation, radar and other applications. In a spread spectrum system, the transmitted signal is spread over a frequency band that is significantly wider than the minimum bandwidth required to transmit the information being sent. As a result of the signal spreading, spread spectrum systems have reduced susceptibility to interference or jamming, and enable high data integrity and security. Moreover, by spreading transmission power across a broad bandwidth, power levels at any given frequency within the bandwidth are significantly reduced, thereby reducing interference to other radio devices. In view of these significant advantages, spread spectrum communication systems are highly desirable for commercial data transmission.

In one type of spread spectrum communication system, a radio frequency (RF) carrier is modulated by a digital code sequence having a bit rate, or chipping rate, much higher than a clock rate of the information signal. These spread spectrum systems are known as "direct sequence" modulation systems. The RF carrier may be binary or quadrature modulated by one or more data streams such that the data streams have one phase when a code sequence represents a data "one" and a predetermined phase shift (e.g., 180° for binary, and 90° for quadrature) when the code sequence represents a data "zero." These types of modulation are commonly referred to as binary shift key (BPSK) and quadrature shift key (QPSK) modulation, respectively.

It is also known to use a plurality of spread spectrum radio receivers that are coupled together in a wireless local area network (WLAN). A central host processing unit could send information to and receive information from any one of the plurality of remotely disposed receivers. In such a WLAN, the remote receivers may comprise portable units that operate within a defined environment to report information back to the central host processing unit. Each of the remote receivers would communicate with the host processing unit using the same RF carrier frequency and digital code sequence. It should be apparent that such WLAN systems offer increased flexibility over hard-wired systems by enabling operators of the remote receivers substantial freedom of movement through the environment.

The individual radio receivers amplify and filter an RF signal transmitted from the host processing unit to remove the RF carrier and provide a digital information signal that has been modulated by the digital code sequence. The receiver then "de-spreads" the digital signal by use of a digital match filter that is correlated with the digital code sequence to remove the modulation and recover the digital information. Discrete digital bits of the de-spread digital information are then assembled into packets having a predefined format that can be processed subsequently by use of conventional data processing logic systems, such as a microprocessor, digital signal processor, and the like.

2

In a communication system, energy gain can be defined as the signal-to-jamming ratio. The higher the signal-to-jamming ratio, the more immune the receiver is to jamming interference (or background noise) which increases the effective range of the receiver. For BPSK or QPSK communication systems operating without receiver diversity, the process gain is essentially identical to the energy gain. The process gain in spread spectrum processors may be defined as bandwidth (BW) available for communicating an information signal divided by the data rate ($R_b$). In decibels (dB), this ratio is defined as follows:

$$PG_{dB} = 10 \log_{10} (BW/R_b)$$

According to the preceding equation, for a fixed bandwidth, the processing gain increases as the data rate is decreased. By fixing the chipping rate, the bandwidth is also fixed. A fixed bandwidth is desirable since it allows optimization of the transmit and receive RF circuitry. Therefore, a lower data rate will provide more jamming or noise immunity than a higher data rate, and the processing gain of the receiver is increased approximately 3 dB each time the data rate is halved. Even though the increased jamming immunity is desirable in such WLAN systems, the associated reduction in data rate tends to degrade the rate of data throughput within the overall system. As a result, communication system designers must balance the two desirable attributes of jamming immunity and data throughput in order to provide an acceptable and practical system solution.

Thus, it would be desirable to provide a direct sequence spread spectrum communication system having a fixed chipping rate that achieves the jamming immunity of a low data rate system while also having the data throughput of a high data rate system.

### SUMMARY OF THE INVENTION

A spread spectrum communication system is provided in which a receiver is adapted to despread multi-bit digital signals transmitted with a fixed chipping rate using two or more different spreading code lengths. As a result, a longer spreading code could be utilized to transmit at a lower data rate for conditions in which jamming resistance is more critical, such as over longer distances, and a shorter spreading code could be utilized to transmit at a higher data rate for conditions in which jamming resistance is less critical, such as over shorter distances.

In an embodiment of the present invention, the receiver comprises a digital matched filter adapted to correlate to two different spreading codes. The digital matched filter comprises a digital delay line having a plurality of successive stages that propagate the received digital signal therethrough at a fixed rate greater than or equal to two times the chipping rate of the digital signal. A first correlator compares the digital signal to a first spreading code having a length M, and a second correlator compares the digital signal to a second spreading code having a length N, in which N is less than M. A multiplexer is adapted to select an output from one of the two correlators.

More particularly, the first correlator comprises M exclusive-OR logic gates each having a first input coupled to a corresponding one of the stages of the digital delay line and a second input coupled to a corresponding bit of the first spreading code. A summing device is coupled to each output of the M logic gates to provide a sum of the outputs indicating a correlation between the first spreading code and the digital signal. A data signal and a clock signal are derived from the sum of outputs from the M logic gates, and a

EXHIBIT C
PAGE 4 OF 9

5,946,344

3

preamble of a message communicated by the communication system is detected to enable the multiplexer to select the output from the first correlator. Similarly, the second correlator comprises N exclusive-OR logic gates each having a first input coupled to a corresponding one of the stages of the digital delay line and a second input coupled to a corresponding bit of the second spreading code. A summing device is coupled to each output of the N logic gates to provide a sum of the outputs indicating a correlation between the second spreading code and the digital signal. A data signal and a clock signal are derived from the sum of data outputs from the N logic gates, and a preamble of a message communicated by the communication system is detected to enable the multiplexer to select the output from the second correlator.

A more complete understanding of the a multiple-rate direct sequence architecture utilizing a fixed chipping rate and variable spreading code lengths will be afforded to those skilled in the art, as well as a realization of additional advantages and objects thereof, by a consideration of the following detailed description of the preferred embodiment. Reference will be made to the appended sheets of drawings which will first be described briefly.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a digital matched filter for a direct sequence spread spectrum communication system according to an embodiment of the present invention; and

FIG. 2 is a block diagram shown an example of a digital correlator for use in the digital matched filter of FIG. 1.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention satisfies the need for a direct sequence spread spectrum communication system having a fixed chipping rate to provide both the jamming immunity of a low data rate system and the data throughput of a high data rate system. In the detailed description that follows, it should be appreciated that like element numerals are used to describe like elements depicted in one or more of the figures.

Referring first FIG. 1, an embodiment of a digital matched filter for a receiver of a direct sequence spread spectrum communication system is shown. As generally known in the art, a receiver of a direct sequence spread spectrum communication system receives an RF signal, and downconverts the the RF signal to a baseband signal by multiplying the received signal with a carrier frequency generated by a local oscillator. The downconverted signal is then converted from analog to digital by an analog-to-digital converter, and may also be filtered by a low pass filter to remove any aliasing noise. Thereafter, the received signal is in the form of a multi-bit digital signal having a chipping rate of the spreading code originally used to modulate the digital information of the signal. The received signal may additionally include two signal components, called the I channel and the Q channel, having phases that are 90° from each other. The separate I and Q components would be downconverted and filtered in the same manner described above to yield multi-bit digital signals. It should be appreciated that these well known aspects of a receiver would be included in an operational system. To simplify the present detailed description, further description of these well known aspects is omitted.

The digital matched filter of the present invention includes a digital delay line 12, a first correlator 20, and a

4

second correlator 30. The digital delay line 12 may comprise a conventional shift register having a plurality of distinct delay stages $14_K–14_1$. Each one of the delay stages $14_K–14_1$ provides a delay of less than one half the period of the expected spreading code clock, or the chipping rate, in order to satisfy the Nyquist sampling theorem. The delay line 12 receives a baseband signal that is biphase-modulated by a code sequence, or spreading code, so that phase reversals occur at each one/zero transition in the code. The signal propagates down the delay line 12 through a series of successive shifts at a rate corresponding to the chipping rate.

At a rate greater than twice the chipping rate, the data values contained in the delay stages $14_K–14_1$ are sampled through tapped connections with each of the first and second correlators 20, 30. The first correlator 20 will determine whether the signal 2,.c contained in the delay line 12 correlates to a first spreading code having length M, and the second correlator 30 will determine whether the signal contained in the delay line 12 correlates to a second spreading code having length N, wherein M is greater than N. As illustrated in FIG. 1, the delay line 12 has K delay stages $14_K–14_1$, and the first spreading code length M is equal to K so that each delay stage is sampled by the first correlator 20. The second spreading code length N is less than K, so that only delay stages $14_K–14_N$ are sampled by the second correlator 30. It should be appreciated that K may be greater than M to accommodate different spreading code lengths, but that K cannot be less than M.

The first and second correlators 20, 30 are substantially identical in construction, and include exclusive OR logic gates 22, 32, summing devices 24, 34, tracking and bit synchronization logic units 26, 36, and preamble detect logic units 28, 38. The exclusive OR logic gates 22, 32 compare the signals contained in the respective delay stages $14_K–14_1$ to the corresponding chips of the first and second spreading codes M, N, respectively. The summing devices 24, 34 sum the outputs of the exclusive OR logic gates 22, 34 to provide a sum value that is proportional to the degree of correlation between the received signal and the first and second spreading codes M, N, respectively.

Referring briefly to FIG. 2, a portion of the correlator 20 is illustrated in greater detail. The baseband received data chips $B_M–B_1$ are sampled from the respective delay stages $14_K–14_1$, and are applied to respective first terminals of the exclusive OR logic devices $22_M–22_1$. The chips $S_M–S_1$ of the first spreading code M are preloaded from memory into a register 18, and are applied to respective second terminals of the exclusive OR logic devices $22_M–22_1$. Outputs of each of the the exclusive OR logic devices $22_M–22_1$ are provided to the summing device 24, which provides the sum value described above. It should be appreciated that the correlator 30 would be similar in construction to the correlator 20, but would require N exclusive OR logic devices to accommodate the second spreading code N.

Returning to FIG. 1, the tracking and bit synchronization logic units 26, 36 monitor the sum values provided by the summing devices 24, 34 to determine whether a correlation is established between one of the spreading codes M, N and the received signal. Upon detection of such a correlation, the tracking and bit synchronization logic units 26, 36 synchronize the timing of the digital matched filter to the received signal by generating a data output containing despread signal and a digital information recovered from the received signal and a regulated clock output to which the data output is synchronized. After synchronization with the received signal has been achieved, the tracking and bit synchronization logic units 26, 36 may adjust the propagation rate of the delay line

EXHIBIT C
PAGE 5 OF 9

5

6

12 to match the incoming code chipping rate as precisely as possible. Such tracking and bit synchronization systems are known in the art.

The preamble detect logic units 28, 38 are used to detect the start of an information message transmitted by the communication system. Information messages are typically transmitted in the form of packets having a predefined format and length. The packets include an initial code sequence, known as a preamble, that signifies the beginning of transmission of a packet. The preamble detect logic units 28, 38 monitor the data output and clock output from the tracking and bit synchronization logic units 26, 36, respectively, to detect such a preamble. Such preamble detect systems are known in the art.

Upon detection of a preamble, the preamble detect logic units 28, 38 provide an enable signal to a multiplexer 42. The multiplexer 42 is coupled to the tracking and bit synchronization logic units 26, 36, and receive the data output and clock output from both the first and second correlators 20, 30. The enable signal from one of the preamble detect logic units 28, 38 causes the multiplexer to permit the data output and clock output from that particular correlator 20, 30 to pass to the receiver state machine 44, which processes the information being transmitted.

In operation of the present invention, a transmitter of a WLAN may be used to transmit information over one of two logical channels using a fixed chipping rate and different length spreading codes M or N. As the receiver is brought into relatively close proximity to the transmitter, jamming immunity becomes a less important concern, and the shorter spreading code N may be used to transmit at a higher data rate with a penalty of range. Conversely, as the receiver is carried more distant from the transmitter, higher processing gain and greater jamming immunity can be obtained by transmitting at the longer spreading code M at a penalty of decreased data rate. Thus, the use of dual matched filters allows the simultaneous use of multiple data rates. It should be appreciated that an even greater number of channels can be utilized by adding other correlators in parallel to the two correlators described above.

Having thus described a preferred embodiment of a multiplerate direct sequence architecture utilizing a fixed chipping rate and variable spreading code lengths, it should be apparent to those skilled in the art that certain advantages of the within system have been achieved. It should also be appreciated that various modifications, adaptations, and alternative embodiments thereof may be made within the scope and spirit of the present invention. The invention is further defined by the following claims.

What is claimed is:

1. A digital matched filter for a spread spectrum communication system comprises:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a first correlator coupled to said digital delay line to correlate said digital signal to a first spreading code having a length M;

a second correlator coupled to said digital delay line to correlate said digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer coupled to each of said first and second correlators, said multiplexer selecting an output from one of said first and second correlators that correlates to a respective one of said first and second spreading codes, whereby said first spreading code is used to

transmit at a lower data rate with higher jamming resistance, and said second spreading code is used to transmit at a higher data rate with lower jamming resistance.

2. The digital matched filter of claim 1, wherein said first correlator further comprises:

M logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to respective outputs of each of said M logic gates to provide a sum of said outputs indicating a correlation between said first spreading code and said digital signal.

3. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a first correlator coupled to said digital delay line to correlate said digital signal to a first spreading code having a length M;

a second correlator coupled to said digital delay line to correlate said digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer coupled to each of said first and second correlators, said multiplexer selecting an output from one of said first and second correlators that correlates to a respective one of said first and second spreading codes, wherein said first correlator further comprises:

M logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to respective outputs of each of said M logic gates to provide a sum signal therefrom indicating a correlation between said first spreading code and said digital signal, wherein said first correlator further comprises means for deriving a data signal and a clock signal from said sum signal.

4. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a first correlator coupled to said digital delay line to correlate said digital signal to a first spreading code having a length M;

a second correlator coupled to said digital delay line to correlate said digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer coupled to each of said first and second correlators, said multiplexer selecting an output from one of said first and second correlators that correlates to a respective one of said first and second spreading codes, wherein said first correlator further comprises:

M logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to respective outputs of each of said M logic gates to provide a sum signal therefrom indicating a correlation between said first spreading code and said digital signal, wherein said first correlator further comprises means for detecting

EXHIBIT C
PAGE 6 OF 9

5,946,344

7

a preamble of a message communicated by said communication system, said detecting means enabling said multiplexer to select said output from said first correlator.

5. The digital matched filter of claim 2, wherein said logic gates further comprise exclusive-OR logic gates.

6. The digital matched filter of claim 1, wherein said second correlator further comprises:

N logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said second spreading code; and

a summing device coupled to respective outputs of each of said N logic gates to provide a sum of said outputs indicating a correlation between said second spreading code and said digital signal.

7. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a first correlator coupled to said digital delay line to correlate said digital signal to a first spreading code having a length M;

a second correlator coupled to said digital delay line to correlate said digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer coupled to each of said first and second correlators, said multiplexer selecting an output from one of said first and second correlators that correlates to a respective one of said first and second spreading codes, wherein said second correlator further comprises:

N logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said second spreading code; and

a summing device coupled to respective outputs of each of said N logic gates to provide a sum signal therefrom indicating a correlation between said second spreading code and said digital signal, wherein said second correlator further comprises means for deriving a data signal and a clock signal from said sum signal.

8. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a first correlator coupled to said digital delay line to correlate said digital signal to a first spreading code having a length M;

a second correlator coupled to said digital delay line to correlate said digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer coupled to each of said first and second correlators, said multiplexer selecting an output from one of said first and second correlators that correlates to a respective one of said first and second spreading codes, wherein said second correlator further comprises:

N logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said second spreading code; and

8

a summing device coupled to respective outputs of each of said N logic gates to provide a sum signal therefrom indicating a correlation between said second spreading code and said digital signal, wherein said second correlator further comprises means for detecting a preamble of a message communicated by said communication system, said detecting means enabling said multiplexer to select said output from said second correlator.

9. In a spread spectrum communication system including a receiver adapted to receive a multi-bit digital signal, said receiver further comprising:

a digital delay line having a plurality of successive delay stages that propagate said multi-bit digital signal therethrough at a fixed rate;

first means for correlating said multi-bit digital signal to a first spreading code having a length M;

second means for correlating said multi-bit digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer adapted to select an output from one of said first and second correlating means, whereby said first spreading code is used to transmit at a lower data rate with higher jamming resistance, and said second spreading code is used to transmit at a higher data rate with lower jamming resistance.

10. The receiver of claim 9, wherein said first correlating means further comprises:

M exclusive-OR logic gates each having a first input coupled to a corresponding one of said delay stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to each output of said M logic gates, said summing device providing a sum of said outputs indicating a correlation between said first spreading code and said digital signal.

11. In a spread spectrum communication system including a receiver adapted to receive a multi-bit digital signal, said receiver further comprising:

a digital delay line having a plurality of successive delay stages that propagate said multi-bit digital signal therethrough at a fixed rate;

first means for correlating said multi-bit digital signal to a first spreading code having a length M;

second means for correlating said multi-bit digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer adapted to select an output from one of said first and second correlating means, wherein said first correlating means further comprises:

M exclusive-OR logic gates each having a first input coupled to a corresponding one of said delay stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to each output of said M logic gates, said summing device providing a sum signal therefrom indicating a correlation between said first spreading code and said digital signal, wherein said first correlating means further comprises means for deriving a data signal and a clock signal from said sum signal.

12. In a spread spectrum communication system including a receiver adapted to receive a multi-bit digital signal, said receiver further comprising:

EXHIBIT C
PAGE 7 OF 9

5,946,344

9

a digital delay line having a plurality of successive delay stages that propagate said multi-bit digital signal therethrough at a fixed rate;

first means for correlating said multi-bit digital signal to a first spreading code having a length M;

second means for correlating said multi-bit digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer adapted to select an output from one of said first and second correlating means, wherein said first correlating means further comprises:

M exclusive-OR logic gates each having a first input coupled to a corresponding one of said delay stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to each output of said M logic gates, said summing device providing a sum signal therefrom indicating a correlation between said first spreading code and said digital signal, wherein said first correlating means further comprises means for detecting a preamble of a message communicated by said communication system, said detecting means enabling said multiplexer to select said output from said first correlator.

13. The receiver of claim 9, wherein said second correlating means further comprises:

N exclusive-OR logic gates each having a first input coupled to a corresponding one of said delay line and a said digital delay line and a second input coupled to a corresponding bit of said second spreading code; and

a summing device coupled to each output of said N logic gates, said summing device providing a sum of said outputs indicating a correlation between said second spreading code and said digital signal.

14. In a spread spectrum communication system including a receiver adapted to receive a multi-bit digital signal, said receiver further comprising:

a digital delay line having a plurality of successive delay stages that propagate said multi-bit digital signal therethrough at a fixed rate;

first means for correlating said multi-bit digital signal to a first spreading code having a length M;

second means for correlating said multi-bit digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer adapted to select an output from one of said first and second correlating means, wherein said first correlating means further comprises:

M exclusive-OR logic gates each having a first input coupled to a corresponding one of said delay stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to each output of said M logic gates, said summing device providing a sum signal therefrom indicating a correlation between said first spreading code and said digital signal, wherein said second correlating means further comprises means for deriving a data signal and a clock signal from said sum signal.

15. In a spread spectrum communication system including a receiver adapted to receive a multi-bit digital signal, said receiver further comprising:

a digital delay line having a plurality of successive delay stages that propagate said multi-bit digital signal therethrough at a fixed rate;

10

first means for correlating said multi-bit digital signal to a first spreading code having a length M;

second means for correlating said multi-bit digital signal to a second spreading code having a length N, wherein N is less than M; and

a multiplexer adapted to select an output from one of said first and second correlating means, wherein said first correlating means further comprises:

M exclusive-OR logic gates each having a first input coupled to a corresponding one of said delay stages of said digital delay line and a second input coupled to a corresponding bit of said first spreading code; and

a summing device coupled to each output of said M logic gates, said summing device providing a sum signal therefrom indicating a correlation between said first spreading code and said digital signal, wherein said second correlating means further comprises means for detecting a preamble of a message communicated by said communication system, said detecting means enabling said multiplexer to select said output from said second correlator.

16. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a plurality of correlators coupled to said digital delay line and adapted to correlate said digital signal to a plurality of different length spreading codes;

a multiplexer coupled to each of said plurality of correlators, said multiplexer selecting an output from one of said plurality of correlators that correlates to a respective one of said plurality of spreading codes, whereby said spreading codes are selected for transmitting at a data rate based on a desired level of data throughput and jamming resistance.

17. The digital matched filter of claim 16, wherein each one of said plurality of correlators further comprises:

a plurality of logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of a respective one of said plurality of spreading codes; and

a summing device coupled to respective outputs of each of said plurality of logic gates to provide a sum of said outputs indicating a correlation between said respective one of said spreading codes and said digital signal.

18. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rate;

a plurality of correlators coupled to said digital delay line and adapted to correlate said digital signal to a plurality of different length spreading codes;

a multiplexer coupled to each of said plurality of correlators, said multiplexer selecting an output from one of said plurality of correlators that correlates to a respective one of said plurality of spreading codes, wherein each one of said plurality of correlators further comprises:

a plurality of logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a

EXHIBIT C
PAGE 8 OF 9

5,946,344

11

corresponding bit of a respective one of said plurality of spreading codes; and

a summing device coupled to respective outputs of each of said plurality of logic gates to provide a sum signal therefrom indicating a correlation between said respective one of said spreading codes and said digital signal, wherein said each one of said plurality of correlators further comprises means for deriving a data signal and a clock signal from said sum signal.

