ROBERT S. BREWER, JR. (SBN 65294)
JAMES S. MCNEILL (SBN 201663)
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:    (619) 595-5400
Facsimile:     (619) 595-5450

WILLIAM F. LEE (admitted *pro hac vice*)
JOHN J. REGAN (admitted *pro hac vice*)
STEPHEN M. MULLER (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:    (617) 526-6000
Facsimile:     (617) 526-5000

MARK D. SELWYN (admitted *pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Phone: (650) 858-6000
Fax: (650) 858-6100

Attorneys for Defendant/Counterclaimant
BROADCOM CORPORATION

**FILED** NOV 2 2 2006 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant. | Case Nos. 05 CV 1392 B (BLM)<br><br>**ORDER PERMITTING ENTRY, SETUP, AND USE OF TECHNICAL EQUIPMENT ON NOVEMBER 27, 2006**<br><br>DATE:   NOVEMBER 27, 2006<br>TIME:   2:00 P.M.<br>CTRM.:  2<br>JUDGE:  HON. RUDI M. BREWSTER |
| AND RELATED COUNTER-COUNTERCLAIMS | |

1       WHEREAS, the Court has set a hearing in this matter beginning at 2:00 p.m. on Monday, November 27, 2006;

3       WHEREAS, Plaintiff and Counter-defendant Qualcomm Incorporated ("Qualcomm") and Defendant and Counter-plaintiff Broadcom ("Broadcom") have agreed to share certain equipment for use at the hearing, including equipment brought by Qualcomm; and

6       WHEREAS, Defendant and Counter-plaintiff Broadcom Corporation seeks permission to bring into the courtroom and set up on November 27, 2006: (1) Video Data Presenter; (2) Projector; (3) VGA Switcher; (4) Flat Panel Monitors; (5) Laptop Computers; and (6) Connecting Wires and Power Supply Cords to be used during the hearing.

      IT IS SO ORDERED.

Dated: November 22, 2006.

*[signature]*

Honorable Rudi M. Brewster
United States District Judge

SD:22151804.1

McKenna Long & Aldridge LLP
Attorneys At Law
San Diego

- 2 -

05 CV 01392

**QUALCOMM INCORPORATED v. BROADCOM CORPORATION**
United States District Court Case No. 05-CV-01392 B (BLM)

### CERTIFICATE OF SERVICE

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **(PROPOSED) ORDER PERMITTING ENTRY, SETUP, AND USE OF TECHNICAL EQUIPMENT ON NOVEMBER 27, 2006**

via personal service, overnight mail (VIA UPS Overnight), facsimile, first class mail or e-mail, as indicated below:

| | |
|---|---|
| Barry Jerome Tucker, Esq.<br>HELLER EHRMAN LLP<br>4350 La Jolla Village Drive, 7th Floor<br>San Diego, CA 92122<br>Tel.: (858) 450-8478/**Fax: (858) 450-8499**<br>**barry.tucker@hellerehrman.com** | *Attorneys for Plaintiff* |

**Via Facsimile and U.S. Mail**

| | |
|---|---|
| Christian E. Mammen, Esq.<br>James R. Batchelder, Esq.<br>DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Boulevard, Suite 400<br>Cupertino, CA 95014<br>Tel: (408) 873-0110/**Fax: (408) 873-0220**<br>**jbatchelder@daycasebeer.com**<br>**cmammen@daycasebeer.com** | *Attorneys for Plaintiff* |

**Via Facsimile and U.S. Mail**

| | |
|---|---|
| Nitin Subhedar, Esq.<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Tel: (650) 324-7000/**Fax: (650) 324-0638**<br>**nitin.subhedar@hellerehrman.com** | *Attorneys for Plaintiff* |

**Via Facsimile and U.S. Mail**

| | | |
|---|---|---|
| 1 | John Allcock, Esq. | *Attorneys for Plaintiff* |
| 2 | James T. Hannink, Esq. | |
| | DLA PIPER US LLP | |
| 3 | 401 B Street, Suite 1700 | |
| | San Diego, CA 92101 | |
| 4 | Tel: (619) 599-2700/**Fax: (619) 699-2701** | |
| 5 | john.allcock@dlapiper.com | |
| | jim.hannink@dlapiper.com | |
| 6 | | |
| 7 | **Via Facsimile and U.S. Mail** | |
| 8 | | |
| 9 | Richard S. Taffet, Esq. | *Attorneys for Plaintiff* |
| | Bingham McCutchen LLP | |
| 10 | 399 Park Avenue | |
| | New York, NY 10022-4689 | |
| 11 | Tel: (212) 705-7000/**Fax: (212) 752-5378** | |
| | richard.taffet@bingham.com | |
| 12 | | |
| 13 | **Via Facsimile and U.S. Mail** | |
| 14 | | |
| 15 | William F. Abrams, Esq. | *Attorneys for Plaintiff* |
| | Patrick T. Weston, Esq. | |
| 16 | Bingham McCutchen LLP | |
| | 1900 University Avenue | |
| 17 | East Palo Alto, CA 94303-2223 | |
| | Tel: (650) 849-4400/**Fax: (650) 849-4800** | |
| 18 | william.abrams@bingham.com | |
| 19 | patrick.weston@bingham.com | |
| 20 | | |
| 21 | **Via Facsimile and U.S. Mail** | |

```
 1  Jason A. Yurasek, Esq.                          Attorneys for Plaintiff
    Bingham McCutchen LLP
 2  Three Embarcadero Center
 3  San Francisco, CA 94111-4067
    Tel: (415) 393-2000/Fax: (415) 393-2286
 4  jason.yurasek@bingham.com
 5
 6  Via Facsimile and U.S. Mail
 7  Richard Stark, Esq.                             Attorneys for Plaintiff
    Cravath Swain and Moore LLP
 8  Worldwide Plaza
    825 Eighth Avenue
 9  New York, NY 10019
    Tel: (212) 474-1564/Fax: (212) 474-3700
10  rstark@cravath.com
11  Via Facsimile and U.S. Mail
12
         Executed on November 21, 2006, in San Diego, California.
13
14
15                                            _____
16                                                   James S. McNeill
17
18
19  SD:22144931.3
```