UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INC., <br><br> Plaintiff, <br> v. <br><br> BROADCOM CORP., <br><br> Defendant. <br> _____ | Civil No: 05-CV-1392-B(BLM) <br><br> **ORDER (1) DENYING BROADCOM'S EX PARTE APPLICATION FOR STAY OF ORDER OF MAGISTRATE JUDGE AND (2) DENYING BROADCOM'S REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF TWO RULINGS IN THE MAGISTRATE JUDGE'S NOVEMBER 6 ORDER** |

Before the Court are (1) Defendant Broadcom Corporation's ("Broadcom") Ex Parte Application for Stay of Order of Magistrate Judge and (2) Broadcom's Request for Reconsideration By the District Judge of Two Rulings in the Magistrate Judge's November 6 Order, both of which were filed on November 13, 2006. On November 16, 2006, the Court held a telephonic hearing with both parties regarding the present Ex Parte Application for Stay and Request for Reconsideration.

Having reviewed the papers and oral arguments in favor and opposition thereto, the

Court hereby (1) **DENIES** Broadcom's Ex Parte Application for Stay of Order of Magistrate Judge and (2) **DENIES** Broadcom's Request for Reconsideration By the District Judge of Two Rulings in the Magistrate Judge's November 6 Order.  The Court finds that the Magistrate Judge did not commit any clear error of law and that she was within her discretion as Magistrate Judge in making the two discovery rulings in question in her November 6, 2006, Order.  The Court accordingly **AFFIRMS** the two discovery rulings made by the Magistrate Judge at issue here.

**IT IS SO ORDERED**

DATED:  November 20, 2006

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc:  Hon. Barbara Lynn Major
     United States Magistrate Judge

     All Counsel of Record