19. A digital matched filter for a spread spectrum communication system comprising:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough at a fixed rated;

a plurality of correlators coupled to said digital delay line and adapted to correlate said digital signal to a plurality of different length spreading codes;

a multiplexer coupled to each of said plurality of correlators, said multiplexer selecting an output from one of said plurality of correlators that correlates to a respective one of said plurality of spreading codes, wherein each one of said plurality of correlators further comprises:

a plurality of logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of a respective one of said plurality of spreading codes; and

a summing device coupled to respective outputs of each of said plurality of logic gates to provide a sum signal therefrom indicating a correlation between said respective one of said spreading codes and said digital signal, wherein said each one of said plurality of correlators further comprises means for detecting a preamble of a message communicated by said communication system, said detecting means enabling said multiplexer to select said output from said one of said plurality of correlators.

20. The digital matched filter of claim 17, wherein each one of said plurality of logic gates further comprises exclusive-OR logic gates.

21. The digital matched filter of claim 16, wherein said plurality of correlators further comprises at least two correlators, wherein a first one of said at least two correlators is adapted to correlate said digital signal to a first one of said plurality of spreading codes having a length M, and a second one of said at least two correlators is adapted to correlate said digital signal to a second one of said plurality of spreading codes having a length N.

22. In a spread spectrum communication system including a receiver adapted to receive a digital signal at a fixed chipping rate, a method for despreading the digital signal comprises:

propagating the digital signal at the chipping rate through a digital delay line having a plurality of successive delay stages;

12

correlating said digital signal in said digital delay line to a first spreading code having a length M and to a second spreading code having a length N, wherein N is less than M; and

selecting an output signal based on a correlation with one of said first and second spreading codes, whereby said first spreading code is used to transmit at a lower data rate with higher jamming resistance, and said second spreading code is used to transmit at a higher data rate with lower jamming resistance.

23. The method of claim 22, wherein said correlating step further comprises:

comparing each respective data chip from a corresponding one of said delay stages of said digital delay line to corresponding chips of said first and second spreading codes; and

providing a sum value of each said comparison indicating a degree of correlation between said first spreading code and said digital signal and between said second spreading code and said digital signal.

24. In a spread spectrum communication system including a receiver adapted to receive a digital signal at a fixed chipping rate, a method for despreading the digital signal comprises:

propagating the digital signal at the chipping rate through a digital delay line having a plurality of successive delay stages;

correlating said digital signal in said digital delay line to a first spreading code having a length M and to a second spreading code having a length N, wherein N is less than M; and

selecting an output signal based on a correlation with one of said first and second spreading codes, wherein said correlating step further comprises:

comparing each respective data chip from a corresponding one of said delay stages of said digital delay line to corresponding chips of said first and second spreading codes;

providing a sum value of each said comparison indicating a degree of correlation between said first spreading code and said digital signal and between said second spreading code and said digital signal; and

deriving a respective data signal and clock signal from each said sum value.

25. The method of claim 23, further comprising detecting a preamble of a message communicated by said communication system.

26. The method of claim 22, wherein said correlating step is performed at a rate that is at least double said chipping rate.

* * * * *

EXHIBIT C
PAGE 9 OF 9

Case 3:05-cv-01392-B-BLM   Document ... Filed ... Page ...

US006075807A

# United States Patent [19]

**Warren et al.**

[11] **Patent Number:** 6,075,807

[45] **Date of Patent:** Jun. 13, 2000

[54] **WINDOWED DIGITAL MATCHED FILTER CIRCUIT FOR POWER REDUCTION IN BATTERY-POWERED CDMA RADIOS**

[75] Inventors: **Bruce G. Warren**, Poulsbo; **Alan F. Jovanovich**, Des Moines; **John W. Mensonides**, Monroe, all of Wash.

[73] Assignee: **Intermec IP Corp.**, Woodland Hills, Calif.

[21] Appl. No.: **08/826,347**

[22] Filed: **Mar. 25, 1997**

[51] Int. Cl.[7] .............................. **H04B 15/00; H04K 1/00; H04L 27/30**

[52] U.S. Cl. ......................... **375/143; 375/142; 375/150; 375/152; 375/343; 370/335; 370/342; 370/441; 370/479**

[58] **Field of Search** ..................................... 375/207, 343, 375/208, 206, 143, 150, 152, 142; 370/342, 479, 343, 441, 335

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,604,911 | 9/1971 | Schmitt ..................................... 708/422 |
| 4,032,885 | 6/1977 | Roth ......................................... 708/212 |
| 4,506,386 | 3/1985 | Ichikawa et al. . |
| 4,523,332 | 6/1985 | Mori . |
| 4,663,623 | 5/1987 | Lax et al. . |
| 4,736,390 | 4/1988 | Ward et al. . |
| 4,745,408 | 5/1988 | Nagata et al. . |
| 4,755,983 | 7/1988 | Masak et al. ........................... 375/207 |
| 4,837,854 | 6/1989 | Oyagi et al. . |
| 4,839,639 | 6/1989 | Sato et al. . |

| | | |
|---|---|---|
| 4,903,335 | 2/1990 | Shimizu . |
| 5,216,691 | 6/1993 | Kaufmann ............................... 375/150 |
| 5,230,084 | 7/1993 | Nguyen . |
| 5,239,557 | 8/1993 | Dent . |
| 5,241,561 | 8/1993 | Barnard . |
| 5,241,566 | 8/1993 | Jackson . |
| 5,293,398 | 3/1994 | Hamao et al. .......................... 375/152 |
| 5,381,133 | 1/1995 | Erhart et al. . |
| 5,410,734 | 4/1995 | Choi et al. . |
| 5,420,850 | 5/1995 | Umeda et al. .......................... 370/342 |
| 5,440,298 | 8/1995 | Kuramatsu . |
| 5,495,500 | 2/1996 | Jovanovich et al. . |
| 5,537,100 | 7/1996 | Hallberg . |
| 5,687,190 | 11/1997 | Tsao ........................................ 375/142 |
| 5,784,403 | 7/1998 | Scott ....................................... 375/151 |
| 5,818,868 | 10/1998 | Gaudenzi et al. ...................... 375/152 |
| 5,903,595 | 5/1999 | Suzuki .................................... 375/207 |

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Michael W. Maddox
*Attorney, Agent, or Firm*—O'Melveny & Myers LLP

[57] **ABSTRACT**

A digital matched filter for a CDMA radio comprises a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate the digital signal therethrough at a fixed rate. A correlator is coupled to the digital delay line to correlate the digital signal to a predefined spreading code to provide a correlation signal representing a degree of correlation of the digital signal to the spreading code. A window logic unit is coupled to the correlator to enable operation of the correlator only during successive discrete time periods of the correlation signal corresponding to a high degree of correlation of the digital signal to the spreading code.

**21 Claims, 2 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3

6,075,807

1

# WINDOWED DIGITAL MATCHED FILTER CIRCUIT FOR POWER REDUCTION IN BATTERY-POWERED CDMA RADIOS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to direct sequence spread spectrum communications, and more particularly, to a radio receiver that conserves electrical power by performing certain processing of received data only during a narrow window corresponding to an estimated bit synchronization time.

### 2. Description of Related Art

Spread spectrum modulation techniques are increasingly desirable for communications, navigation, radar and other applications. In a spread spectrum system, the transmitted signal is spread over a frequency band that is significantly wider than the minimum bandwidth required to transmit the information being sent. As a result of the signal spreading, spread spectrum systems have reduced susceptibility to interference or jamming, and enable high data integrity and security. Moreover, by spreading transmission power across a broad bandwidth, power levels at any given frequency within the bandwidth are significantly reduced, thereby reducing interference to other radio devices. In view of these significant advantages, spread spectrum communication systems are highly desirable for commercial data transmission.

In one type of spread spectrum communication system, a radio frequency (RF) carrier is modulated by a digital code sequence referred to as a spreading code. The spreading code has a bit rate, or chipping rate, much higher than a clock rate of the underlying information signal. These spread spectrum systems are known as direct sequence (DS) or code division multiple access (CDMA) modulation systems. The RF carrier may be binary or quadrature modulated by one or more data streams such that the data streams have one phase when the spreading code represents a data "one" and a predetermined phase shift (e.g., 180° for binary, and 90° for quadrature) when the spreading code represents a data "zero." These types of modulation are commonly referred to as binary shift key (BPSK) and quadrature shift key (QPSK) modulation, respectively.

It is also known to use a plurality of CDMA radio receivers that are coupled together in a wireless local area network (WLAN). A central host processing unit could send information to and receive information from any one of the plurality of remotely disposed receivers. In such a WLAN, the remote receivers may comprise portable units that operate within a defined environment to report information back to the central host processing unit. Each of the remote receivers would communicate with the host processing unit using the same RF carrier frequency and spreading code. It should be apparent that such WLAN systems offer increased flexibility over hard-wired systems by enabling operators of the remote receivers substantial freedom of movement through the environment.

Each individual CDMA radio receiver amplifies and filters an RF signal transmitted from the host processing unit to remove the RF carrier and provide a digital information signal that has been modulated by the spreading code. The receiver then "de-spreads" the digital signal in a digital processing stage that includes a digital matched filter correlated with the spreading code to remove the modulation and recover the digital information. Tracking and bit synchronization logic units synchronize the timing of the digital matched filter to the received signal by generating a data

2

output containing despread digital information recovered from the received signal and a regulated clock output to which the data output is synchronized. Thereafter, the digital information is combined into packets having a predefined format and length. The packets can then be processed subsequently by use of conventional data processing logic systems, such as a microprocessor, digital signal processor, and the like.

A drawback with such wireless systems is the limited power source of the remote receivers. To maximize flexibility and freedom of movement, the remote receivers often include a rechargeable battery system. When not in use, the remote receivers could be plugged into a recharging station that restores the battery system to a fully charged state. Nevertheless, such battery systems necessarily increase the weight and bulk of the remote radio receivers, as a heavier battery system would provide greater storage capacity and longer operational life. Radio system designers must trade off weight of the receiver against its operational life, and have long sought ways to reduce the power requirements of a remote receiver in order to further extend the operational life without having to increase the battery system capacity.

Thus, it would be desirable to provide a remote CDMA radio receiver that draws reduced electrical current in order to maximize operational life between charging cycles. Since the digital signal processing circuitry that performs the de-spreading, tracking and bit synchronization of the received signals draws a substantial amount of electrical power, power usage could be reduced by improving the efficiency of the digital processing circuitry.

## SUMMARY OF THE INVENTION

In accordance with the teachings of the present invention, a digital matched filter for a CDMA radio system is provided which has reduced power consumption over conventional systems.

The digital matched filter comprises a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate the digital signal therethrough at a fixed rate. A correlator is coupled to the digital delay line to correlate the digital signal to a predefined spreading code to provide a correlation signal representing a degree of correlation between the digital signal and the spreading code. The correlation signal comprises discrete time periods which reflect a high degree of correlation of the digital signal to the spreading code. A window control logic unit is coupled between the correlator and the bit synchronization unit to enable operation of the correlator only during sampling windows encompassing successive ones of the discrete time periods.

In an embodiment of the invention, a system clock provides a clock signal for the correlator. The window control logic unit provides an enabling signal to enable the clock signal to reach the correlator. An AND gate is adapted to receive the clock signal and the enabling signal, and provide an output coupled to clock input of the correlator. The enabling signal controls the operation of the correlator so that it operates only during the correlation time windows.

A more complete understanding of the windowed digital matched filter circuit for a CDMA radio will be afforded to those skilled in the art, as well as a realization of additional advantages and objects thereof, by a consideration of the following detailed description of the preferred embodiment. Reference will be made to the appended sheets of drawings which will first be described briefly

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a digital matched filter an processing circuitry for a CDMA radio receiver according to an embodiment of the present invention;

EXHIBIT D
PAGE 4 OF 8

3

FIG. 2 is a graph illustrating an output signal of the digital matched filter showing correlation between the received data and the spread code; and

FIG. 3 is a flow diagram illustrating operation of window control logic for acquiring and correlating the output signal of the digital matched filter to the spreading code during a correlation window.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention satisfies the need for a remote CDMA radio receiver that draws reduced electrical current by increasing the efficiency of the digital processing circuitry. In the detailed description that follows, like element numerals are used to describe like elements illustrated in one or more of the figures.

Referring first FIG. 1, an embodiment of a digital matched filter for a CDMA radio receiver is shown. As generally known in the art, a CDMA radio receiver receives an RF signal, and downconverts the RF signal to a baseband signal by multiplying the received signal by a carrier frequency generated by a local oscillator. The downconverted signal is then converted from analog to digital by an analog-to-digital converter, and may also be filtered by a low pass filter to remove any aliasing noise. Thereafter, the received signal is changed to the form of a multiple-bit digital signal having a chipping rate of the spreading code originally used to modulate the digital information of the signal. The received signal may additionally include two signal components, called the I channel and the Q channel, having phases that are 90° from each other. The separate I and Q signal components would be downconverted and filtered in the same manner described above to yield multiple-bit digital signals. It should be appreciated that these well known aspects of a CDMA receiver would be included in an operational system. To simplify the present detailed description, further description of these well known aspects is omitted.

The digital matched filter of the present invention includes a digital delay line 12, a correlator 14, and a summing device 16. The digital delay line 12 may comprise a conventional shift register having a plurality of distinct delay stages $12_M$–$12_1$. Each one of the delay stages $12_M$–$12_1$ provides a delay of less than one half the period of the expected spreading code clock, or the chipping rate, in order to satisfy the Nyquist sampling theorem. The delay line 12 receives a baseband signal that is biphase-modulated by a code sequence, or spreading code, so that phase reversals occur at each high/low transition in the code. The signal propagates down the delay line 12 through a series of successive shifts at a rate corresponding to the chipping rate. There are M delay stages $12_M$–$12_1$, which correspond to the M bins of the spreading code.

At a rate greater than twice the chipping rates the data values contained in the delay stages $12_M$–$12_1$ are sampled through tapped connections with the correlator 14. The correlator 14 determines whether the signal contained in the delay line 12 correlates to the spreading code. The correlator 14 may be comprised of M exclusive-OR logic gates which compare the signals contained in each of the respective delay stages $12_M$–$12_1$ to the corresponding chips of the spreading code. The summing device 16 sums the M outputs of the correlator 14 to provide a sum value that is proportional to the degree of correlation between the received signal and the spreading code for each of the M bins within the period of a single data bit.

4

FIG. 2 illustrates graphically the output sum value signal provided by the summing device 16. The periodic peaks in the signal correspond to correlations between the digital signal and the spreading code. Between the peaks, the signal remains nominally at zero due to the absence of correlation between the digital signal and the spreading code, with the minor fluctuations of the signal level being caused by random correlations of the digital signal with individual chips of the spreading code. The true correlations, or signal peaks, occur at the frequency of the information signal, and are used to detect valid data. As shown in FIG. 2, a single correlation period corresponds to M shifts of the digital signal through the delay line 12, or a single period of the information clock signal. The correlation period is divided into M discrete intervals which each correspond to a single period of the spreading code clock. FIG. 2 illustrates three consecutive correlation periods that begin respectively at times $T_0$–$T_2$.

Returning now to FIG. 1, a window control logic unit 24 passes the sum value from the summing device 16 to the bit synchronization logic unit 18 during the discrete window periods surrounding the true correlations, as shown in FIG. 2. The operation of the window control logic unit 24 is described in greater detail below. The bit synchronization logic unit 18 monitors the sum signal provided by the summing device 16 to determine whether a correlation is established between the spreading code and the received signal. Upon detection of such a correlation, the bit synchronization logic unit 18 synchronize the timing of the digital matched filter to the received signal by generating a data output containing despread digital information recovered from the received signal and a regulated clock output to which the data output is synchronized. After synchronization with the received signal has been achieved, the bit synchronization logic unit 18 may adjust the propagation rate of the delay line 12 to match the incoming code chipping rate as precisely as possible. The data and clock outputs are then provided to a receiver state machine 22, which combines the information being transmitted into packets that are further processed by downstream signal processing circuitry.

As known in the art, CDMA receivers can draw an exceptionally high amount of electrical current due in part to the power requirements of the digital matched filter. Complementary Metal Oxide Semiconductor (CMOS) circuitry is the most widely used technology for the digital portion of the receiver, and power consumption within CMOS circuitry is a function of the switching rate of a gate, the gate size, the supply voltage and the number of gates. As will be appreciated from the foregoing discussion, the digital matched filter includes a high number of gates that are switched at a high rate. Particularly, to satisfy the Nyquist sampling criterium, the digital data must be sampled at twice the data rate or higher. For example, a received CDMA signal modulated at 1 MHz with an eleven bit spreading code must be sampled at a rate of at least 22 MHz. After the signal is de-spread, the recovered digital data is processed at a clock rate of 1 MHz. These functions necessarily draw a relatively high level of electrical current.

In conventional CDMA receivers, the digital matched filter is always operating, even when no correlated data is being received. In the present invention, however, the clocking of certain of the circuitry of the digital matched filter is effectively stopped in between correlation times to cause the circuitry to go into a virtual zero power mode without degrading CDMA receiver performance. While it is not essential that the receiver of the present invention be implemented with CMOS circuitry, it should be appreciated that

6,075,807

5

provide the greatest benefit from using CMOS circuitry.

In an embodiment of the invention, the window control logic unit 24 controls the application of the system clock to portions of the digital matched filter. The window control logic unit 24 has a control output coupled to an input of an AND logic device 26. A second input to the AND logic device 26 is coupled to a system clock 28 that provides a clock signal for the correlator 14 and the summing device 16. When the control output from the window control logic unit 24 is at a high logic state, the clock signal passes from the system clock 28 to both the correlator 14 and the summing device 16 through the AND logic device 26. Conversely, when the control output is at a low logic state, the clock signal is prevented from reaching either the correlator 14 or the summing device 16.

Referring now to FIG. 3, a flow chart illustrating the operation of the window control logic unit 24 is shown. At step 101, acquisition and tracking threshold values are initialized in the window control logic unit 24 during initialization of the CDMA receiver. The acquisition and tracking threshold values define two energy levels of the digital signal from the summing device 16 that are used to acquire and correlate with a received signal, respectively. The threshold values may be modified as desired to alter the operating characteristics of the CDMA receiver, as will be apparent from the description that follows.

After initialization of the threshold values, the CDMA receiver is in an acquisition mode, and is waiting for a signal to be received that breaks the acquisition threshold. The digital matched filter is operating normally while the CDMA receiver is in the acquisition mode. In step 102, periodic digital samples of the signal from the summing device 16 are compared with the acquisition threshold value at the chipping rate to determine if the acquisition threshold value is exceeded. The acquisition threshold level is set to an energy level that is sufficiently higher than the nominal zero level so that minor fluctuations of the received signal, such as due to noise, do not trigger a false acquisition. As long as the energy level of the samples remains below the acquisition threshold value, the window control logic unit 24 continues to loop successive samples through step 102.

When the energy level of one of the samples exceeds the acquisition threshold value, this may indicate the start of a received message packet. The particular sample value, or bin, is added to an integrated sum of sample values for that particular bin at step 103. Similarly, integrated sums are made for the bins adjacent to the bin that broke the acquisition threshold, defining a multiple-bin sampling window, as shown in FIG. 2. For example, if the sample at bin six broke the acquisition threshold and a five bin wide sampling window is used, then integrated sums for bins four through eight are formed. The integrated sums from step 103 are compared to a tracking threshold value at step 104 to determine if the tracking threshold value is exceeded. Ordinarily, a received message packet begins with a preamble having a multiple bit code, such as a Barker code. Therefore, the particular bin and adjacent bins are integrated over several bit times to verify that an actual message packet is being received. If, for example, a noise spike caused the acquisition threshold to be exceeded, then there would be no signal in subsequent bit times, and the integrated sum would remain below the tracking threshold value. Fractional feedback terms are necessarily applied to the integrated sums formed at step 103 to prevent the integrated sums from growing too large, so that the integrated sums in subsequent bit times drops below the acquisition threshold.

6

As long as the integrated sum remains below the tracking threshold value, the window control logic unit 24 remains in a loop including steps 106, 110 and 107. At step 106, an acquire attempt counter used to track the number of loops is incremented, and at step 110, the count value of the counter is compared to a predetermined upper limit. For each loop, a time delay is provided in which the portions of the digital matched filter are disabled by operation of the window control logic unit 24 until the particular bins of the sampling window are received for a subsequent bit time. In the example given above, integrated sums for bins four through eight are formed, and the correlator 14 and summing device 16 may be disabled during the time period of all other bins outside the sampling window. Since the chipping rate and code length are known by the CDMA receiver, the duration of the time delay can be readily determined.

The tracking threshold should be reached within a predetermined number of bit times, such as three bit times. If the counter reaches the upper limit before the tracking threshold is reached, then it is likely that there was a false acquisition, such as due to noise, and not the start of an actual message packet. The acquire attempt counter is reset at step 112, and the entire process begins anew with the CDMA receiver returning to the acquisition mode. Alternatively, if the counter is below the upper limit, the integration loop is returned to step 103 after applying the delay at step 107 discussed above.

If the tracking threshold is exceeded at step 104, the carrier detect flag is set at step 105. By using a preloaded value in the integrated sums for the bins of the sampling window of the first loop, the carrier detect can be achieved more quickly once the acquisition threshold has been exceeded. As in the first loop, the particular sample bin and adjacent bins within a sampling window is added to respective integrated sums at step 109 which include fractional feedback terms to permit the integrated sums to decay over a number of bit times. The integrated sums from step 109 is again compared to the tracking threshold value at step 111 to determine if the tracking threshold value is exceeded. This carrier detect condition, and if the integrated value exceeds the tracking threshold value, valid data is being received by the CDMA receiver. The integrated sum is then provided to the bit synchronization logic unit 18 of FIG. 1 for further processing. As before, at step 108 a time delay is provided in which the correlator 14 and summing device 16 are shut off by operation of the window control logic unit 24 until the particular bins of the acquisition window are received in a subsequent bit time. When the integrated sums for the bins of the sampling window drop below the tracking threshold, indicating loss of receipt of the message due to termination of a message packet or signal interference, the carrier detect flag is turned off at step 113. Thereafter, the CDMA receiver is again returned to acquisition mode as described above.

It should be appreciated that between each sampling window, the control output signal from the window control logic unit 24 is set to a low state to discontinue operation of the digital matched filter by shutting off system clock to the correlator 14 and the summing device 16. During the sampling window, and while the CDMA receiver is in the acquisition mode, the control output signal from the power management logic unit 24 is at a high state to enable normal operation of the digital matched filter. Thus, substantial power savings can be realized during the period of time in between the sampling windows. The longer the spreading code of the received signal, the greater the disabled time of the digital matched filter circuitry and lower power con-

6,075,807

7

sumption per received data bit. It should be appreciated that the power management logic unit could be adapted to disable/enable the system clock to additional or fewer elements of the digital matched filter circuitry depending on the operational needs of the CDMA receiver and the associated power usage requirements.

An additional benefit of the present invention is that the windowed integration minimizes the gate count of the CMOS circuitry. The number of integrated sum values that calculated is a function of the sampling window size, rather than the spreading code length in conventional CDMA receiver digital matched filters. While the size of the sampling window, and thus the number of integrated sum values, is increased for longer spreading codes, there is still a substantial savings in the number of gates required. For example, an eleven-bit spreading code sampled at twice the chipping rate requires twenty-two integration bins. Assuming eight-bit resolution for each integration bin, there would need to be approximately five thousand gates to provide the integration bins. With a forty-four-bit spreading code, the number of integration bin gates increases to twenty thousand gates. Conversely, a five bin sampling window would require only one thousand gates. The tremendous savings in gate count translates to reduced real estate on the application specific integrated circuit (ASIC), with consequent reductions in cost, operating temperature, power usage, etc.

Having thus described a preferred embodiment of a windowed digital matched filter circuit for a CDMA radio, it should be apparent to those skilled in the art that certain advantages of the within system have been achieved. It should also be appreciated that various modifications, adaptations, and alternative embodiments thereof may be made within the scope and spirit of the present invention. The invention is further defined by the following claims.

What is claimed is:

1. A digital matched filter for a CDMA radio system comprises:

a digital delay line having a plurality of successive delay stages adapted to receive a multiple bit digital signal and propagate said digital signal therethrough at a fixed rate;

a correlator coupled to said digital delay line to correlate said digital signal to a predefined spreading code to provide a plurality of signals indicating correspondence between individual bits of said digital signal and respective chips of said spreading code;

a summing device coupled to said correlator to combine said plurality of signals into a summed signal representing a degree of correlation of said digital signal to said spreading code; and

a window control unit operatively coupled to said summing device to enable operation of at least one of said correlator and said summing device only during discrete time periods of said summed signal having a high degree of correlation of said digital signal to said spreading code, and disable operation of at least one of said correlator and said summing device between said successive ones of said discrete time periods.

2. The digital matched filter of claim 1, wherein said correlator further comprises a plurality of logic gates each having a first input coupled to a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said spreading code.

3. The digital matched filter of claim 2, wherein said logic gates further comprise exclusive-OR logic gates.

4. The digital matched filter of claim 2, wherein said logic gates further comprise CMOS logic gates.

8

5. The digital matched filter of claim 1, further comprising a system clock providing a clock signal for said correlator and said summing device, said window control unit providing an enabling signal to enable said clock signal to reach said correlator and said summing device.

6. The digital matched filter of claim 5, further comprising a bit synchronization unit coupled to said window control unit to receive said correlation signal and derive a data signal therefrom, and an AND gate adapted to receive said clock signal and said enabling signal, said AND gate further having an output coupled to clock inputs of said correlator and said bit synchronization unit.

7. The digital matched filter of claim 1, wherein said window control unit further comprises means for detecting an acquisition state of a received digital signal.

8. A digital matched filter for a CDMA radio system comprises:

a digital delay line having a plurality of successive delay stages adapted to receive a multiple bit digital signal and propagate said digital signal therethrough at a fixed rate;

a correlate coupled to said digital delay line to correlate said digital signal to a predefined spreading code to provide a plurality of signals indicating correspondence between individual bits of said digital signal and respective chips of said spreading code;

a summing device coupled to said correlator to combine said plurality of signals into a summed signal representing a degree of correlation of said digital signal to said spreading code;

a window control unit operatively coupled to said summing device to enable operation of at least one of said correlator and said summing device only during discrete time periods of said summed signal having a high degree of correlation of said digital signal to said spreading code, and disable operation of at least one of said correlator and said summing device between said successive ones of said discrete time periods; and

a bit synchronization unit coupled to said window control unit to receive said correlation signal and derive a data signal therefrom.

9. A digital matched filter for a CDMA radio system, comprises:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough;

means for correlating said digital signal to a predefined spreading code to provide a summed signal reflecting a degree of correlation;

means for deriving a data signal and a clock signal from said summed signal, said summed signal comprising discrete time periods which reflect a high degree of correlation of said digital signal to said spreading code; and

means for enabling operation of said correlator only during successive ones of said discrete time periods.

10. A digital matched filter for a CDMA radio system, comprises:

a digital delay line having a plurality of successive delay stages adapted to receive a digital signal and propagate said digital signal therethrough;

means for correlating said digital signal to a predefined spreading code to provide a summed signal reflecting a degree of correlation;

means for deriving a data signal and a clock signal from said summed signal, said summed signal comprising

6,075,807

9

discrete time periods which reflect a high degree of correlation of said digital signal to said spreading code; and

means for enabling operation of said correlator only during successive ones of said discrete time periods, wherein said enabling means further comprises means for estimating timing of a next successive one of said discrete time periods.

11. The digital matched filter of claim 10, wherein said enabling means further comprises means for defining a sampling window around said estimated timing of a next successive one of said discrete time periods.

12. The digital matched filter of claim 9, further comprising a system clock providing a clock signal for said correlator, said enabling means providing an enabling signal to enable said clock signal to reach said correlator.

13. The digital matched filter of claim 9, wherein said correlating means further comprises:

a plurality of logic gates each having a first input adapted to sample a corresponding one of said stages of said digital delay line and a second input coupled to a corresponding bit of said spreading code; and

a summing device coupled to respective outputs of each of said plurality of logic gates to provide said summed signal.

14. A method for reducing power consumption in a CDMA radio system, comprises:

propagating a received digital signal through a digital delay line having a plurality of successive delay stages;

correlating said digital signal to a predefined spreading code to provide a correlation signal reflecting a degree of correlation of said digital signal to said spreading code;

deriving a data signal and a clock signal from said correlation signal, said correlation signal comprising discrete time periods which correspond to correlation of said digital signal to said spreading code; and

10

disabling performance of said correlating step between said discrete time periods.

15. The method of claim 14, further comprising providing a clock signal for performing said correlating step.

16. The method of claim 15, wherein said disabling step further comprises providing a signal to disable performance of said step of providing a clock signal.

17. The method of claim 14, wherein said disabling step further comprises determining whether said correlation signal exceeds an acquisition threshold.

18. A method for reducing power consumption in a CDMA radio system, comprises:

propagating a received digital signal through a digital delay line having a plurality of successive delay stages;

correlating said digital signal to a predefined spreading code to provide a correlation signal reflecting a degree of correlation of said digital signal to said spreading code;

deriving a data signal and a clock signal from said correlation signal, said correlation signal comprising discrete time periods which correspond to correlation of said digital signal to said spreading code; and

disabling performance of said correlating step between said discrete time periods, wherein said disabling step further comprises determining whether said correlation signal exceeds a tracking threshold.

19. The method of claim 14, wherein said disabling step further comprises providing an integrated sum of said correlation signal.

20. The method of claim 19, wherein said disabling step further comprises comparing said integrated sum of said correlation signal to a threshold value.

21. The method of claim 14, wherein said disabling step further comprises defining a sampling window that encompasses said discrete time periods.

* * * * *

Case 3:05-cv-01392-B-BLM   Document

US 6,320,896B1

(12) **United States Patent**
Jovanovich et al.

(10) Patent No.: **US 6,320,896 B1**
(45) Date of Patent: **Nov. 20, 2001**

(54) **RF RECEIVER HAVING FREQUENCY-HOPPING/DIRECT-SEQUENCE SPREAD SPECTRUM SIGNAL DISCRIMINATION**

(75) Inventors: **Alan F. Jovanovich**, Des Moines; **John W. Mensonides**, Monroe; **Bruce G. Warren**, Poulsbo, all of WA (US)

(73) Assignee: **Intermec Ip Corp.**, Woodland Hills, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/115,286**

(22) Filed:   **Jul. 14, 1998**

(51) Int. Cl.$^7$ ............................ H04B 1/707; H04B 1/713
(52) U.S. Cl. ............................ 375/130; 375/136; 375/147
(58) Field of Search .............................. 375/130, 132, 375/136, 140, 147; 370/320, 335, 342

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,956,644 | * 9/1990 | Leahy et al. ........................ | 342/351 |
| 4,985,899 | 1/1991 | Walsh . | |
| 5,063,572 | * 11/1991 | Leahy et al. ........................ | 375/367 |

| | | | |
|---|---|---|---|
| 5,363,401 | * 11/1994 | Lucas et al. ........................ | 375/131 |
| 5,495,500 | * 2/1996 | Jovanovich et al. ................. | 375/147 |
| 5,748,687 | * 5/1998 | Ozluturk ............................... | 375/367 |
| 5,970,105 | * 10/1999 | Dacus .................................. | 375/344 |
| 5,974,038 | * 10/1999 | Shou et al. ........................... | 370/335 |
| 5,974,098 | * 10/1999 | Tsuda .................................. | 375/340 |
| 6,009,119 | * 12/1999 | Jovanovich et al. ................. | 375/219 |
| 6,058,148 | * 5/2000 | Whikehart et al. ................... | 375/350 |
| 6,122,309 | * 9/2000 | Bergstrom et al. .................. | 375/130 |
| 6,223,053 | * 4/2001 | Friedmann et al. ................. | 455/552 |

* cited by examiner

*Primary Examiner*—Young T. Tse
(74) *Attorney, Agent, or Firm*—O'Melveny & Myers LLP

(57)          **ABSTRACT**

A receiver is provided for use in an environment in which both frequency-hopping and direct-sequence spread spectrum radio frequency (RF) signals are present. The receiver includes a receive section adapted to receive and downconvert RF input signals. A detector is coupled to the receive section, and has a plurality of parallel filter stages with each tuned for a distinct frequency band. A discriminator compares the RF energy level passing through each of the filter stages to determine whether the RF input signals are frequency-hopping or direct-sequence spread spectrum signals. A controller is adapted to control the receive section in response to the discriminator.

**19 Claims, 2 Drawing Sheets**



Case 3:05-cv-01392-B-BLM   Document 21   Filed 09/23/05   Page 58 of 91



*FIG. 1*

Case 3:05-cv-01392-B-BLM   Document 21   Filed 09/22/05   Page 59 of 91



1

# RF RECEIVER HAVING FREQUENCY-HOPPING/DIRECT-SEQUENCE SPREAD SPECTRUM SIGNAL DISCRIMINATION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to computing devices that communicate with each other within a wireless local area network, and more particularly, to computing devices that operate in an environment in which both frequency-hopping and direct-sequence spread spectrum radio frequency signals are present and which are capable of discriminating between both types of RF signals.

### 2. Description of Related Art

A wireless local area network (WLAN) comprises a plurality of remote computing devices which communicate together over radio frequency (RF) signals. As in a wired local area network (LAN), the WLAN allows users to seamlessly access disk drives, printers, and additional computer resources connected to the WLAN. The remote computing devices include a radio receiver/transmitter specifically designed or adapted for RF communication with the other elements of the WLAN. The WLAN may also include a central host processing unit that sends information to and receives information from any one of the plurality of remotely disposed computing devices. The central host processor may also form part of a separate wired LAN to provide a bridge with the WLAN. In such a WLAN, the remote computing devices may comprise portable units that operate within a defined environment to report information back to the central host processing unit. WLAN systems offer increased flexibility over wired LAN systems by enabling operators of the remote computing devices substantial freedom of movement through the environment, and are particularly useful for remote data collection applications such as inventory control, manufacturing and production flow management, and asset tracking.

For simplicity, the radio receiver/transmitter provided within each remote computing device may communicate using conventional narrowband RF signals. Narrowband RF operation has a significant drawback in that the radio receiver/transmitter must be operated at relatively low power levels in order to ensure compliance with certain governmental regulations. In addition, low power level signals are more susceptible to interference and thus have low data throughput rates. To overcome these and other drawbacks, commercial WLAN systems have adopted so-called "spread spectrum" modulation techniques. In a spread spectrum system, the transmitted signal is spread over a frequency band that is significantly wider than the minimum bandwidth required to transmit the information being sent. As a result of the signal spreading, spread spectrum systems enable high data integrity and security. Moreover, by spreading transmission power across a broad bandwidth, power levels at any given frequency within the bandwidth are significantly reduced, thereby reducing interference to other radio devices.

In one type of spread spectrum communication system, a modulated RF carrier is moved in discrete increments in a pattern dictated by a pseudorandom sequence. This type of spread spectrum system is known as a "frequency-hopping" modulation system, since the transmitter jumps from frequency to frequency in accordance with the pseudorandom sequence. The information signal is modulated onto the carrier using frequency shift keying (FSK) or other known types of modulation. The instantaneous frequency-hopping

2

spread spectrum signals are similar to conventional narrowband RF communications, except that the center frequency of the signals moves in the pseudorandom sequence with the carrier impressed upon the center frequency.

A second type of spread spectrum communication system utilizes an RF carrier modulated by a digital code sequence having a spreading code rate, or chipping rate, much higher than the clock rate of the information signal. This type of spread spectrum system is known as a "direct-sequence" modulation system, and the modulated signals have a much wider bandwidth than narrowband RF signals or frequency-hopping signals for an equivalent data rate. The RF carrier may be modulated such that a data stream has one phase when a spreading code sequence represents a data "one" and 180° phase shift when the spreading code sequence represents a data "zero." The RF carrier may also be binary or quadrature modulated by one or more data streams such that the data streams have one phase when a spreading code sequence represents a data "one" and a predetermined phase shift (e.g., 180° for binary, and 90° for quadrature) when the spreading code sequence represents a data "zero." These types of modulation are commonly referred to as binary shift key (BPSK) and quadrature shift key (QPSK) modulation, respectively.

It is sometimes desirable to operate remote computing devices in an environment in which both direct-sequence (i.e., wideband) and frequency-hopping (i.e., narrowband) RF communications are present simultaneously. For example, a single WLAN may include disparate elements operating in each of the two modes while sharing a single common host processing unit. In such an environment, it is desirable for the receiver circuitry within the remote computing devices to differentiate between the two types of signals to avoid performance impacts. If an interfering narrowband signal is erroneously interpreted by the receiver as a valid information signal, the receiver could hold off other pending transmissions while trying to synchronize to the narrowband signal, resulting in reduced system throughput and degraded performance.

Thus, it would be desirable to provide a receiver which can discriminate between narrowband and wideband RF signals for use in an environment in which both types of signals are present.

## SUMMARY OF THE INVENTION

In accordance with the teachings of the present invention, a receiver for use in an environment in which both frequency-hopping and direct-sequence spread spectrum radio frequency (RF) signals are present is provided.

The receiver includes a receive section to receive and downconvert RF input signals. A discrimination circuit is coupled to the receive section, and has a plurality of parallel filter stages and an envelope detector coupled to the filter stages. Each one of the filter stages is tuned for a distinct frequency band. The envelope detector samples an RF energy level passing through the respective filter stages. The values of the sampled RF energy levels from each of the envelope detectors are compared to provide an indication as to whether the RF input signals are frequency-hopping or direct-sequence spread spectrum signals. A controller is adapted to control the receive section in response to the indication from the discrimination circuit.

More particularly, the RF input signals are determined to be direct-sequence spread spectrum signals when RF energy is present in more than one of the filter stages. Conversely, the RF input signals are determined to be frequency-hopping

3

spread spectrum signals when RF energy is present in only one of the filter stages.

The filter stages further comprise a bandpass filter tuned to one of the distinct frequency bands, and an integrator adapted to integrate received RF energy over a predetermined sample time. Alternatively, the RF input signals may be converted to digital values that are filtered and integrated using digital processing techniques.

A more complete understanding of a receiver having frequency-hopping/direct-sequence spread spectrum signal discrimination will be afforded to those skilled in the art, as well as a realization of additional advantages and objects thereof, by a consideration of the following detailed description of the preferred embodiment. Reference will be made to the appended sheets of drawings which will first be described briefly.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of an RF receiver having a frequency-hopping/direct sequence discrimination circuit in accordance with the present invention;

FIGS. 2(a) and 2(b) are graphs illustrating the average and instantaneous frequency spectra of direct-sequence spread spectrum signals; and

FIGS. 3(a) and 3(b) are graphs illustrating the average and instantaneous frequency spectra of frequency-hopping spectrum signals.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention satisfies the need for a receiver which can discriminate between narrowband and wideband RF signals for use in an environment in which both types of signals are present.

Referring first to FIG. 1, a block diagram of a computing device in accordance with an embodiment of the present invention is illustrated. The computing device may be adapted to communicate either or both narrowband (i.e., frequency-hopping) signals and wideband (i.e., direct-sequence) spread spectrum RF signals. An RF receive section 10 includes an antenna 12, a filter 14, a low noise amplifier stage 16, and a downconversion mixer 18. The antenna 12 is provided for receiving RF signals that are transmitted within the WLAN. The filter 14 rejects adjacent extraneous frequencies outside the bandwidth of the received band of signals. The low noise amplifier stage 16 amplifies the received and filtered signal to a desired amplitude level and establishes a system noise figure. The mixer 18 multiplies the amplified signal with a locally generated oscillating signal from a frequency synthesizer 22 to produce an intermediate frequency (IF) signal having a constant difference in frequency between the received signal and the locally generated signal.

By selecting a frequency of the locally generated oscillating signal that is equal to the carrier frequency of the received narrowband or wideband signals, the IF signal produced by the mixer 18 would actually be downconverted directly to baseband in the manner of a homodyne or zero-IF receiver. An example of a homodyne receiver is provided by U.S. Pat. No. 5,495,500, for "Homodyne Radio Architecture For Direct Sequence Spread Spectrum Data Reception," the subject matter of which is incorporated by reference herein.

The IF signal is provided to a bandpass filter 24 having a bandwidth sufficient to accommodate the wideband direct-sequence spread spectrum signals. An IF amplifier 26 is used

4

to adjust the signal level of the filtered IF signal to a level sufficient for demodulation. The gain of the IF amplifier 26 may be set at different levels depending on whether the received RF signal is a wideband or narrowband signal, as determined by the discrimination circuit described below. A demodulator 28 may be adapted to recover either or both frequency shift key (FSK) modulated signals from a frequency-hopping spread spectrum narrowband signal and direct-sequence wideband spread spectrum signal. Alternatively, separate demodulator circuits could be used for the narrowband and wideband signals that are selectively switched in the same manner as the bandpass filter 24 and IF amplifier 26.

A microcontroller 38 provides the main signal processing hardware for the radio receiver, and is responsible for controlling the bandwidth selection, frequency synthesizer programming, clock recovery and data handling/generation. The microcontroller 38 may be provided by an application specific integrated circuit (ASIC), a microprocessor, a digital signal processor or other such circuit element. As known in the art, the microcontroller 38 performs its functions by executing a series of commands or instructions, also referred to as a software program, that may be disposed on a permanent storage medium, such as a semiconductor read only memory (ROM) device or a magnetic medium. The frequency synthesizer 22 communicates with the microcontroller 38 to control the timing and selection of carrier frequencies. The oscillating signal from the frequency synthesizer 22 is provided to the mixer 18 of the receive section 10 as the oscillating signal, as described above. The microcontroller 38 may also perform other functions for the computing device pertaining to the processing and use of the information communicated by the RF signals.

A discrimination circuit 30 is also coupled to the output of the IF amplifier 26 to receive the filtered IF signal. The discrimination circuit 30 determines whether a received IF signal is a direct-sequence or frequency-hopping spread spectrum signal.

Before describing in detail the elements of the discrimination circuit 30, a brief discussion of the characteristics of direct-sequence and frequency-hopping spread spectrum is provided with reference to FIGS. 2A–2B and 3A–3B.

In FIGS. 2A–2B, the frequency spectra of a direct-sequence spread spectrum signal is illustrated. FIG. 2A illustrates the average frequency response of a direct-sequence spread spectrum signal. As known in the art, the power of a direct-sequence spread spectrum signal is spread over a wide band of frequencies. At any given instant, as shown in FIG. 2B, the power of the direct-sequence signal may be distributed into several discrete frequencies, as depicted by the exemplary varying amplitude signal impulses located at 2.25, 5.5, and 11 MHz.

In contrast, the frequency spectra of a frequency-hopping spread spectrum signal is illustrated in FIGS. 3A–3B. As in direct-sequence spread spectrum, the power of frequency-hopping spread spectrum signals is spread over a wide band of frequencies; however, unlike direct-sequence spread spectrum, the frequency-hopping spread spectrum signals are actually comprised of a plurality of discrete narrowband channels. The narrowband channels each overlap slightly with adjacent channels as shown in FIG. 3A, though the channels may also be separated from each other. At a given instant of time, the power of a frequency-hopping spread spectrum signal will be entirely located in just one of the channels, such as the exemplary signal located at 5.5 MHz. Moreover, the amplitude of the signal is much greater than

EXHIBIT E
PAGE 5 OF 7

5

the corresponding signal impulses of the direct-sequence spread spectrum signals given identical path conditions.

Returning now to FIG. 1, the discrimination circuit 30 comprises a plurality of n discrete filter banks that are each tuned to respective ones of the frequency-hopping spread spectrum channels. A first filter bank comprises a bandpass filter 32, an integrator 34, and an envelope detector 36. A second filter bank comprises a bandpass filter 42, an integrator 44, and an envelope detector 46, and an nth filter bank comprises a bandpass filter 52, an integrator 54, and an envelope detector 56. It should be appreciated that three filter banks are illustrated in FIG. 1 for simplicity, but in a practical system there would be a plurality of other filter banks disposed in parallel corresponding to the number of frequency-hopping spread spectrum channels. The bandpass filters 32, 42, 52 are tuned to a center frequency $(F_c)$ corresponding to separate frequency channels. For example, the center frequency $(F_c)$ of the first bandpass filter 32 is 2.5 MHz, the center frequency $(F_c)$ of the second bandpass filter 42 is 5.5 MHz, and the center frequency $(F_c)$ of the nth bandpass filter 52 is 11 MHz.

The integrators 34, 44, 54 are coupled to the bandpass filters 32, 42, 52, and integrate the signals from the bandpass filters over a predetermined sampling time period. The sampling time ensures that extraneous noise signals are not misconstrued as information signals, since such noise signals would damp out quickly over time in comparison to information signals that would ordinarily have longer duration. The envelope detectors 36, 46, 56 coupled to the integrators 34, 44, 54 provide a signal indicative of the strength of received IF signal within the frequency band defined by the corresponding bandpass filters 32, 42, 52. A logic unit 48 is coupled to the outputs of each one of the envelope detectors 36, 46, 56, and determines whether a received IF signal is a frequency-hopping or direct-sequence spread spectrum signal. The logic unit 48 thereafter provides an identifying signal to the microcontroller 38 that advises which type of signal has been received. It should be appreciated that the logic unit 48 may be subsumed within the microcontroller 38, which would then determines the type of signal directly.

More particularly, if the logic unit 48 receives signals from plural ones of the envelope detectors 36, 46, 56 simultaneously that indicate the presence of RF energy in plural frequency bands, such as the example of FIG. 2B in which signal impulses are present at plural frequencies, then the logic unit would notify the microcontroller 36 that a direct-sequence spread spectrum signal is being received. The microcontroller 38 can then control operation of the receiver circuitry to optimize for direct-sequence spread spectrum communications, such as by directing the demodulator 28 to remove the spreading code to recover digital data. Alternatively, if the logic unit 48 only receives signals from one of the envelope detectors 36, 46, 56 indicating the presence of RF energy in only one frequency band, such as the example of FIG. 3B in which a received signal is present at a single frequency, then the logic unit would notify the microcontroller 38 that a frequency-hopping spread spectrum signal is being received. The microcontroller 38 can then control operation of the receiver circuitry to optimize for frequency-hopping spread spectrum communications, such as by decreasing the passband of the bandpass filter 24 and by controlling the demodulator 28 accordingly, or by shutting off the direct-sequence portion of the receiver circuitry until a direct-sequence spread spectrum signal is identified.

Even though analog processing circuitry for the discrimination circuit 30 has been described above with respect to

6

FIG. 1, it should also be appreciated that digital processing circuitry may also be advantageously utilized. Particularly, the filtered IF signal from the IF amplifier 26 may be passed through an analog-to-digital converter to provide a digital signal. Digital circuit elements would then operate on the digital signal, including digital filter, integration and envelope detection stages. The digital circuit elements may be provided as separate discrete components. Alternatively, the functions provided by the digital circuit elements may be included within the microcontroller 38 either as embedded circuit elements or as software instructions executed by the microcontroller.

Having thus described a preferred embodiment of a receiver having frequency-hopping/direct-sequence spread spectrum signal discrimination, it should be apparent to those skilled in the art that certain advantages of the within described system have been achieved. It should also be appreciated that various modifications, adaptations, and alternative embodiments thereof may be made within the scope and spirit of the present invention. The invention is further defined by the following claims.

What is claimed is:

1. A receiving device for use in an environment in which both frequency-hopping and direct-sequence spread spectrum radio frequency (RF) signals are present, comprising:

    an RF receiver for receiving RF input signals;

    a detector coupled to said receiver and having a plurality of parallel stages, each one of said stages sampling an RF energy level within a distinct band of frequencies; and

    a discriminator coupled to said detector for discriminating said RF input signals between frequency-hopping and direct-sequence spread spectrum signals, wherein said RF input signals comprise direct-sequence spread spectrum signals when RF energy is present in more than one of said stages, and said RF input signals comprise frequency-hopping spread spectrum signals when RF energy is present in only one of said stages.

2. The device of claim 1, further comprising a controller for controlling said receiver responsive to said discriminator.

3. The device of claim 2, further comprising a demodulator coupled to said receiver and said controller, said demodulator recovering data from said received RF input signals, said controller modifying operation of said demodulator responsive to said discriminator.

4. The device of claim 1, wherein each one of said stages comprises an integrator adapted to integrate received RF energy over a predetermined sampling time.

5. The device of claim 1, wherein each one of said stages comprises a filter tuned to one of said distinct frequency bands.

6. The device of claim 5, wherein said filter further comprises an analog filter.

7. The device of claim 5, wherein said filter further comprises a digital filter.

8. A receiver for use in an environment in which both frequency-hopping and direct-sequence spread spectrum radio frequency (RF) signals are present, comprising:

    means for receiving and downconverting RF input signals; and

    means for discriminating said RF input signals between frequency-hopping and direct-sequence spread spectrum signals by sampling energy level present in each one of a plurality of distinct frequency bands, wherein said RF input signals comprise direct-sequence spread spectrum signals when RF energy is present in more

US 6,320,896 B1

7

than one of said plurality of distinct frequency bands, and said RF input signals comprise frequency-hopping spread spectrum signals when RF energy is present in only one of said distinct frequency bands.

9. The receiver of claim 8, further comprising means for recovering data from said downconverted RF input signals in response to said discriminating means.

10. The receiver of claim 8, wherein said discriminating means comprises a plurality of parallel stages and a detector coupled to said stages, each one of said stages being tuned for a distinct frequency band, said detector being adapted to sample an RF energy level passing through said stages and provide a signal indicating whether said RF input signals are frequency-hopping or direct-sequence spread spectrum signals.

11. The receiver of claim 10, wherein each one of said stages comprises a filter tuned to one of said distinct frequency bands.

12. The receiver of claim 10, wherein each one of said stages comprises an integrator adapted to integrate received RF energy over a predetermined time.

13. The receiver of claim 10, wherein each one of said stages comprises an analog filter.

14. The receiver of claim 10, wherein each one of said stages comprises a digital filter.

15. The receiver of claim 8, wherein said data recovering means comprises a demodulator coupled to said receiving means.

8

16. In an environment in which both frequency-hopping and direct-sequence spread spectrum radio frequency (RF) signals are present, a method for receiving data comprises:

receiving and downconverting RF input signals; and

discriminating said RF input signals between frequency-hopping and direct-sequence spread spectrum signals by sampling energy level present in each one of a plurality of distinct frequency bands, wherein said RF input signals are direct-sequence spread spectrum signals when RF energy is present in more than one of said plurality of distinct frequency bands, and said RF input signals are frequency-hopping spread spectrum signals when RF energy is present in only one of said plurality of distinct frequency bands.

17. The method of claim 16, further comprising recovering data from said downconverted RF input signals in response to said discriminating step.

18. The method of claim 16, wherein said discriminating step comprises providing a signal indicating whether said RF input signals are frequency-hopping or direct-sequence spread spectrum signals.

19. The method of claim 16, wherein said discriminating step comprises integrating received RF energy over a predetermined sampling time.

*   *   *   *   *

(12) **United States Patent**          (10) Patent No.:     **US 6,714,559 B1**

Meier                                   (45) Date of Patent:        **Mar. 30, 2004**

---

(54) **REDUNDANT RADIO FREQUENCY NETWORK HAVING A ROAMING TERMINAL COMMUNICATION PROTOCOL**

(75) Inventor: **Robert C. Meier**, Cuyahoga Falls, OH (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 173 days.

(21) Appl. No.: **09/960,265**

(22) Filed: **Sep. 21, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/849,776, filed on May 4, 2001, now abandoned, which is a continuation of application No. 09/482,197, filed on Jan. 12, 2000, now abandoned, which is a continuation of application No. 08/941,496, filed on Sep. 30, 1997, now abandoned, which is a continuation of application No. 08/270,533, filed on Jul. 5, 1994, now Pat. No. 5,673,031, which is a continuation-in-part of application No. 07/802,348, filed on Dec. 4, 1991, now abandoned.

(51) Int. Cl.[7] .............................................. H04Q 1/00

(52) U.S. Cl. ......................................... 370/449; 340/3.51

(58) Field of Search ................................. 370/449, 445, 370/346, 447; 340/3.51

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,251,865 A * 2/1981 Moore et al. ............... 370/346

| | | | |
|---|---|---|---|
| 4,477,809 A | * | 10/1984 | Bose ......................... 340/3.41 |
| 5,471,469 A | * | 11/1995 | Flammer et al. ............. 370/346 |
| 5,673,031 A | * | 9/1997 | Meier ......................... 370/346 |
| 5,687,175 A | * | 11/1997 | Rochester et al. .......... 370/449 |

OTHER PUBLICATIONS

William Stallings, Local and Metropolitan Area Networks, 1997, pp 378–383. *

* cited by examiner

*Primary Examiner*—Brian Zimmerman

(74) *Attorney, Agent, or Firm*—McAndrews, Held & Malloy Ltd.

(57)                    **ABSTRACT**

Disclosed herein is a redundant network and communication protocol at least including host computers, RF base stations, and roaming terminals. The network may utilize a polling communication protocol such that under heavy traffic conditions, a roaming terminal wishing to initiate communication may be required to determine whether the channel is clear by listening for an entire interpoll gap time. When a hidden terminal is communicating, the roaming terminal may conclude that the communication is taking place upon receiving a polling frame directed to the hidden terminal from the normally silent base station. Inherent redundancy techniques may be used with a spanning tree approach for determining the most efficient pathways from a source to a destination and ensuring that the network adapts to spatial changes or breakdowns within the network.

**20 Claims, 6 Drawing Sheets**



**EXHIBIT F**
**PAGE 1 OF 27**

Case 3:05-cv-01392-B-BLM   Document 21   Filed 09/23/05   Page 66 of 91



*FIG. 1*

**EXHIBIT F
PAGE 2 OF 27**

Case 3:05-cv-01392-B-BLM   Document 21   Filed 09/23/05   Page 67 of 91



*FIG. 2*



*FIG. 3*

**EXHIBIT F**
**PAGE 3 OF 27**



**FIG. 4**

EXHIBIT F
PAGE 4 OF 27



**FIG. 5**



**FIG. 6**

**EXHIBIT F
PAGE 5 OF 27**



**FIG. 7**



**FIG. 8**

EXHIBIT F
PAGE 6 OF 27

Case 3:05-cv-01392-B-BLM   Document 21   Filed 09/22/05   Page 71 of 91



*FIG. 9*



*FIG. 10*

**EXHIBIT F**
**PAGE 7 OF 27**

US 6,714,559 B1

1

# REDUNDANT RADIO FREQUENCY NETWORK HAVING A ROAMING TERMINAL COMMUNICATION PROTOCOL

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 09/849,776 filed May 4, 2001 which is a continuation of U.S. application Ser. No. 09/482,197, filed Jan. 12, 2000, which is a continuation of U.S. application Ser. No. 08/941,496 filed Sep. 30, 1997, now abandoned, which is a continuation of U.S. application Ser. No. 08/270, 533 filed Jul. 5, 1994, now U.S. Pat. No. 5,673,031 issued Sep. 30, 1997. Said application Ser. No. 08/270,533 is hereby incorporated herein by reference in its entirety including Appendices A and B.

Said application Ser. No. 08/270,533 is a continuation-in-part of U.S. application Ser. No. 07/802,348, filed Dec. 4, 1991 which is a continuation-in-part of U.S. application Ser. No. 07/790,946, filed Nov. 12, 1991, now abandoned.

## INCORPORATION BY REFERENCE

Applicant hereby incorporates herein by reference U.S. Ser. No. 07/910,865, filed Jul. 6, 1992 by Mahaney et al.

## TECHNICAL FIELD

The present invention relates to a redundant radio frequency (RF) network having a communication protocol for servicing roaming terminals, and more particularly, relates to a redundant communication network having a polling protocol which allows roaming terminals to selectively communicate using spread spectrum RF transmissions with a host computers or with other roaming terminals through a network of many available base stations.

## BACKGROUND OF THE INVENTION

Radio frequency (RF) communication networks and protocols are known having remote, roaming terminals which communicate through a variety of types of communication links to host computers. Based on the overall spatial layout, response time and loading requirements of the network, different networking schemes and communication protocols have been sought so as to most efficiently regulate the communications.

Particular advantages have been identified in the use of RF communication links such as allowing remote terminals to "roam", free from hardwired cable connections. In basic configurations, a single host computer communicates along some hardwired link to an RF base station which would maintain an RF communication link to a single roaming terminal. As long as the roaming terminal stays within range of the RF base station and no other roaming terminals are needed, a very simple network configuration and communication protocol can be used. However, when faced with hundreds of roaming terminals which move in and out of the range of multiple RF base stations, networking and protocol problems emerge.

To solve these problems, attempts have been made to decrease the number of base stations by increasing the range of stations range; however, the range of the often battery-

2

powered roaming terminals cannot match the increased range of the wall-socket-powered RF base stations. Moreover, by increasing the range, collisions due to propagation times also increase, slowing down the overall communication time.

Other attempts have been made to increase the number of RF base stations so as to cover the entire roaming area. Although this solves the range problems associated with a single RF base station, additional problems result. First, roaming terminals which are in an overlapping range region between RF base stations communicate with one base station but receive unwanted communication from the other. Second, each roaming terminal often receives unwanted communication from other roaming terminals. Similarly, each roaming terminal often encounters "hidden" communications from other roaming terminals to a common base station. Because of these encounters, each roaming terminal often transmits over the "hidden" communications causing collisions.

Additionally, as the number of RF base stations increase, communication pathways from the source to destination become more complex. In a network with fixed spatial locations of base stations, host computers and remote terminals, these communication pathways from a source to a destination can easily be determined. In an environment in which the spatial layout of the network continually changes, however, determining the most efficient pathways becomes very difficult. This is because the most efficient pathway from a source to a destination continually changes due to: 1) the movement of the roaming terminals; 2) the relocation of RF base stations; and 3) the occasional break down of RF base stations and host computers.

Communication networks are also known which are often partially or completely disabled upon the break down of a single element of the network.

It is therefore an object of the present invention to provide a communication protocol between the base stations and roaming terminals for optimizing the utilization of the RF range of each base station.

It is a further object of the present invention to provide an adaptive communication network with inherent redundancy.

It is another object of the present invention to provide a communication protocol for use in a network of host computers, base stations and roaming terminals which is not susceptible to collisions with "hidden" communications.

It is yet another object of the present invention to provide a communication protocol which minimizes collisions in the overlapping regions of different RF base stations.

## SUMMARY OF THE INVENTION

These and other objects are achieved in a method of beginning a data exchange over an RF communication link. The sending device initially identifies the fact that the RF communication link is clear during a period at least as long as the maximum interpoll gap. Thereafter, a request for poll frame is transmitted by the sending device.

In addition, these and other objects are achieved in a method used by a remote terminal having an RF range for selectively attaching itself to one of a plurality of RF base stations. Each of these base stations has an associated cost,

EXHIBIT F
PAGE 8 OF

3

a preset priority, and a preset number. The remote terminal receives a message from each base station and discards those which fall below a predetermined minimum threshold level. The remote terminal will attach itself to one of the plurality of base stations based on the cost, signal strength, preset priority, and preset number.

Additionally, these and other objects are achieved in a method for selecting and redundantly replacing a root device when it breaks down from among a plurality of potential root devices. Each of the potential root devices has a single, assigned preset number. The potential root device with the lowest assigned preset number is initially selected. Whenever the selected root device breaks down, one of the potential root devices will be selected based on the lowest assigned preset number without considering the preset number of the currently selected root device.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram which illustrates the basic communication pathways and spatial relationships between a host computer, base stations and roaming terminals of the present invention;

FIG. 2 is a timing diagram illustrating several possible communication exchanges between any base station and roaming terminal of FIG. 1;

FIG. 3 is a detailed view of a portion of the timing diagram shown in FIG. 2 which illustrates the interframe gap blocking function; and

FIG. 4 is a block diagram of a redundant communication interface between several base stations and host computers of the present invention.

FIG. 5 illustrates the relationship between devices, nodes, terminal access points (TAP), network interface points (NIP) and network routing functions (NRF).

FIGS. 6 and 7 illustrate how physical devices are organized into logical nodes in a spanning tree.

FIG. 8 illustrates one example of direct routing used in the preferred embodiment.

FIG. 9 illustrates the SST Multi-drop LAN using "linear" topology.

FIG. 10 demonstrates how wireless routing can reduce the amount of wiring in a warehouse facility.

DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 is a diagram which illustrates the basic communication pathways and spatial relationships between a host computer, base stations and roaming terminals of the present invention. Particularly, a host computer 11 and roaming terminals 13, 15 and 17 indirectly communicate through base stations 19 and 21. The base stations 19 and 21 receive communications via one link medium and relay those communications along another. Particularly, a "hard-wired" connection such as an IEEE 802.3 (ethernet) interface provides a link 23 to host computer 11, while radio frequency (RF) transmission provides the link to the roaming terminals 13, 15 and 17.

If the remote terminals 13, 15 and 17 are within the RF range of each other, they can use direct RF transmission as

4

the link. If they are not within RF range, an indirect communication link must be found through the base stations 19 and 21. The RF range of the base stations 19 and 21 is illustrated in FIG. 1 by the respective circular boundaries 25 and 27. The boundaries 25 and 27 represent the maximum radial distance from the base stations 19 and 21 that RF communications can be maintained.

In one preferred embodiment, the host computer 11 can be either an IBM AS400 or 3090 mainframe. The base stations 19 and 21 are NORAND RB4000 products and the roaming terminals 15, 17 and 19 are NORAND RT1100 products.

Although only one host computer, two base stations and three roaming terminals are shown for simplicity, the use of additional host units, many more base stations and hundreds of roaming terminals are contemplated. Instead of the "hard-wired" ethernet interface, it is also contemplated that the entire link 23, or any portion thereof, can be maintained using RF transmissions. In such situations, because of the range limitations associated with an RF link, it may be necessary for several base stations to relay communications between the host computer 11 and the roaming terminals 13, 15 and 17. Alternatively stated, the communications "hop" from one base station to the next until the destination is reached.

As the number of base stations increase, the number of possible "hopping" pathways also increase. A backward-learning, spanning tree algorithm is used to select the "hopping" pathway with the lowest "cost" to a given destination. A detailed description of this algorithm can be found in co-pending application U.S. Ser. No. 07/769,425, entitled "A RADIO FREQUENCY LOCAL AREA NETWORK" filed Oct. 1, 1991 in the names of Meier et al., which is incorporated herein by reference. Basically to summarize, a "cost" is assigned to every direct communication link in the network. This "cost" factor takes into account the communication bandwidth of a particular link. Next, the spanning tree algorithm using backward learning identifies the "hopping" pathway of lowest "cost" from any source to any destination. Whenever any direct link is faulty or a "hopping point" (a base station for example) is moved or breaks down, an alternative low "cost" pathway can be used. This provides an inherent redundancy to the network.

Referring back to FIG. 1, roaming terminals 15, 17 and 19 collect data that must be communicated to the host computer 11. This data is collected either via respective bar code readers 29, 31 and 33 or keyboards 35, 37 and 39. U.S. Pat. Nos. 4,910,794; 4,924,462; and 4,940,974 provide a further description of these readers and data collection. The terminals 15, 17 and 19 can also request information from the host computer 11 or from other roaming terminals. Similarly, the host computer 11 may desire to communicate with the roaming terminals 15, 17 and 19 in order to download configuration information, database information or to send commands.

Before communication can be initially established, the roaming terminals 13, 15 and 17 must first listen for hello-messages from the base stations 19 and 21. The base station 19 and 21 both send out hello-messages approximately once every second. The hello-messages identify the sending base station along with its current loading and associated "cost".

The roaming terminals 13, 15 and 17 attempt to detect every possible hello-message from any base station within

EXHIBIT F
PAGE 9 OF 27

US 6,714,559 B1

5

range. This requires that the hello-message listening period be at least as long as the maximum time between hello-messages sent by any single base station. For example, the terminals 13 and 17 would respectively receive a hello-message from the base stations 19 and 21, while the terminal 15 would receive two hello-messages: one from the base stations 19 and one from the station 21. Only those hello-messages that meet a minimum "signal strength" threshold are further considered. All weaker hello-messages are ignored.

As spatially represented in FIG. 1, upon receiving hello-messages 13 from a single base station, the roaming terminals 13 and 17 can immediately initiate communication with the host computer 11 by "attaching" to their respectively identified base stations 19 and 21. The roaming terminal 15, however, which received two sufficiently strong hello-messages signals, must select either base station 19 or 21 before "attaching".

To make this selection, the roaming terminal 15 must initially consider the "cost". Specifically, terminal 15 must select the base station which has the lowest "cost". If the "costs" are equal, terminal 15 must select the base station whose received hello-message has the highest "signal strength". If the corresponding "signal strengths" also prove to be equal, the roaming terminal 15 selects the base station with the highest user defined "priority". This priority can be preset by the user based on both the spatial layout and the nature of the components being used. Finally, if these factors all prove equal, the terminal 15 merely selects the base station with the lowest "preset number". Each base station is randomly assigned a unique "preset number" upon its manufacture or during its installation onto the network.

Assuming that station 19 and 21 have the same "cost" and "signal strength" but that station 19 has the highest user defined "priority", gravitation in the overlapping region occurs toward the base station 19. In this way, the base station 19 can better regulate communication in the overlapping RF regions with minimal channel contention.

More particularly, the user set "priority" assigned to a base station could also be determined based on the spatial layout of competing base stations. The higher "priority" base stations can be surrounded by lower "priority" base stations and vice versa in a pattern defined by the total area being covered so as to cause as much migration as possible onto the higher "priority" base stations and away from the lower "priority" base stations. Similarly, in determining high "priority", consideration can also be given to the base stations ordinarily containing high concentration of roaming terminals.

It is further contemplated that factors which indicate the current load on base stations 19 and 21 could also be considered in the selection by the roaming terminal 15. First, if heavy loading is considered a negative factor, the roaming terminals 13, 15 and 17 that pass within the overlapping region defined by boundaries 25 and 27 would gravitate toward base stations with the lightest load. Although this balances the loading between base stations, it causes greater channel contention problems in the overlapping regions. Second, if heavy loading is considered a positive factor, the roaming terminals would gravitate toward base stations with the heaviest load. In this manner, a heavily loaded base

6

station could better manage communication when surrounded by lightly loaded stations.

As roaming terminals 13, 15 and 17 move within the confines of boundaries 25 and 27, they often need to re-evaluate their base station selection. Instead of waiting until RF communication with their selected base station is entirely lost, the remote terminals 13, 15 and 17 can periodically re-evaluate the "cost" and "signal strength" of either the hello-messages or any other RF transmission sent from other base stations. Upon selecting a new base station, the roaming terminals merely "attach" to their new selection. Furthermore, in addition to or in place of this periodic reevaluation described in the preferred embodiment, a decline in the selected base station's "signal strength" might also be used as a factor for initiating a reevaluation.

FIG. 2 is a timing diagram illustrating several possible communication exchanges between any base station and roaming terminal of FIG. 1. For example, with specific reference to exchange (a), when roaming terminal 13 desires to communicate with the host 11 through the selected base station 19, the terminal 13 merely listens for a clear channel using a standard collision-sense multiple access (CSMA) approach and transmits a request for poll (RFP) frame 15. The base station 19 chooses to immediately respond by transmitting a polling (POLL) frame 53. This POLL frame 53 indicates to the terminal 13 that the channel is currently clear to send data. The terminal 13 sends data in frames of a preset size. If the frame size is smaller than the total block of data to be transmitted, multiple frames must be sent. In exchange (a), for example, three frames of data (DATA frames) 55, 59 and 63 are required to transmit the entire data block.

In response to the POLL frame 53, the terminal 13 sends the first DATA frame 55. A field in each DATA frame is used to indicate either that more DATA frames follow or that the current DATA frame is the last. A DATA frame containing the later indication is called an end of data (EOD) frame. Because the DATA frame 55 is not the EOD frame, the base station 19 expects more data to follow and sends a POLL frame 57. The terminal 13 again responds by sending the DATA frame 59, and again, base station 19 responds with another POLL frame 61. Although not shown, this process can repeat until the EOD frame is encountered. Upon receiving the EOD frame 63, the base station 19 realizes that no further data needs to be transmitted. Instead of sending another POLL frame, the station 19 sends a channel clear (CLEAR) frame 65 and forwards the data toward the host computer 11.

The standard CSMA protocol described in exchange (a) above only requires that the roaming terminal 13 listen long enough to identify an "apparently clear channel" before sending an RFP frame. This does not require that the channel be truly clear, however. To clarify this distinction, although the terminal 13 can easily determine that the base station 19 is not transmitting to the roaming terminal 15, it may be impossible for terminal 13 to determine whether the terminal 15 is transmitting to the base station 19. This impossibility is based on the limited RF range of the roaming terminals 13, 15 and 17. As shown in FIG. 1, because of their separation, the terminal 15 appears "hidden" to the terminal 13. Using the standard CSMA approach, the RFP frames sent out after

7

identifying an "apparently clear channel" collide with "hidden" ongoing communications. During a period of light communication traffic ("lightly loaded conditions") on a given base station, such collisions prove to be statistically infrequent and thus pose no serious problems.

Under heavily loaded conditions, because such collisions prove to be statistically more frequent, a modified CSMA approach is used. This modified approach requires that the roaming terminals identify a "truly clear channel" before transmitting an RFP frame. This is accomplished by extending the up-front listening period of the roaming terminals to be slightly greater than the maximum possible time span between POLL or CLEAR frames (herein designated the "interpoll gap"). Referring specifically to FIG. 1 and exchange (b) in FIG. 2, the terminal 13 listens for an interpoll gap time 67. By listening through the entire interpoll gap time 67, even though the terminal 13 cannot directly identify an ongoing transmission from the "hidden" terminal 15 to the base station 19, the terminal 13 indirectly concludes that such a communication has not taken place. This conclusion is based on the failure to receive a POLL or CLEAR frame directed to the "hidden" terminal 15 from the base station 19. Had such a POLL or CLEAR frame been received during the interpoll gap time 67, the terminal 13 would have concluded that a "hidden" communication had been ongoing. Thus, the terminal 13 would transmit an RFP frame only after a CLEAR frame was received

Upon identifying a "truly clear channel", the communication exchange (b) is identical to that of exchange (a) described above. To summarize, the terminal 13 sends an RFP frame and base station 19 responds with POLL frames 71, 75 and 79 which respectively initiate DATA frames 73 and 77 and an EOD frame 81. Upon receiving the EOD frame 81, the base station 19 sends a CLEAR frame 83 and enters a dormant, listening state.

Based on the communication traffic, the base stations 19 and 21 determine individually whether they are lightly or heavily loaded. Although this loading status is transmitted to the remote terminals in a reserved field of each hello-message, it is contemplated that this reserved field might also be placed within every POLL and CLEAR frame. Upon receiving the loading status, the roaming terminals 13, 15 and 17 can appropriately choose either the standard or modified CSMA listening period protocol.

Although in exchanges (a) and (b) the base station 19 responded immediately to the roaming terminal 13 with POLL frames, this need not be the case. In fact, the base station 19 may decide to service the remote terminal 13 at some other time. Exchange (c) demonstrates this control. As shown, the terminal 13 sends an RFP frame 85. In response, the base station 19 decides to send a wait for poll (WFP) frame 87. This informs the terminal 13 that the base station 19 received the RFP frame 85 and will poll at some later time. The terminal 13 thereafter remains silent, awaiting a POLL frame 89. When the base station 19 sends the POLL frame 89, the terminal 13 responds by transmitting a DATA frame 91. This is not an EOD frame therefore even though another POLL frame could be sent to retrieve the remaining DATA frames, the base station 19 decides to send another WFP frame 93. Again terminal 13 waits. At some time later, the base station 19 continues the data transfer by sending a

8

POLL frame 95. The terminal 13 immediately responds with an EOD frame 97. Finally, the base station 19 sends a CLEAR frame signifying the channel is clear.

Exchange (d) illustrates the circumstance involving an incorrectly received DATA frame. Specifically, after sending an RFP frame 101 and receiving a POLL frame 103, the roaming terminal 13 attempts to send a first data frame during a time period 105 to the base station 19. This first data frame is not correctly received so base station 19 responds by sending a POLL frame 107 which requests that the previously sent data frame be repeated. The terminal 13 responds by resending the first data frame during a time period 109. This time, the base station 19 properly receives the first data frame and sends a POLL frame 111 requesting the next DATA frame. The terminal 13 responds by attempting to send the last DATA frame, the EOD frame, during a time period 113. The base station 19 responds to the incorrect reception by sending a further POLL frame 115. The terminal 13 resends the EOD frame during time period 117 which is properly received by the base station 19 and a CLEAR frame 119 completes the communication exchange.

In exchange (e), after a successful exchange sequence of an RFP frame 121, a POLL frame 123, a DATA frame 125 and a POLL frame 127, communications break down. The terminal 13 responds to the POLL frame 127 by sending an EOD frame 129 but receives no responsive CLEAR frame. Either the EOD frame 129 was not received and a POLL frame requesting a resend was lost, or the EOD frame 129 was correctly received and a CLEAR frame was lost. To determine which, the terminal 13 sends an enquiry frame (ENQ) 131 to the base station 13. The base station 19 responds by sending a CLEAR frame during time period 133 indicating that a previously sent CLEAR frame must have been lost. Alternatively, if no response is detected in time period 133, the terminal 13 resends an ENQ frame 135. The base station 19 responds in a time period 137 with a POLL or WFP frame signifying that the EOD frame 129 has been lost.

The description of the communication protocol from the roaming terminals 13, 15 and 17 and base stations 19 and 20 relating to FIG. 2 above applies equally to communications in the reverse direction. Similarly, communications from the base stations 19 and 20 toward the host computer 11 are also governed by this protocol. One difference exists, however. For the portions of link 23 which are hard wired (such as an ethernet interface), the segmentation of data into fixed frames is not needed. Therefore, after receiving a series of data frames (hereinafter called a "bracket of frames"), the base stations 19 and 20 will recombine the data into one complete block for transmission along hardwired portions of link 23.

FIG. 3 is a detailed view of a portion of the timing diagram shown in FIG. 2 which illustrates the interframe gap blocking function. Specifically, if the roaming terminal 13 desires communication with the selected base station 19, the terminal 13 initiates communication by transmitting an RFP frame 151. Prior to the completion of this transmission, the base station 19 responds by transmitting a POLL frame 153. In turn, prior to the completion of this transmission, the terminal 13 begins transmitting an EOD frame 155. Similarly, prior to full receipt of this EOD frame 155, the

EXHIBIT F
PAGE 11 OF 27

9

base station 19 sends a CLEAR frame 157. In this manner, the channel will remain "busy" during the entire communication exchange. Thus, during lightly loaded conditions, when the roaming terminals 15 and 17 are within RF range of such an exchange, they will not be able to find a "apparently clear channel" and therefore will not cause collisions by sending untimely RFP frames.

More specifically, the RFP frame 151 is further divided into information fields 159 and end of frame fields 161. The POLL frame 153 is divided into beginning of frame fields 163, information fields 165 and end of frame fields 167. Similarly, the EOD frame 155 is further divided into beginning of frame fields 169, information fields 171 and end of frame fields 173. Finally, the CLEAR frame is divided into beginning of frame fields 175 and information fields 177. These overlapping end of frame and beginning of frame fields "block" the channel from being misinterpreted as being "clear".

For example, the terminal 13 begins to transmit the RFP frame 151 to the base station 19. As soon as the beginning of the field 161 is detected, the base station 19 immediately responds with the field 163 of the POLL frame 153. It does not matter that fields 161 and 163 overlap because they carry no other information than to ensure that the channel will be "blocked". The interaction of fields 161 and 163 applies equally to the overlapping fields 167 and 169 and fields 173 and 175.

FIG. 4 is a block diagram of a redundant communication interface between several base stations and host computers of the present invention. In this embodiment, a host computer 201 is redundantly backed-up by a dormant host computer 203. If the host computer 201 fails, the dormant host computer 203 which monitors the host computer 201 identifies the failure and takes over. Similarly, base stations 205, 207, 209, 211, 213 and 215 are redundantly backed-up by dormant base stations 217, 219, 221, 223, 225 and 227, respectively. A communication link 229 which may consist in whole or in part of a hard-wired or RF link provides the communication pathway between these host computers and base stations. FIG. 7 depicts the same devices organized as nodes on branches of a spanning tree.

Also providing redundancy, the "root" base station, as defined by the spanning tree, is selected by the "preselect number" (described in reference to the attaching criterion related to FIG. 1 above). The non-dormant base station with the highest "preselected number" is initially designated to be the spanning tree "root". If that base station subsequently fails, either the corresponding dormant base station can take over the full functionality of the "root", or the non-dormant base station with the next highest "preselected number" can be designated as the new "root". In this manner, spanning tree redundancy is maintained.

In an alternate preferred embodiment, an SST (Spread Spectrum Terminal) network is used implements a hierarchical radio frequency network of, potentially roaming terminals used primarily for online data entry and occasionally for batch file transfers. The network is characterized by sporadic data traffic over multiple-hop data paths consisting of RS485 or ethernet wired links and single-channel direct-sequenced, spread-spectrum radio links. The network architecture is complicated by moving nodes, hidden nodes, sleeping nodes, transient radio links, and unidirectional radio links.

10

The SST network consists of the following types of devices: 1) hosts; 2) controllers; 3) base stations; and 4) terminals. A "host" or host computer, communicates with terminals in the SST network. A "controller" is a gateway which passes messages between the host and the terminals. A "base station" device is used as an interior node for extending the range of a controller. Base-station-to-controller or base-station-to-base-station links can be maintained either with hard-wired or radio communication. A "terminal" i.e., a Norand hand-held computer, printer, etc., interfaces through the SST network to the host via interior nodes.

The terminals, controllers, hosts and base stations are logically organized as nodes in an optimal spanning tree with a controller as the root node, internal nodes in base stations or other controllers on branches of the tree, and terminal nodes as possibly roaming leaves on the tree. With the exception of the root node, each child node is connected by a single logical link to a parent node. Like a sink tree, nodes closer to the root of the spanning tree are said to be "downstream" from nodes which are further away. Conversely, all nodes are "upstream" from the root. Packets are only sent along branches (i.e., logical links) of the spanning tree. Nodes in the network use a "backward learning" technique to route packets along branches of a spanning tree.

Devices in spanning tree are logically categorized as one of the following three node types: 1) roots; 2) bridges; or 3) terminals. A "root" is a controller device which functions as the root bridge of the network spanning tree. The spanning tree has a single root node. Initially, all controllers are root candidates. One and only one root node is determined for each autonomous network by using a priority-based root selection algorithm.

A "bridge" is an internal node in the spanning tree which is used to "bridge" terminal nodes together into an interconnected network. The root node is a bridge, and the term "bridge" may be used to refer to all non-terminal nodes or all non-terminal nodes except the root depending on the context. A bridge node consists of a network interface point and a routing function.

A "terminal" is a leaf node in the spanning tree. A terminal node can be viewed as the software entity that terminates a branch in the spanning tree. A terminal node consists of a network interface point and one or more terminal access points.

A controller device contains a terminal node(s) and a bridge node. The bridge node is the root node if the controller is functioning as the root bridge. A base station contains a bridge node. A base station does not contain a terminal node; a terminal device contains a terminal node. Additionally, a bridging entity refers to a bridge node or to the network interface point in a terminal device.

Network interface points are single network addressable entities which must exist in all nodes. A network interface point is equivalent to the software entity which is used to interface the network to a device or bridging node. Note that a controller device connected to a host computer a network interface point which references the host computer and a second discrete network interface point which refer-

US 6,714,559 B1

11

ences the bridging node in the controller. Each network interface point is identified by a unique network address. Unless otherwise specified, this document uses "network address" or simply "address" to refer to the identifier of a network interface point. Moreover, multiple network interface points may be referenced with multicast and broadcast addresses.

Terminal access point refers to a higher layer access point into the network. A terminal access point is defined by the concatenation of the network interface point address and the terminal access point identifier. A terminal device or controller device can have multiple terminal access points.

A logical port is defined by a physical port and a network interface point. This implies that a single device may have more than one physical port with the same network address. In this document "port" refers to a logical port.

A controller device 301 has two NIP's 303 and 305. As an example, the NIP 303 in a controller's terminal node 307 is equivalent to the software entity which interfaces to a host computer. Two TAP's 309 and 317 attached to that NIP identify discrete applications (i.e., terminal emulation and file transfer applications directed to the host computer). A base station 313 has a NIP 315 and a NRF 317, while terminals 319 and 321 have TAP's 323 and 325 and NIP's 327 and 329.

This network environment involves the following characterization features: 1) wired or wireless node connections; 2) network layer transparency; 3) dynamic/automatic network routing configuration; 4) terminals can move about the radio network without losing a data link connection; 5) ability to accommodate sleeping terminals; 6) ability to locate terminals quickly; 7) built-in redundancy; and 8) physical link independence (i.e., higher layer protocols must be consistent across heterogeneous physical links).

This SST network is functionally layered with a MAC (Medium Access Control) layer, bridging layer, data link or transport layer, and higher layers. The MAC layer is responsible for providing reliable transmission between ports on any two devices in the network (i.e. terminal-to-base station). The MAC has a channel access control component and a link control component. The two components are equivalent to the TSO media access control and data link control sublayers, respectively. The link control component facilitates reliable point-to-point frame transfers in the absence of collision detection and in the presence of errors.

A polling protocol is used to restrict contention to request-for-poll (RFP) frames thus minimizing contention for data frames. This protocol uses several channel access control algorithms to regulate access to the communications channel. The algorithms are link-type dependent and incorporate a random backoff algorithm to prevent deadlock and instability in contention situations. Specifically, a p-persistent CSMA/CA (carrier sense multiple access with collision avoidance) protocol is used to gain access to an RS485 LAN. The collision avoidance scheme gives channel access priority to the recipient of a unicast frame. On lightly loaded spread spectrum radio links, a non-persistent CSMA algorithm is used to gain access to the communications channel. Under moderate to heavy channel utilization, an LBT/BP (listen-before-talk with busy pulse) algorithm is used to gain access to the channel and minimize the effect of hidden nodes.

12

This bridging layer routes packets from terminals to the host, from the host to terminals, and from terminals to terminals along branches of the spanning tree. To accomplish this, the bridging layer uses a "HELLO protocol" to organize nodes in the network into an optimal spanning tree rooted at the root bridge. The spanning tree is used to prevent loops in the topology. Interior branches of the spanning tree are relatively stable (i.e. controllers and relay stations do not move often). Terminals, which are leaves on the spanning tree, become unattached and must be reattached, frequently. Additionally, the bridging layer also: 1) maintains spanning tree links; 2) propagates lost node information throughout the spanning tree; 3) distributes network interface addresses. 4) organizes nodes into logical coverage areas on radio channels; and 5) The bridging layer provides a service for storing packets for SLEEPING terminals. Packets which cannot be delivered immediately can be saved by the bridging entity in a parent node for one or more HELLO times.

The data-link layer provides an end-to-end data path between data-link access points in any two nodes in the network. The data-link layer provides a connection-oriented reliable service and a connectionless unreliable service. The reliable service detects and discards duplicate packets and retransmits lost packets. The unreliable service provides a datagram facility for upper layer protocols which prove a reliable end to end data path. This layer provides services (ISO layer 2) for terminal-to-host application sessions which run on top of an end-to-end terminal-to-host transport protocol. However, the data-link layer provides transport (ISO layer 4) services for sessions contained within the SST network.

For terminal-to-terminal sessions contained within the SST network, the data-link layer provides transport layer services and no additional network or transport layer is required. In this case, the MAC, bridging, and data-link layers discussed above can be viewed as a data-link layer, a network layer, and a transport layer, respectively. For terminal-to-host-application sessions, higher ISO layers exist on top of the SST data-link layer and must be implemented in the terminal and host computer as required.

MAC frames contain a hop destination and hop source address in the MAC header. Bridging packets contain an end-to-end destination and source address in the bridging header. Data-link headers contain source and destination access point identifiers. A data-link connection is defined by the concatenation of the bridging layer source and destination address pairs and the destination and source data-link access points. One end of a connection is equivalent to a terminal access point and is specified as @<network_address>, where aliases can be used for both MAC and bridging addresses are consistent and have the same format.

All devices must have either a unique long identifier which is programmed into the device at the factory and/or an alias which is entered by the user or is well-known. The long address/alias is only used to obtain a short network address from the root node. A network address uniquely identifies the network interface point in each node. This network address is obtained from an address server in the root. The network interface point passes the network address to the

US 6,714,559 B1

13

MAC entity attached to each port on a device. Short addresses are used to minimize packet sizes.

A network address consists of a node type and a unique multicast, or broadcast node identifier. A node type identifier of all 1's is used to specify all node types while all o's specifies a root address. Particularly, node identifier of all 1's is the default node identifier used until a unique node identifier is obtained.

In addition to source and destination addresses, each network packet contains a spanning tree identifier in the MAC header. A default spanning tree identifier is well-known by all nodes. A non-default spanning tree identifier can be entered into the root node (i.e., by a network administrator) and advertised to all other nodes in HELLO packets. The list of non-default spanning trees to which other nodes can attach must be entered into each node. A global spanning tree identifier is also well-known by all nodes, and is reserved for the identify of a spanning tree to which all nodes can attach.

The network node identifier of a root node is always all 0's and is well-known. All other nodes must obtain a unique network node identifier from a (RARP) Reverse Address Resolution Protocol server in the root node. A node identifier of all 1's is used until a unique identifier is obtained. To get a unique identifier, a node must send a RARP request packet to the RARP server. This packet contains the requesting node's unique long identifier and/or an alias for the long identifier. A network address is returned to the requesting node in a RARP response packet.

Nodes must obtain a new network address whenever a new root node is discovered and whenever an ADDRESS-TIMEOUT inactivity period expires without the node receiving a packet from the bridging entity in the root. A node can prevent its address from expiring by sending an empty ATTACH.request packet to the root.

The address server in the root associates an age factor with each allocated network address. The age factor is incremented each time an ADDRESS-TIMER expires. The age factor is reset to zero ("0") whenever the address is used. An address is available for use by a requesting node if it has never been used or if it has been inactive for a MAX-ADDRESS-LIFE timer period. MAX-ADDRESS-LIFE must be larger than ADDRESS-TIMEOUT to ensure that an address is not in use by any node when it becomes available for another node. If the root receives a RARP.request packet from a source for which an entry exists in the address queue, the root simply resets the age factor to zero and returns the old address.

More specifically, the bridging layer organizes nodes into an optimal spanning tree with a single root bridge at the root of the tree. The spanning tree identifier allows more than one logical tree to exist in the same coverage area. Spanning tree organization is facilitated with a HELLO protocol which selects a root node and enables nodes to determine the shortest path to the root before attaching to the spanning tree. All messages are routed along branches of the spanning tree. Restricting each node to a single parent guarantees that there will be no loops in the logical topology.

Nodes in the network are generally categorized as "attached" or "unattached". Initially, only the root is

14

attached. A single controller may be designated as the root or multiple root candidates (other controllers) may negotiate to determine which node is the root.

Attached bridge nodes are root candidates transmit HELLO packets at calculated intervals. The HELLO packets include:

1) the source address;
2) a broadcast destination address;
3) the distance (cost) to the root;
4) a "seed" value used to calculate the time of the next HELLO packet;
5) a hello slot displacement which specifies the displacement of the actual hello slot time from the calculated hello slot time or to indicate that the hello time was not calculated (i.e. was unscheduled);
6) a spanning tree identifier (LAN ID);
7) the priority of the root node (or root candidate);
8) the long, unique device identifier of the root node (or root candidate);
9) descendent count (optional);
10) a pending message list (optional); and
11) a detached-node list.

When desirable, terminals may discontinue its monitoring of the communication channel by going to sleep. Pending messages for these SLEEPING terminals are stored in lists in the parent node which include the network address for accessing the listed SLEEPING terminals.

Detached-node lists are also maintained to enable the spanning tree algorithms. These lists contain the addresses of nodes which have detached from the spanning tree. Each internal node learns which entries should be in its detached-node list from DETACH packets which are broadcast by internal nodes when a child is lost. Entries are also included in HELLO packets for DETACH-MSG-LIFE hello times.

Attached nodes broadcast short HELLO packets immediately if they receive an ATTACH.request packet with a global destination address; otherwise, attached nodes only broadcast HELLO packets at calculated time intervals in "HELLO-slots". Short HELLO packets do not contain a pending-message, long-root identifier, or a detached-node list. Short HELLO packets are set independently of regular HELLO packets and do not affect regular hello timing. The end-to-end ATTACH.request functions as a discovery packet, and enabling nodes in the path to the root node to quickly learn the address of the source node.

Unattached nodes (nodes without a parent in the spanning tree) are initially in an UNATTACHED state. During the UNATTACHED state, a node learns which attached bridge is closest to the root node by listening to HELLO packets. After the learning period expires an unattached node sends an ATTACH.request packet to the attached node closest to the root. However, nodes without a network address must first send a RARP.request packet to the root to obtain a network address. The attached node adopts the unattached node as a child by acknowledging the ATTACH.request packet and forwarding it on to the root node. The root node returns the request as an end-to-end ATTACH.confirm packet if a response packet required (RPRQ) flag is set. If the newly attached node is a bridge, it calculates its distance to the root, by adding its link distance to the total distance of its new parent, and begins to transmit HELLO packets.

EXHIBIT F
PAGE 14 OF 27

15

The UNATTACHED learning state ends after HELLO-RETRY hello time slots if HELLO packets have been received from at least one node. If no HELLO packets have been received the listening node waits (i.e. sleeps) and retries later.

An attached node may respond to a HELLO packet from a node other than its parent (i.e. with. an ATTACH.request packet) if the difference in the hop count specified in the HELLO packet exceeds a CHANGE-THRESHOLD level. Only attached bridges or the root may respond to an ATTACH.request packet. Unattached nodes may broadcast a global ATTACH.request with a multicast bridge destination address to solicit short HELLO packets from attached bridges. The net effect is that the UNATTACHED state may optionally be shortened. Normally, this facility is reserved for terminals with transactions in progress.

ATTACH.request packets contain a "count" field which indicates that a terminal (i.e. which sent the request) may be SLEEPING. The bridging entity in the parent of a SLEEP-ING terminal can temporarily store messages for later delivery. If the count field is non-zero, the bridging entity in a parent node stores pending messages until the message is delivered, or the "count" hello times have expired. ATTACH.request packets may also contain a decedents list so that an internal node may attach itself and the subtree under it (i.e., to a bridge node closer to the root). In addition, data-link layer data can be piggy-backed on an ATTACH-.request packet from a terminal Attached notes forget their network address and return to the UNATTACHED state whenever a HELLO packet is received with a new root node identifier.

The incremental portion of the distance between a node and its parent is primarily a function of the physical link type (i.e. ethernet, RS485, or radio communication). On radio communication links, bridging connections are biased toward the link with the best signal strength. Signal strength is not a factor in the cumulative path distance. The distance component is intended to bias path selection toward high-speed (i.e. wired) connections. On wired links, the weighted distance is the only criteria for choosing a parent.

Specifically, on radio links, a parent is chosen based on the following criteria: 1) the signal strength must exceed a minimum threshold value; 2) if two potential parent nodes are at a different distance from the root, the one with the least distance is chosen; 3) if two potential parent nodes are at the same distance, the node with the best signal strength is chosen; and 4) if two potential parent nodes are at the same distance and have the same signal strength, then the node with the lowest address is chosen. The intent of the above criteria is to create stable disjoint logical coverage areas in the presence of physically overlapping coverage areas. Ideally, all radio terminals in a coverage area will be attached to a single bridge node.

The concept of disjoint logical coverage areas is especially important when radio bridge nodes are placed in close proximity to provide redundant coverage for protection against a failure. The MAC entity in one of the bridge nodes can efficiently regulate access to the channel by queuing terminals for polling without coordination with other co-located bridge nodes.

All packets are routed along branches of the spanning tree. Bridges "learn" the address of terminals by monitoring

16

traffic from terminals to the root. When a bridge receives a packet directed toward the root, the bridge creates or updates an entry in its routing table for the terminal. The entry includes the terminal address and the bridge address which sent the packet. The latter address is called the hop source address. When a bridge receives an upstream packet moving from the root toward a terminal the packet is forwarded to the upstream node which is specified in the routing entry for the destination.

Upstream packets are discarded whenever a routing entry does not exist. Downstream packets are simply forwarded to the next downstream node in the branch of the spanning tree. No explicit routing is required for downstream traffic because the route is defined by the structure of the spanning tree. A packet travels downstream until a node is reached which has an entry in its routing table for the destination address. The packet is then explicitly accomplished by routing all traffic through the nearest common ancestor of both terminals. In the worst case, the root is the nearest common ancestor. Additionally, an address resolution server in the root node facilitates terminal-to-terminal communications.

Referring back to the exemplary configuration shown in FIG. 7, if a terminal 417 sends a packet to a terminal 403, the packet follows the downstream hops from the terminal 417 through a base station 407, through a base station 405, to a node, 401 and to a root node 404. Routing tables are not required for the downstream hops. The routing function at the root node 404 has an entry for the terminal 403 in its routing table which specifies the terminal 403 as the first upstream hop to terminal 403. Therefore, the packet is explicitly routed upstream to the terminal 403.

As a second example, if terminal 419 sends a packet to terminal 417, the packet follows one downstream hop from the terminal 419 to the base station 405. The routing function at the base 405 has an entry for the terminal 417 in its routing table which specifies the base 407 as the first upstream hop to the terminal 407. The packet is routed upstream to the base 407 . An entry in the routing table at the base 407 specifies the terminal 417 as the first upstream hop to the terminal 417, and the packet is thus routed.

As an extension to the routing algorithm described above, terminals may optionally cache the addresses of neighbors in a separate direct route table. If a terminal has a message for a destination listed in its direct route table, it may transmit it directly to the source node. Note that the packet may not follow a branch of the spanning tree. Direct-route table entries are "aged" relatively quickly. If a direct transmission fails, the entry in the direct-route table is discarded and the packet is simply forwarded downstream to the root. The header format filed in the header must be set to point-to-point for directly transmitted packets. Direct routing has obvious advantages; however, it forces terminals to maintain additional MAC layer state information.

As an example of direct routing, in FIG. 8, a terminal 425 can route packets directly to a terminal 427, if the terminal 425 has an entry for the terminal 427 in its direct routing table. The direct routing table in a node is built by listening to traffic directed to other nodes. If the MAC layer screens such traffic from the bridging layer, the direct routing table must be built by the MAC layer. Paths in the spanning tree

US 6,714,559 B1

17

18

can change for a number of reasons. First, any node may select a new path to the root if the distance of its parent from the root is CHANGE-THRESHOLD greater than the distance in a HELLO packet from another node where CHANGE_THRESHOLD can be as small as one ("1"). A node on a radio channel should always choose for its parent the node with the best signal-strength, and, all else being equal, the node with the lowest address. A node can move its entire subtree by including a decedents list in the ATTACH. request packet sent to the new parent. Rapidly moving terminals can also cache a short list of alternate parents. Periodically, SLEEPING terminals stay awake for at least one full HELLO to HELLO period to discover changes in the network topology.

Second, a parent node detaches the subtree rooted at a child node whenever a message cannot be delivered to the child. This occurs when the MAC layer in a parent node fails to deliver a unicast bridging layer packet to a child node. In addition, the bridging entity in a parent node can retain messages for a child terminal node. Terminals request the save messages by sending a DATA-REQUEST.request packet to the parent. If the message is not requested and delivered after a pre-determined number of HELLO periods, the terminal is detached. If the detached node is a bridging node, the parent node sends a DETACH.request packet to the root node which contains a decedents list that defines the lost subtree. If the detached child is a terminal, the parent floods a DETACH.request throughout all branches of the spanning tree using a reliable broadcast mechanism. In flooded detached node information which is broadcast to the detached-node-set DETACH.request packets is added to the detached-node-set maintained in each bridge node. Each entry in the set has a HELLO-count associated with it. If an entry in the detached node list of a DETACH.request packet already exists in a bridge's detached-node-set, the associated HELLO-count filed is reset to zero ("0"). The detached-node-set is copied into the detached-node-list in the bridge's HELLO packets. The HELLO-count field for each entry is incremented after each HELLO is transmitted. Entries whose hello-count field exceeds a predetermined HELLO-value are deleted.

Third, a child node goes into state whenever its MAC layer fails to deliver a message to its parent. If the child node is a bridge, it continues to broadcast scheduled HELLO packets with an infinite distance for a time greater than that defined by the HELLO-value (HELLO-retry+1 time). If the child node is a terminal, it may solicit short HELLO packets to shorten the UNATTACHED state. The UNATTACHED learning state has expired the node reattaches by transmitting an ATTACH.request to the bridge node closest to the root.

Fourth, if a node in an ATTACHED state receives a DETACH packet or a HELLO packet with its network address in the detached-node-list, it must enter the UNATTACHED state and reattach to the spanning tree. Additionally, a node can shorten the UNATTACHED state by soliciting short HELLO packets. After reattaching, the node must remain in a HOLD-DOWN state for HELLO+1 time. During the HOLD-DOWN state, the node ignores its address in DETACH packet and HELLO packet detached-node-lists. After the HOLD-DOWN period expires, the node sends a second ATTACH.request to the root to ensure that it is still attached.

Fifth, entries in routing tables are aged. When routing table space for a new entry is required, either an unused entry or the oldest (i.e. least recently used) entry is selected. If a used entry is selected, the old information is simply discarded. The aging factor associated with each table entry is reset to zero ("0") each time a new packet from the associated node arrives. In the absence of a regular data traffic, a node must periodically send an ATTACH.request packet to the root node to maintain its path in the spanning tree.

Sixth, a node enters the ATTACHED-LISTEN state whenever two HELLO packets from its parent are missed. SLEEPING terminals remain awake during the ATTACHED LISTEN state. This state ends when the node receives a data or HELLO packet from its parent. The node enters the UNATTACHED state when either its address appears in the detached list if a DETACH or HELLO packet or a total of HELLO-RETRY-1 consecutive HELLO packets are missed. The time that a node spends in the ATTACHED-LISTEN state is less than the lifetime of detached node information in the network. This ensures that a detached node always enter the UNATTACHED state since either the node finds its address in a detached-node-list or misses HELLO-RETRY-1 HELLO packets and goes into the UNATTACHED state before it sees a "good" HELLO packet from its parent.

Lastly, any node which receives a HELLO packet from its parent with an infinite distance immediately enters the UNATTACHED state. If the node is a bridge, it must continue to broadcast HELLO packets with an infinite distance for HELLO-times.

Old invalid paths may exist in the spanning tree for a period of time. For example, if a terminal detaches and reattaches to a different branch in the spanning tree, all downstream nodes in the new branch "learn" the new path to the terminal. Nodes which were also in the old path change their routing tables and no longer forward packets along the old path. At least one node, the root, must be in both the old and new path. A new path is established as soon as an end-to-end attached request packet from the terminal reaches a node which was also in the old path. Any remaining old path fragment is disjoint from the new path.

A parent node generates a DETACH.request packet whenever it is unable to deliver a message to a child node. When a parent node is unable to deliver a message to a child bridge node, it sends a DETACH.request packet, to the root node, which contains a detached-node-list describing the lost subtree. The list contains all nodes in the routing table of the parent for which the lost bridge was the first upstream hop. All downstream nodes in the path of the DETACH packet must adjust their routing tables by deleting entries which match those in the detached-node-list.

When a parent node is unable to deliver a message to a terminal, it must generate a DETACH.request packet with the terminal specified in the associated detached-node-list and flood the packet throughout all branches of the spanning tree. This packet is forwarded using a reliable broadcast mechanism. In response a DETACH packet is issued which contains a forward list to specify which nodes should forward and acknowledge the DETACH.request. Initially, the forward list consists of all bridges which are either children or the parent of the node which generated the

EXHIBIT F
PAGE 16 OF 27

US 6,714,559 B1

**19**

packet. Nodes in the forward list acknowledge the DETACH.request with a DETACH.response and forward the DETACH.request along all branches of the spanning tree except the branch it was received on, but with one exception. A bridge node in the forward list does not forward an entry in the detached list of a DETACH.request if the DETACH-.request came from an upstream node and the upstream node is not the first hop in the routing table entry associated with the entry in the detached-node-list. Upstream bridges which do not have bridge nodes as children broadcast the DETACH.request one time without a forward list.

The destination address used to forward a flooded DETACH.request is global. Therefore, the detached terminal receives a DETACH.request and quickly learns that it has been detached. All bridge nodes, which receive the DETACH.request, add the detached terminal to their detached-node-list. These lists are broadcast in HELLO packets for HELLO-times or until the bridge determines the terminal has reattached.

All attached non-terminal nodes broadcast periodic HELLO packets in discrete HELLO-slots at calculated intervals. Nodes learn which HELLO-slots are busy and refrain from transmitting during the occupied region of busy HELLO-slots. Bridge nodes do not transmit HELLO packets in busy HELLO-slots.

The HELLO packet contains a "seed" field used in a randomization algorithm to determine the next HELLO-slot for the transmitting node and the next seed. The address of the transmitting node is used as a factor in the algorithm to guarantee randomization. Nodes can execute the algorithm "i" times to determine the time (and seed) of the "i-th" HELLO packet from the transmitter. After attaching, a bridge chooses a random initial seed and a non-busy HELLO slot and broadcasts in that slot. The bridge chooses succeeding HELLO slots by executing the randomization algorithm. If an execution of the algorithm chooses a busy slot, the next free slot is used and a HELLO "displacement" field indicates the offset from the calculated slot. Cumulative delays are not allowed (i.e, contention delays during the "i-th" HELLO transmission do not effect the time of the "i+1" HELLO transmission). In addition, default HELLO-TIME and HELLO-SLOT-TIME values are set at compile time and are well-known by all nodes. Modified HELLO-TIME and HELLO-SLOT-TIME values are set by the root node and are advertised throughout the network in HELLO packets. The HELLO-SLOT-TIME values must be large enough to minimize HELLO contention.

A node initially synchronizes on a HELLO packet from its parent. A SLEEPING node can calculate the time of the next expected HELLO packet from its parent and can power-down with an active timer interrupt set to wake it just before the HELLO packet is transmitted. The bridging entity in a parent node can store messages for SLEEPING nodes until the message are requested. A terminal learns that it must request a saved message by examining the pending message list in the HELLO packet. This implementation enables SLEEPING terminal to receive unsolicited messages and relaxes the timing constraints for transaction oriented messages. Retries for pending messages are transmitted in a round-robin order when messages are pending for more than one destination.

**20**

The bridging layer does not provide a reliable end-to-end service, thus lost and duplicate packets are handled by a higher layer. The bridging layer does not fragment packets and packets are normally delivered in sequence.

The data-link layer is implemented as an extension of Class 2 (LLC) (Logical Link Control as defined in ISO Standard 8802-2.2. The extensions to LLC are: an additional unnumbered command frame—SABMX, and 15-bit send and receive sequence numbers. In addition, the implantation must include an adaptive time-out algorithm for retransmissions. Unreliable ("type 1") and reliable ("type 2") connection-oriented services are provided. The unreliable service is provided for terminals which support a reliable end-to-end transport protocol with a host computer. LLC type 2 provides a reliable end-to-end transport service for long-lived terminal-to-terminal connections within the spanning tree network. A fast-connect VMTP-like transport protocol is used for transient terminal-to-terminal connections. The VMTP-like service is primarily provided for Remote Procedure Calls (RPC), client/server transactions, and short mail messages.

The interfaces to the next upper (i.e. application) layer include:

1) handle=CONNECT(destination, . . . );
2) handle=LISTEN($$AP, . . . );
3) SEND(handle, buffer, length, [destination]);
4) DATAGRAM(handle, buffer, length, [destination]);
5) TRANSACTION(handle, tx-buf, tx-len, rx-buf, max-rx-len, IDEMPOTENT, destination);
6) RECEIVE(handle, buffer, max-length, [destination]);
7) PENDING_MESSAGE(handle, [destination]); and
8) DISCONNECT (handle).

Designation fields are formed by concatenating the destination service access point (DSAP) with the destination network address where aliases are used for both. For example, 3270@HOST1 might designate a 3270 terminal controller application in a controller node. The DSAP can specify a remote terminal application or the access point to a higher layer protocol in a remote node. More specifically, the "handle" designates the connection type and is the connection identifier for LLC connections. The optional "destination" filed in send and receive operation is only used for the VMTP-like interface. SEND messages require a response. DATAGRAM messages are used to send messages to a hose which is capable of supporting end-to-end host-to-terminal transport connections and do not require a response. TRANSACTION is used to send transaction-oriented messages with the VMTP-like facility. An error occurs if a return message is not received in a TRXN-TIME-OUT period. The data-link/transport entity saves response messages and resends the response when a duplicate transaction message is received. In addition, an application can mark a transaction as redoable, by setting the IDEMPO-TENT flag ON. In this case, the response message is not saved and the response is regenerated by re-executing the transaction. A response message can be guaranteed in the form of an acknowledgment from a higher layer protocol.

Because the bridging layer provides an unreliable service, the data-link layer is required to detect duplicate packets and retransmit lost packets. Detecting duplicates is facilitated by numbering data-link packets with unambiguous sequence numbers.

US 6,714,559 B1

21

LLC type 2 connections are established by sending a SABMX control frame to the destination network address. To prevent frames from old connections from being accepted (i.e. with a sequence number of "0") the node which initiates a connection must ensure that at least MAX-PACKET-LIFE time has expired since the last connection before issuing a new CONNECT for the same destination. Because of the required waiting period, type 2 LLC connections are not ideal for the type of transient connections needed to reliably facilitate remote procedure calls, client/ server transactions, and sporadic mail messages.

LLC frames are sequenced from zero ("0") to MAX-SEQ. The maximum number of outstanding frames (i.e., transmitted but not acknowledged) is LLC-WINDOW-SIZE. The default value LLC-WINDOW-SIZE is relative small, but the window size may be expanded with an XID frame. Because all frames sent during a connection may not follow the same path, no more than MAX-SEQ frames may be sent in a MAX-PACKET-LIFE time period.

A problem can arise when a node successfully transmits a data-link frame to the next downstream hop on a busy path but loses all acknowledgements. At this point, the node is detached and must quickly reattach to the spanning tree. If the next parent of the node is on a shorter, less busy branch, frames on the new path can easily arrive at the destination while old frames still exist in the old path. MAX-PACKET-LIFE is equal to MAX-HOPS multiplied by XMIT-Q-SIZE multiplied by MAX-RETRY-TIME, where MAX-HOPS is the maximum length of a branch of the spanning tree in hops, XMIT-Q-SIZE is the number of packets which can be queued in each node, and MAX-RETRY-TIME is the maximum time the MAC layer can spend retrying a frame before it is successfully sent. This problem is solved by increasing the size of the send and receive sequence number fields (i.e. from 7 bits to 15 bits) so that the N(S) and N(R) fields in an information frame can never roll over faster than MAX-PACKET-LIFE time. Note that the spanning tree topology insures that packets will not loop.

VMTP-like connection records are built automatically. A VMTP-like connection record is built or updated whenever a VMTP-like transport message is received. The advantage is that an explicit connection request is not required. A VMTP-like connection is half-duplex. It is contemplated, however, that a full-duplex connection at a higher layer could be built with two independent half-duplex VMTP-like connections. Acknowledgements must be handled by higher layers. Connections are defined by the concatenated network end-to-end destination and source addresses and service access points. The LLC type 2 data-link entity in a node stores messages for possible retransmission. Retransmissions may not always follow the same path primarily due to moving terminals and resulting changes in the spanning tree. For example, the bridging entity in a parent node may disconnect a child after the MAC entity reports a message delivery failure. The child soon discovers that it is detached and reattaches to the spanning tree. When the data-link entity in the root resends the message, it follows the new path.

The data-link entity in a terminal calculates a separate time-outs for SEND and TRANSACTION operations. Initially, both time-outs are a function of the distance of the terminal from the root node. A TCP-like algorithm is used to adjust the expected propagation delay for each message type to the end-to-end distance and load without causing sporadic changes or dramatic swings in time-out values. Messages, which require a response, are retransmitted if twice the expected propagation time expires before a response is received. SLEEPING terminals can power down for a large percentage of the expected propagation delay before waking up to receive the response message. Missed messages may be stored by the bridging entity in a parent node for a predetermined number of HELLO times.

The MAC layer is responsible for providing reliable transmission between any two nodes in the network (i.e. terminal-to-bridge). Access to the network communications channel is regulated in several ways. First, the HELLO protocol, described above, reduces contention for HELLO packets. Second, nodes are grouped into logical coverage areas associated with a single bridge node. CSMA and LBT algorithms are used to gain access to the channel. Lastly, a polling protocol reduces contention for data frames.

IEEE 802.3 media access control is used for ethernet links. A p-persistent CSMA/CA with ARQ (automatic retry request) protocol is used to gain access to the channel on the RS485 LAN. In addition , a collision avoidance protocol is implemented on RS485 LAN links. Bridging layer packets are typically sent in a single MAC layer data frame on both ethernet and RS485 LAN links. Short blocks can be transmitted as soon as an idle channel is detected. Before a long data frame can be transmitted on a wired link a potential transmitter must sense an idle channel, transmit an RFP frame and receive a POLL frame from the receiver. After a data frame is transmitted, the receiver notifies all listening nodes that the channel is free by sending a CLEAR frame.

A simple return priority mechanism is implemented by requiring a potential transmitter to sense an idle line for an IDLE-TIME period which exceeds the maximum transmitter/receiver turnaround time. The recipient of a unicast frame "owns" the channel for the turnaround time and can respond without executing the CSMA algorithm. This approach makes response times more deterministic and allows the sender to set response time-outs tightly. Short time-outs allow transmitting nodes to quickly retry out and discover disconnected links.

A CSMA random-backoff algorithm specifies backoff delays as a function of the CSMA slot time. A CSMA slot is calculated as a function of the worst-case carrier-sense ambiguous period. If, for example, in the worst case, it takes a character-time to determine that a frame is in progress then the CSMA slot time is defined to be slightly longer than one character time. The algorithm divides the sense time into "p" contiguous slots and chooses a number, "i", between one ("1") and "p". If the first "i" slots are idle then the algorithm allows transmission in the "i+1" slot. If one of the first "i" slots is busy, the device executing the algorithm listens until the channel is idle and re-executes the algorithm.

A polling protocol, which is consistent with the collision avoidance protocol used on wired links, is used to gain access to the channel on spread spectrum radio links. The polling protocol reduces contention in an environment with hidden terminals in several ways. On radio links, a MAC transmitter fragments a bridging layer packet into short fixed

**EXHIBIT F**
**PAGE 18 OF 27**

23

length frames before the packet is sent. The fragments are reassembled by the receiver and are posted to the receiver's bridging layer if, and only if, all frames in the packet are received. A group of frames which is associated with a single bridging layer packet is called a bracket. Fragmentation at the MAC layer allows the MAC entity to used a (shorter) frame size which is suitable for the like error rate without impacting packet sizes at the bridge layer.

Additionally, the 'polling radio link protocol generally limits contention of RFP frames. Before a bracket of frames can be transmitted on a radio link, a potential transmitter must sense an idle channel, transmit an RFP frame and receive a POLL frame from the receiver. If the receiver is busy it responds with a wait-for-poll (WFP) frame. The WFP frame positively acknowledges the RFP frame and causes the transmitter to wait for a POLL frame. Nodes are queued for polling in the order in which RFP frames arrive. After the last frame in a bracket is transmitted and successfully received, the receiver sends a CLEAR frame to notify all listening nodes that the channel is open.

In summary, the MAC layer:

1. accepts frames from the bridging layer and passes frames to the physical layer for transmission;
2. appends MAC layer framing bytes and CCITT-16 FCS bytes to transmitted frames;
3. removes MAC layer framing bytes and FCS bytes from received frames;
4. verifies the FCS bytes in received frames;
5. filters out frames which do not belong to the SST network on the local device;
6. filters out packets which are not directed to the local device;
7. forwards packets to the bridging layer which are directly addressed to the local device, or are broadcast or multicast to the local device;
8. regulates access to the communications channel on RS485 links and spread spectrum radio links;
9. schedules lost unicast frames for retransmission;
10. detects and discards duplicate back-to-back unicast MAC level data frames;
11. provides device-to-device flow control;
12. transparently fragments and reassembles bridging layer packets, which exceed the maximum MAC frame size; and
13. maintains and provides diagnostic statistics for higher layers.

Before delving into the specifics of the MAC layer a few points must be clarified. First, p-persistent CSMA/CA (carrier sense multiple access with collision avoidance) protocol is used to gain access to an RS485 LAN. The collision avoidance scheme gives channel access priority to the recipient of a unicast frame. Second, on lightly loaded spread spectrum radio links, a non-persistent CMA algorithm is used to gain access to the communications channel. Third, on moderately to heavily loaded spread spectrum radio links, a LBT/BP (listen-before-talk with busy pulse) algorithm is used to gain access to the channel and minimize the effect of hidden nodes. An LBT slot is defined as the total time required to transmit an RFP (request-for-poll) frame plus the time required by the receiver to begin transmitting the response. Finally, CSMA idle time is the minimum time

24

that a potential transmitter must sense an idle channel before assuming the channel is idle. The CSMA idle time is greater than the interframe gap plus the CSMA slot size. LBT idle time is the minimum time that a potential transmitter must sense an idle radio channel with hidden nodes before assuming the channel is idle. The LBT idle time is greater than the interpoll gap time plus the CSMA slot size.

MAC-level frames are categorized as either request or poll frames. The DATA, FRP and ENQ frames are request frames while POLL, WFP, CLEAR and REJECT frames are poll frames. More specifically, a DATA frame is a MAC-level request frame which is used to send higher-layer data to a receiver.

An EOD (end-of-data)frame is a MAC-level request frame which is sent as the last data frame in a bracket of one or more data frames. Note that a bracket of data frames may consist of a single EOD frame. An FRP (request-for-poll) frame is a MAC-level request frame which is used to request polling from a receiver and to determine the SEQ state of the receiver. An ENQ (enquiry) frame is a MAC-level request frame which is used to determine the SEQ state of a receiver and to determine if a node is within range. A POLL frame is a MAC-level poll frame which is used to obtain a data frame from another node and to return the current SEQ state.

A WFP (wait-for-poll) frame is a MAC-level poll frame which is used to inform a requesting node that it is scheduled to be polled later and to return the current SEQ state. A CLEAR frame is a MAC-level poll frame which is used to inform all listening nodes that the last frame in a bracket of frames has been received and to return a defined SEQ state. A REJECT frame is a MAC-level poll frame which is used to return an undefined SEQ state or to indicate that a received request frame was invalid.

Each request or poll frame contains a control byte wherein each bit represents an element of information or control.

Three categories of bits in the control bytes of the request frame and the poll frame are the same. These bits are: 1) the R/P bit is used to distinguish MAC layer request and poll frames. If the R/P bit is set OFF the frame is a request frame. If the R/P bit is set ON the frame is a poll frame. 2) The SEQ bit is used to sequence MAC layer data frames, modula 2. The SEQ field is used to detect and discard duplicate packets. A state machine which illustrates the use of the SEQ bit and the response ACC bit is shown below; 3) The LAD ID bits. The MAC frame belongs to the spanning tree specified by the LAN ID bits. The MAC entity discards frames which belong to spanning trees which are not in its LAN_ID_list. Note that LAN_ID_list is a parameter of the MAC_enable call.

The request frame control byte further includes a Data bit, MORE bit and priority bit. The DATA bit is used to distinguish control request frames from data request frames. In control request frames the MORE bit is used to distinguish RFP frames from ENQ frames. In data request frames, the MORE bit is used to distinguish between DATA frames and EOD frames. The last frame sent in a bracket of data frames is always an EOD frame.

The Priority bit includes the priority of a higher layer message and is set as specified by the bridging layer, in the MAC_send call. The receiver simply passes the priority to the bridging layer. The Priority bit value is the same for all frames which are associated with a bracket of frames.

EXHIBIT F
PAGE 19 OF 27

25

26

The poll frame control byte further includes a MORE bit and WAIT bit. The MORE bit is used to distinguish POLL frames from CLEAR frames. The WAIT bit is used to distinguish POLL frames from WFP frames. The receiver of a request frame can return a poll frame with the WAIT bit set ON in the associated poll frame to put the requesting node in a quiet state for WFP-TIMEOUT seconds. The requesting node must refrain from transmitting unicast frames to the receiver until the quiet period expires or a POLL frame is received from the receiver. In addition, a REJECT frame is specified by setting the MORE bit OFF and the WAIT bit ON.

Each node in the network has a single bridging entity which invokes a MAC entity per port to send and receive messages on the port. MAC layer services are provided with the following software routines:

1) MAC_enable (port, LAN_ID_list);
2) MAC_set-address (port, net_address);
3) MAC_send (port, desk_net_address, buffer, control_flags, [mailbox], [queue]);
4) length=MAC_accept (port, buffer, wait);
5) MAC_stop (port);
6) MAC_start (port);
7) MAC_disable (port);
8) MAC-enquiry (port, desk_net_address); and
9) MAC-diagnostic (port, . . . ).

Initially, the MAC entity attached to a port is in a DISABLED/OFF state. The bridging layer enables a MAC entity on a port by calling MAC-enable (port, LAN-ID-list), where LAN-ID-list defines the spinning trees to which the node can belong. MAC-enable changes the MAC entity state to ENABLED/ON. The MAC entity uses a default multicast address consisting of the node type and a node identifier of all 1's, until the bridging layer assigns a specific network address to the MAC entity. The MAC-set-address call is provided for this purpose.

The bridging layer accepts messages from the MAC entity by issuing a MAC-accept call. The returned buffer includes the MAC header, but does not include media framing and CRC characters. The wait parameter can be used to suspend the caller for some length of time or until a message is received. The MAC entity must be capable of queuing messages until they are accepted by the bridging layer.

The bridging layer requests the MAC entity to transmit a bridging layer packet by issuing a call to MAC-send. Packets are grouped into a set of one or more MAC layer frame which, together, constitute a bracket. On radio ports, if the size of a bridging layer packet exceeds the maximum MAC frame length, then the packet is fragmented. A bracket normally contains a single data (EOD) frame on wired links. The MAC entity prefixed a MAC header to the beginning of each frame in a bracket before transmitting each frame. The MAC layer is also responsible for providing media framing, which includes a link-type dependent synchronization preamble, start-of-frame delimiter, end-of-frame delimiter, and CRC-CCITT frame check sequence bytes for each frame. The control-flags parameter in the MAC-send call is used to: 1) set the priority bit in the MAC header (priority); 2) to indicate if the buffer is being sent in response to a multicast bridging layer packet (p-flag); and 3) to set the LAN ID field in the MAC header. The optional mailbox and

queue parameters are mutually exclusive and are used for asynchronous calls. Also, the maximum size of a buffer passed to the MAC layer for transmission is MAX-PKT-SIZE. The bridging layer can disable the MAC receiver by calling MAC-stop. The MAC entity is in an ENABLED/OFF state after a call to MAC-stop is used. The bridging layer forces the MAC entity back into the ENABLED/ON state by calling MAC-send or MAC-start. The bridging layer can disable the MAC entity and force it to the DISABLED/OFF state by calling MAC-disable. In addition, MAC-enquiry can be used to determine if a destination node is within range, and MAC-diagnostic is used to retrieve diagnostic statistics from the MAC layer.

When the MAC entity is in an ENABLED/ON state it is continuously listening on its assigned port. The MAC entity receives all MAC layer frames. Frames which do not pass a CRC-CCITT check are invalid and are discarded. Valid data frames are reassembled into a complete packet which is posted to the bridging entity if: 1) the LAN ID in the MAC header is among those contained in the LAN ID list passed to the MAC entity in the MAC-enable call; and 2) the destination address in the MAC header is equal to the network address of the local node, or is unacceptable multicast or broadcast address.

The high-order multicast bit is set ON in all multicast or broadcast frames. A multicast or broadcast frame is accepted if the node type specifies a group to which the local node belongs and either the node identifier is all ones ("1's"), or the node identifier is equal to the identifier of the local node. A response is never required when the multicast bit is set ON:

A default network address used when the MAC entity is first enabled consists of the multicast node type concatenated with a node identifier of all ones. For example, the default address for a bridge is hexadecimal A7FF. The bridging layer is responsible for obtaining a network address and assigning it to the MAC entity on the port.

A return priority mechanism is used to group MAC layer request and poll frames into a single CA sequence. A channel access algorithm is executed to gain access to the channel before the first frame in a CA sequence is transmitted. All other frames in a CA sequence may be sent without executing the channel access algorithm. The idle time between frames which belong to a single CA sequence must be less than the maximum interframe gap time. On wired links, the CSMA/CA algorithm forces nodes to detect an idle channel for CSMA idle time which exceeds the interframe gap time before initiating a CA sequence. On radio links "hidden nodes" can cause throughput to be significantly degraded on spread spectrum radio links. Under lightly loaded conditions, a CSMA channel access algorithm allows nodes to access the radio channel immediately after detecting an idle channel. Under moderate to heavily loaded conditions, the LBT/DP algorithm forces nodes to detect an idle radio channel for an LBT idle time which exceeds the interpoll gap time before accessing the channel. By listening for longer than the interpoll gap time, a node will detect a conversation in progress, if both involved nodes are in range or only one node is in range and the other node is hidden. Limiting the time between frames in a CA sequence to a short fixed interval, essentially provides a busy-pulse signal which spans the coverage area of both nodes involved in a conversation.

27

sequence of frames, begins with the transmission of a channel access algorithm, following an execution of the C_A sequence are: 1) any poll frame sent in response to a unicast request frame; 2) a DATA or EOD frame sent in response to a POLL frame; or 3) a bridge node can "pig-gyback" a second frame onto a transmitted broadcast, multicast, WFP, CLEAR, or REJECT interframe, by transmitting the second frame within the interframe gap time.

The size of packets within the bridging layer must be less than or equal to MAX-PKT-SIZE, where MAX-PKT-SIZE specifies the total length of the packet, including bridging and data-link header charac-ters.

Packets which are larger than MAX-FRAME-SIZE must be fragmented by the MAC entity, to insure that the interpoll gap time is constant. The fragmented frames are transmitted as a bracket with the MORE bit set OFF in the last frame to mark the end of the bracket. Frames which belong to a single bracket are reassembled by the MAC entity in the receiver before the packet is posted to the bridging layer in the receiver. If the entire bracket is received successfully, all other frames in the bracket are discarded by the receiver. The maximum number of data frames in a bracket is the ceiling of MAX-PKT-SIZE/MAX-FRAME-SIZE.

MAX-FRAME-SIZE does not include characters added at the MAC level. MAX-FRAME-SIZE on the 192K bps spread spectrum radio link is limited by the interpoll gap time. On a wired links with low error rates, MAX-FRAME-SIZE is set so that a bracket is generally limited to a single LIMITED frame.

A bracket of frames may be transmitted in one or more CA sequences where a channel access algorithm is used to gain access to the link for each CA sequence. A transmitter initiates the transmission of a bracket of frames by sending either an RFP frame or an EOD frame to a receiver. If a receiver is not busy, the receiver responds to RFP and DATA frames with a POLL frame, which solicits the next DATA frame and implicitly acknowledges the previous DATA frame. A receiver responds to an EOD frame with a CLEAR frame. A receiver is busy or does not have a buffer, the receiver may respond to RFP, DATA or EOD frames with a WFP frame.

The node which initiates a bracket of frames (i.e., the transmitter) is responsible for recovery until the first POLL frame is received. The receiver is responsible for polling the transmitter as soon as an RFP frame is received and assumed both the transmitter and receiver to be in contention for responsibility for recovery at that point. It is possible for recover a lost frame (i.e., RFP or DATA) if the POLL frame is lost. The contention is resolved with a random backoff algorithm. If a CLEAR frame is lost and the polling node which sent the CLEAR frame is responsible for recovery, the requesting node which initiated the bracket cannot deter-mine if the link was lost or the CLEAR frame was lost. The requesting node must send an ENQ frame to determine which case holds.

This preferred embodiment utilizes a state machine (SM) to control network communication. No state machine is required for multicast and broadcast frames, however. Mul-ticast and broadcast frames can be transmitted whenever the

28

channel is available. Received multicast or broadcast frames are simply discarded or posted to the bridging layer. State machines are used to handle other communication aspects. These include the bracket-transmit, bracket-receive-SEQ-control and transmit-SEQ-control state machines.

Specifically, the bracket-transmit state machine used pro-vides IDLE, READY, S-RFP, S-DATA, S-EOD, READY2 and S-EOD2 states. The IDLE state causes this state machine to idle, waiting for a bracket of frames to transmit. The READY occurs when the state machine has a bracket of one or more frames to transmit and is waiting to acquire the channel. The S-RFP state occurs when the state machine has sent an RFP frame and is waiting for a POLL frame. The S-DATA state occurs when the state machine is waiting for a DATA frame and is waiting for a POLL frame. The S-EOD state occurs when the state machine has sent an EOD frame after receiving a POLL frame. The RDY-WAIT state occurs when the state machine has sent a WFP frame and is waiting for a CLEAR frame (or timeout).

The READY2 and S-EOD2 states only apply to trans-missions on a wired link which are not initiated with a request for polling. The READY2 state occurs when the state machine has a single short frame to transmit, is known. The S-EOD2 state occurs when the state machine has sent an unsolicited EOD frame.

There is an automatic and immediate transition from the READY state to the READY2 state if the communications channel is a wired link, the SEQ state of the receiver is known, and the bracket to transmit consists of a single EOD frame which is less than MAX-SHORT-FRAME-SIZE in length.

The state machine also uses various timers. A RP-TIMEOUT receive timer is started when an RFP frame is transmitted, an ENQ frame is sent without first sending an RFP frame. The timeout value is larger than interframe gap time plus the time required to transmit a POLL, or CLEAR frame. If the RSP-TIMEOUT timer expires before an expected response is received a retry counter is incremented and the request frame is retransmitted, if the retry count has not been exceeded.

A POLL-TIMEOUT receive timer is also used. This timer is started whenever a DATA or EOD frame is transmitted following an RFP frame. The timeout value is larger than the time required for the maximum number of poll retry attempts. The MAC layer returns an error to the bridging layer if this timer expires before an expected poll frame is received. Note that the receiver is responsible for recovery when this timer is running. Similarly, a WFP-TIMEOUT timer is started whenever a WFP frame is received. The RDY-WAIT state ends when this timer expires or a POLL frame is received.

The state machine must maintain a "current pointer" variable which points to the current frame in a bracket of frames to be transmitted. The current pointer is advanced if, and only if, a POLL, for the next frame in the bracket is received. If more than one transition is specified when a

29                                                    30

POLL frame is received, the state of the current pointer determines which transition should be taken.

In the bracket-receive state machine, an assumption is made that invalid frames and frames not directed to the local node are discarded and do not affect state transitions. Multicast and broadcast frames are simply posted to the bridging entity, if a buffer is available, and do not affect state transitions.

There are three states in the bracket-receive state machine: 1) IDLE-LISTEN; 2) BUSY; and 3) BUSY-WAIT. The IDLE-LISTEN state occurs whenever the receiver is not receiving a bracket of frames. The BUSY state occurs when the receiver has sent a POLL frame and is waiting for the next frame in a bracket. Finally, the BUSY-WAIT state occurs when the receiver is waiting for a buffer to become free.

The bracket-receive state also uses the RSP-TIMEOUT and WFP-TIMEOUT timers. Specifically, the RSP-TIMEOUT timer is started when a POLL frame is transmitted. The timeout value is larger than interframe gap time plus the time required to transmit a DATA frame. If the RSP-TIMEOUT timer expires before an expected response is received, a retry counter is incremented and the POLL frame is retransmitted, if the retry count has not been exceeded. The receiver must maintain a poll-queue which is a FIFO list of all terminals which have requested polling. Entries in the queue are aged so that they are discarded after WFP-TIMEOUT seconds. The entry at the front of the queue is considered active; all other entries in the queue are denoted as queued. Nodes which are not active nor queued are denoted as inactive. Note that there is no active node in the IDLE-LISTEN state. Additionally, a separate queue can be used for high priority requests.

A SEQ state variable is cached for all nodes which have recently transmitted valid data frames. The SEQ state variable is updated as specified in the section which describes state machines for frame SEQ control.

Only one bracket may be in progress at a time. The receiver must reserve enough buffers for an entire bracket of frames before sending a POLL frame in response to an RFP frame. This ensures that the entire bracket will be accepted.

All unicast MAC data frames are sequenced with a 1-bit sequence number (SEQ). The sequence number is used to detect lost data frames and duplicate data frames. The MAC entity in each node must maintain transmit and receive SEQ state tables for unicast messages. The receive SEQ state table contains an entry for each active MAC source node. The transmit SEQ state table contains an entry for each active destination node. Each entry consists of a 1-bit SEQ state variable and a network address. Only unicast command frames affect state table entries. As a rule, a receive table entry should be discarded before the counterpart transmit table entry (i.e., in another node) is discarded. Receive SEQ state table entries need only be kept long enough to ensure that retransmitted duplicates are not mistaken for valid frames. This implies that receive table entries must be kept for a period longer than the maximum transmit retry time for a single frame. An entry in the transmit SEQ state table can

be kept until the space is required for a new entry. Strict state timing is not required because a transmitter, (without a table entry for a potential receiver), can determine the state of a receiver, (with an RFP frame), before transmitting data frames. Also, the MAC layer does not provide a reliable service. Lost frames and duplicates are detected by higher layers.

The receive-SEQ-control and transmit-SEQ-control state machines specify how entries in the SEQ state tables are maintained. The use of the term "poll" is used to denote any poll frame (i.e., POLL, WFP, CLEAR, or REJECT) and the term "data" is used to denote any data frame (i.e., DATA or EOD).

More specifically, the receive-SEQ-control state machine uses three states: 1) ACCEPT-0; 2) ACCEPT-1; and 3) ACCEPT-ANY. In the ACCEPT-0 state, the receiver expects the next DATA or EOD packet to have a SEQ number of 0. In the ACCEPT-1 state the receiver expects the next DATA or EOD packet to have a SEQ number of 1. Finally, in the ACCEPT-ANY state the receiver will accept a DATA or EOD packet with a SEQ number of 0 or 1.

The MAC receiver caches receive SEQ state variables for active external source nodes. The variable can be set to one of three states listed above. A state of ACCEPT-ANY applies to all nodes which do not have entries in the receiver's SEQ state table. The receiver sets the SEQ bit in a poll frame to denote the next frame that the receiver expects.

The transmit-SEQ-control state machine also utilizes three states: 1) SEND-0; 2) SEND-1; and 3) UNKNOWN. In the SEND-0 state, the transmitter sends the current data frame with a SEQ number of 0 and expects a POLL or CLEAR with a SEQ number of 1. In the SEND-1 state the transmitter sends the current data frame with a SEQ number of 1 and expects a POLL or CLEAR with a SEQ number of 0. In the UNKNOWN state, the transmitter must send an RFP or ENQ frame to determine the SEQ state of the receiver.

The MAC transmitter maintains a transmit SEQ state variable per external node. The transmitter sends the SEQ field in DATA and EOD frames to the value of the transit SEQ state variable. The state variable can be in one of the three states listed above. The UNKNOWN state applies to all nodes which do not have entries in the transmitter's state table. If the state is UNKNOWN, the transmitter sends an RFP or ENQ frame to determine the SEQ state of the receiver before sending a data frame. On radio links, the SEQ state is set to UNKNOWN as soon as the transmission of frames is completed.

The SEQ field in a poll frame denotes the next data frame expected. Each time a poll frame is received, the transmit SEQ state variable associated with the source of the poll frame is set to the value of the poll frame's SEQ field. A "current pointer" points to the current data frame in a bracket of data frames. The current pointer is advanced if the current data fame has been transmitted with a SEQ field value of "0" ("1") and a poll frame is received with a SEQ field value of "1" ("0").

US 6,714,559 B1

31

Various network constants are also used in this preferred embodiment. These include:

| | |
|---|---|
| 1) WFP-TIMEOUT | (1 second) this is the time that a node remains in a quite state waiting for a POLL frame after a WFP frame is received; |
| 2) MAX-PKT-SIZE | (800 bytes) this is the maximum size of a bridging layer packet including bridging header characters; |
| 3) R-MAX-FRAME-SIZE | (100 bytes) this is the maximum size of a MAC layer frame on the spread spectrum radio link, not including MAC header and framing characters; |
| 4) W-MAX-FRAME-SIZE | MAX_PKT_size, is the maximum size of a MAC layer frame on the RS485 LAN, not including MAC header and framing characters; |
| 5) W-MAX-SHORT-FRAME-SIZE | (200 bytes) this is the maximum size of a MAC layer frame which can be transmitted without first sending a RFP frame on the RS485 LAN; |
| 6) W-SLOT-SIZE | (50 microseconds) this is the CSMA slot size for the RS485 LAN; |
| 7) W-INTERFRAME-GAP | (200 microseconds) this is the maximum interframe gap time for the RS485 LAN. |
| 8) W-IDLE-TIME | (W-INTERFRAME-GAP + W-SLOT-size + 50 microseconds) this is the CSMA idle time on the RS485 LAN; |
| 9) R-SLOT-SIZE | (1000 microseconds) this is the LBT slot size on the spread spectrum radio link; |
| 10) R-INTERPOLL-GAP | (500 microseconds) this is the interpoll gap time on the spread spectrum radio link; and |
| 11) R-IDLE-TIME | (R-INTERPOLL-GAP) this is the LBT idle time on the spread spectrum radio link. |

THE CSMA/CA channel access algorithm used on the RS485 LAN differs from the LBT algorithm for radio links because of the hidden terminal factor in the radio network. Particularly, the p-persistent CSMA/CA algorithm forces all nodes to detect an idle channel for one CSMA idle time unit, where a CSMA idle time unit is greater than the interframe gap time, before the channel is considered free. If a node initially detects a free channel, it can transmit immediately. If a node detects a busy channel, it listens to the channel until it becomes free. When the channel becomes free, at that point, time is divided into "p" CSMA slots. The node selects one of the "p" slots, "i", at random. If the channel is idle for the first i-1 ("i" minus one) slots, the node transmits in slot i. If the channel becomes busy in one of the fist i-1 slots, the process is repeated. If an expected response is not received, a node chooses a number, "i", between one ("1") and p, and delays for "i" CSMA slots before re-executing the CSMA algorithm to retransmit. The number of backoff slots, p, is given as an increasing function of the number of missed responses and busy channel directions.

The LBT algorithm functions as a pure CSMA algorithm when the channel is lightly loaded. A channel is allowed to transmit as soon as an idle channel is detected. CSMA is

32

never used for retransmissions. When the channel is moderately to heavily loaded, the LBT algorithm forces all nodes to detect an idle channel for at least one LBT idle time unit, (this unit being greater than the interpoll gap time) before the channel is considered free. If a node initially detects a free channel, it can transmit immediately. If a node detects a busy channel, it listens to the channel until it becomes free. When the channel becomes free, at that point, time is divided into "p" LBT slots. The node selects one of the "p" slots, "i", at random. If the channel is idle for the first i-1 slots, then the node will transmit in slot i. If the channel becomes busy in one of the first i-1 slots, the process is repeated. If an expected response is not received, a node chooses a number, "i", between one ("1") and "p", and delays for "i" LBT slots before re-executing the LBT algorithm to retransmit. The number of backoff slots, "p", is given as an increasing function of the number of missed responses and busy channel detections.

The CSMA/CA algorithm for the RS485 LAN, and the LBT/BP algorithm for spread spectrum radio links are both shown in pseudo-code in Appendix A.

This network embodiment uses what will be referred to as "SST Multi-drop LAN" techniques herein. The SST Multi-drop LAN shown in FIG. 9 is built on what is called a "linear" topology. A single cable 501 forms a line and each device is simply connected to the line. In a typical warehouse facility 503 the multi-drop network consists of the cable 501 connecting bases stations 505–521 and 503 a controller 523. The controller 523 and the base stations 505–521 can be placed anywhere along the cable 501.

The physical length of the cable 501 depends primarily on the following:

1. the data rate used;
2. the number of devices on the network;
3. the gauge of wire used;
4. the characteristics of the wire used which includes the capacitance, 6 dbv length and twist-rate;
5. the shielding of the wire (the combination of braided and foil shields are preferred); and
6. the environment (in a heavy-industrial environment with such things as large motors that start and stop frequently, welding, ultrasonic equipment, electroplating, or other electrically noisy equipment, the distance is less).

For example, using simulated noisy environment AWG #24 wire with eight device and shielded wire, a two thousand foot cable 501 operates without problems. In preferred embodiment, the communication link utilizes NPN 321-457-001 cable (Belden 9841).

If the physical length of the cable 50 needs to be extended, an additional "network segment" can be added. Segments are linked together by repeaters. This repeater can be either a "dumb" bridge, acting to relay all information between segments, or an "intelligent" bridge, relaying information selectively. Further, the repeater does not have to be placed at the end of the communication link. As with base stations and controllers, repeaters can be placed any where it physically makes sense. Coupling transformer may be used to protect the devices from ESD, EMI, and noise.

Radio bases don't always have to be wired to the network. If a base is within radio range of another base that is connected to the network, then the first base can communi-

EXHIBIT F
PAGE 23 OF 27

US 6,714,559 B1

33

34

cate data from terminals to the host via the second base. For wireless routing, the two coverage areas must overlap enough so that each base is within range of the other. As a result, more radio bases are needed than scenarios using hand-wired routing to the LAN.

As shown in FIG. 10, wireless routing can reduce the amount of wiring necessary in a facility. This arrangement requires no more than one on-the-air hop from any area, so the performance impact isn't that great.

Wireless routing is especially effective at filling in fringe areas. In the example above, the outside of the loading dock could have marginal coverage. If, once the system is installed, the coverage is this area turns out to be unacceptable, couple of wireless routers could be added to guarantee solid coverage in this area without adding any more wiring. Installation could be complete in just the time required to mount the bases. These bases need only to be taped to a wall to optimize coverage. If this solves the coverage problem, but the customer finds the performance impact unacceptable, then the new bases station could be hardwired in. Terminals being used out on the loading dock in areas where the coverage of the wireless routers and the wired bases overlap automatically switches between the wireless routers and the wired based depending on which gives the shortest path to the host. There is no danger that adding a wireless router will slow things down by causing terminals to make unnecessary on-the-air hops when they are within range of a wired base.

Another major application for wireless routers is continuing coverage when a wired base fails. A couple of wireless routers setup at ground level or perhaps duct taped a few feet up on support columns, a temporary installation that can be done with a step ladder, could easily fill in most of the blacked-out area until the failed base can be repaired.

Wireless routers can also be a real benefit for operation in temporary physical areas avoiding hard-wiring. In addition, two networks can be linked with wireless routing. In some situations, this may be a good way to eliminate multiple on-the-air hops.

Once all the network hardware is installed and on, the system configures itself and constantly reconfigures itself. As the customer moves goods around his warehouse and radio propagation inside changes, the system reconfigures to try to maintain as much coverage as it can. When a piece of equipment fails, the system reconfigures around it. If a base fails, but the area can be covered by a wireless router, the system automatically uses that router. For example, when a new wireless router is installed, it is automatically assimilated into the system within minutes of merely powering up the router. If that wireless router is hardwired it in, it automatically stops wireless routing and become a wired base. If that hardwired communication link breaks, the two resulting segments automatically begins communicating wirelessly.

Additionally, it is obvious that the embodiments of the present invention described hereinabove are merely illustrative and that other modifications and adaptations may be made without departing from the scope of the appended claims.

APPENDIX A

```
    LBT/BP Algorithm For A Transmitter On The Radio Network.
BACKOFFINIT = 20;
R_RSP_TIMEOUT = R_INTERPOLL_GAP;
MAX-TX-TRIES = 20;
MAX_IDLE_TRIES = 50;
rf, rg -  functions which return a maximum backoff number based on the input
          parameter.
Wait for a MAC_send call.
if p_flag is non-zero then
begin
      select a random number, i, between 0 and BACKOFF_INIT;
      SLOT_OFFSET = i R_SLOT_SIZE;
end
else
      SLOT_OFFSET=0
TX_RETRIES=0
IDLE_RETRIES=0
while TX_RETRIES <MAX_TX_TRIES and IDLE_RETRIES <MAX_IDLE_TRIES and
not OK do
begin
      OK = False;
      detect an idle channel for SLOT_OFFSET+R_IDLE_TIME time units;
      SLOT_OFFSET=0;
      if channel is idle then
      begin
            send_frame;
            if a return priority response is expected then
            begin
                  wait for response or R_RSP_TIMEOUT timeout;
                  if a valid response has been received then
                        OK=true;
                  else (assume a collision has occurred)
                  begin
                        TX_RETRIES_TX_RETRIES+1;
                        select a random number, j, between 0 and rf(TX_RETRIES);
                        SLOT_OFFSET=j R_SLOT_SIZE;
                  end
```

US 6,714,559 B1

35                                                                                          36

## APPENDIX A-continued

```
      end
   end
   else (the channel is not idle)
   begin
   wait until the channel is idle:
   IDLE_RETRIES=IDLE_RETRIES+1;
   select a random number, i, between 0 and rg(IDLE_RETRIES):
   SLOT_OFFSET=k R_SLOT_SIZE:
end.
```

## APPENDIX B

MAC Control Byte (8 bits).*
Bits 7–5 in the MAC control bytes are used to specify the frame type.
MAC frames are one of two basic types: 1) request, or 2) poll, depending
on the state of the R/P bit.

### Request frame types.

| | |
|---|---|
| 000 | EOD (end-of-data) |
| 001 | DATA |
| 010 | ENQ (enquiry) |
| 011 | RFP (request-for-poll) |

### Poll frame types.

| | |
|---|---|
| 100 | WFP (wait for poll) |
| 101 | REJECT |
| 110 | CLEAR |
| 111 | POLL |

### Request control byte:

| | | |
|---|---|---|
| bit 7 | R/P | 0 = request frame |
| bit 6 | DATA | 0 = data frame |
| bit 5 | MORE | 1 = middle of bracket (DATA) |
| | | 0 = end of bracket (EOD) |
| | | 1 = RFP |
| | | 0 = ENQ |
| bit 4 | RESET | 1 = discard partial bracket |
| bit 3 | PRIORITY | 0 = normal, 1 = high |
| bit 2 | SEQ | sequence number, modulo 2 |
| bit 1–0 | LAN ID | 00, 01, 10 or 11 |

### Poll control byte:

| | | |
|---|---|---|
| bit 7 | R/P | 1 = poll frame |
| bit 6 | WAIT | 0 = wait for poll |
| bit 5 | MORE | 0 = clear |
| bit 4 | reserved | must be zero |
| bit 3 | reserved | must be zero |
| bit 2 | SEQ | sequence number, modulo 2 |
| bit 1–0 | LAN ID | 00, 01, 10 or 11 |

### Bridge Control Bytes (16 bits).

| | | |
|---|---|---|
| bit 15–14 | Bridge Header Format | 00 = multihop, 01 = point-to-point |
| bit 13 | (reserved) | must be zero |
| bit 12 | C/R | 0 = command, 1 = response |
| bit 11 | (reserved) | must be zero |
| bit 10–8 | packet type | (see table below) |
| bit 7 | Bridge Parms | 1 = optional bridge parms |
| bit 6 | RPRQ | 1 = response packet required |
| bit 5 | (reserved) | must be zero |
| bit 4–3 | Protocol | 00 = no data-link data, 01 = LLC data |
| bit 2–0 | (reserved) | must be zero |

### Bridge Packet Types.

| | |
|---|---|
| 000 | Data Packet |
| 001 | Data Request Packet |

-continued

| | |
|---|---|
| 010 | Hello Packet |
| 011 | Attach Packet |
| 100 | Detach Packet |
| 101 | Address Resolution Packet |
| 110 | Reverse Address Resolution Packet |
| 111 | (reserved) |

### Optional Bridge Parameters-general format.

| | |
|---|---|
| 1-bit end-of-parms flag | 1 = last optional parm |
| 7-bit parm type | (see table below) |
| 1-byte parm length | length of parm value field in bytes |
| M-byte parm value | (value or list of values) |

### Optional Parameters.

| Parm Type | Parm Length | Description |
|---|---|---|
| 01h | 2 bytes | A 2-byte network address. |
| 02h | 6 bytes | Long Identifier. |
| 03h | M*2 | Decendant List. A list of 2-byte addresses. |
| 04h | N*2 | Detached List. A list of 2-byte addresses. |
| 05h | P*2 | Pending Message List. A list of 2-byte addresses. |
| 06h | 1 byte | Distance (cost) from the root. |
| 07h | Q bytes | Well-known alias. |
| 08h | R bytes | Forward List. A list of 2-byte addresses. |
| 09h | 1 byte | Load Indicator. An indication of the channel load based on frame frequency. |
| 0Ah | 5 bytes | Well-known alias of the root. |
| 0Bh | 6 bytes | Long identifier of the root. |

Bridge Packet Formats.
Data Packet Format (Type 000).

| |
|---|
| MAC Header |
| Bridging Header |
| LLC Header |
| LLC Data |

Data Request Packet Format (Type 001).

| |
|---|
| MAC Header |
| Bridging Header |

Hello Packet Format (Type 010).

| | |
|---|---|
| MAC Header | |
| Bridging Header | |
| Cost-to-root | 1 byte (0xFF = infinity) |
| Decendant Count | 1 byte |
| Next Hello | 1 byte |
| bit 7–2 seed | 6-bit randomization seed. |
| bit 1–0 hello offset | 00–10 = offset in slots from calculated hello time. |
| | 11 = hello time not calculated. |
| Priority | 1 byte |
| bit 7–6 reserved | (must be zero) |
| bit 5–3 user priority | 000 = no priority |
| | 111 = highest priority |
| bit 2–0 device priority | 000 = no priority |
| | 111 = highest priority |

**EXHIBIT F**
**PAGE 25 OF 27**

US 6,714,559 B1

37

38

-continued

| Optional fields | N bytes |
| -6-byte Root ID | |
| -Pending Message List | |
| -Decendant List | |
| -Detached List | |
| -Load Indicator | |

Attach Packet Format (Type 011).

| MAC Header | |
| Bridging Header | |
| Attach Parms | 1 byte |
| bit 7–3 reserved | (must be zero) |
| bit 2–0 hello save count | 000–110 = save a message 0 to 6 hello times for the attaching child. |
| Optional Attach Parms | N bytes |
| -decendant list | |
| -LLC message unit | |

Detach Packet Format (Type 100).

| MAC Header | |
| Bridging Header | |
| Optional Detach Parms | N bytes |
| -decendant list | |
| -forward list | |

Address Resolution Packet Format (Type 101).*

| MAC Header | |
| Bridging Header | |
| ARP Operation | 1 byte |
| bit 7–4 (reserved) | must be zero |
| bit 3–0 reason code | 0 = ok, other = error code |
| Network Address | 2 bytes |
| Long ID length | 1 byte |
| Long ID type | 1 byte |
| Long ID | N bytes |

Reverse Address Resolution Packet Format (Type 110).*

| MAC Header | |
| Bridging Header | |
| RARP Operation | 1 byte |
| bit 7 New Alias | 1 = replace existing Alias |
| bit 6 New Long ID | 1 = replace existing Long ID |
| bit 5 (reserved) | must be zero |
| bit 3–0 reason code | 0 = ok, other = error code |
| Network address | 2 bytes |
| Long ID length (6) | 1 byte |
| Long ID type (02h) | 1 byte |
| Long ID | N bytes |
| Alias length | 1 byte |
| Alias type (07h) | 1 byte |
| Alias | N bytes |

*The Long ID can be a 6-byte identifier or an Alias. The address server will set the network address field to the network address of the associated node. If the Long ID (or Alias) cannot be found the network address field will be set to all 1's.
*The requesting node must set the Long ID field and/or the Alias field. The source bridge address must be act to the source node type and a node ID of all 1's. The address server will set the network address field to the next available 16-bit address. If an address is not available, the field will be set to all 1's.

What is claimed is:

1. A method of beginning a data exchange over an RF communication link between a polling device and a sending device wherein the polling device has an interpoll gap time, the method comprising:

(a) identifying by the sending device that the RF communication link is clear throughout a period which is at least as long as the maximum possible interpoll gap time under conditions solely when the RF communication link is heavily loaded; and

(b) transmitting a request for poll frame by the sending device.

2. The method of claim 1 which comprises, before (a), a further act of branching to (b) if traffic on the wireless communication channel is below a predetermined level.

3. The method of claim 1 wherein the interpoll gap is a predetermined time period of fixed duration between consecutive poll frames.

4. The method of claim 1 wherein, in (a), if the beginning of the period coincides with a detected end of transmission, attempting to avoid collisions by delaying a random period before executing (b).

5. The method of claim 2 wherein, in (a), if the traffic is below the predetermined level, branching to (b) only when the sending device does not sense a carrier on the RF communication channel.

6. A method of beginning a data exchange over a wireless communication channel between a destination device and a sending device comprising:

waiting, by the sending device, a period of time that is at least as long as a predetermined time period and detecting no communication on the wireless communication channel;

attempting, by the sending device, to initiate communication to the destination device; and

if the attempt to initiate communication to the destination device proves successful, transmitting, by the sending device, a series of packets wherein each two consecutive packet transmissions are separated by no more than the predetermined time period.

7. The method of claim 6 wherein the destination device comprises a polling device.

8. The method of claim 6 wherein if the beginning of the period of time during which no communication is detected coincides with the end of a detected transmission, attempting to avoid collisions by delaying a random period before attempting to initiate communication to the destination device.

9. The method of claim 6 which comprises immediately attempting to initiate communication to the destination device if traffic on the wireless communication channel is below a predetermined level.

10. The method of claim 6 which comprises immediately attempting to initiate communication to the destination device when the sending device does not sense activity on the wireless communication channel, if traffic on the wireless communication channel is below a predetermined level.

11. A method of beginning a data exchange over a wireless communication channel between a destination device and a sending device comprising:

selecting a predetermined traffic level over the wireless communication channel;

determining that the traffic is below the predetermined traffic level;

transmitting a request for a poll frame by the sending device.

12. The method of claim 11 wherein the destination device comprises a polling device.

13. The method of claim 11 wherein after determining that the traffic is below the predetermined traffic level, transmitting a request for a poll frame only when the sending device does not sense a carrier on the wireless communication channel.

US 6,714,559 B1

39 40

14. A method of beginning communication within a wireless communication network among a plurality of devices comprising:

determining whether communication is being performed from a first device of the plurality of devices to a second device of the plurality of device, the communication being performed on a communication channel within the wireless communication network;

initiating communication between the first device and the second device after determining that no communication is being performed; and

continuing the communication when the communication proves successful.

15. The method of claim 14 further comprising determining a level of communication that is being performed from the first device to the second device.

16. The method of claim 15 further comprising waiting a predetermined period of time before initiating communication when the level exceeds a predetermined threshold.

17. The method of claim 14 wherein the first device comprises a sending device.

18. The method of claim 14 wherein the second device comprises a receiving device.

19. The method of claim 14 wherein at least one of the first device and the second device comprises a polling device.

20. The method of claim 14 further comprising transmitting a request for poll frame by at least one of the first device and the second device.

* * * * *