UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BROADCOM CORPORATION, )<br>)<br>Defendant. )<br>_____ )<br>BROADCOM CORPORATION, )<br>)<br>Counterclaimant, )<br>v. )<br>)<br>QUALCOMM INCORPORATED, )<br>)<br>Counterdefendant. )<br>_____ ) | Case No. 05cv1392-B (BLM)<br><br>**ORDER (1) GRANTING McANDREWS, HELD & MALLOY'S MOTION TO QUASH QUALCOMM'S SUBPOENA FOR DEPOSITION TESTIMONY [DOC. NO. 405], (2) GRANTING BROADCOM'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO CETECOM [DOC. NO. 417], AND (3) SETTING EXPEDITED BRIEFING SCHEDULE** |

On November 27, 2006 at 1:30 p.m., the Court heard oral argument on (1) McAndrews, Held & Malloy's Motion to Quash Qualcomm's Subpoena for Deposition Testimony [Doc. No.405], and (2) Broadcom's Motion to Compel Compliance with Subpoena to Cetecom, Inc. [Doc. No. 417]. Appearing for Plaintiff Qualcomm were Barry Tucker, Dan Kassabian, Paul Rose, and Katherine Riley. Appearing for both Defendant Broadcom and Non-Party McAndrews, Held & Malloy was Hank Spuhler. Appearing for Non-Party Cetecom, Inc. was James Blackburn.

For the reasons stated on the record:

1     McAndrews, Held & Malloy's Motion to Quash Qualcomm's Subpoena for
2 Deposition Testimony is **GRANTED**. Doc. No. 405.
3     Broadcom's Motion to Compel Compliance with Subpoena to Cetecom,
4 Inc. is **GRANTED**. Doc. No. 417. Broadcom withdrew its motion to compel
5 Samsung test reports because Cetecom agreed to produce them. Broadcom's
6 motion to compel Novatel Wireless, Inc. test reports is **GRANTED**.
7 Broadcom's motion to compel deposition testimony regarding the Cetecom
8 documents produced to date, as well as the Samsung test reports to be
9 produced pursuant to this Order is **GRANTED**.
10    Finally, the Court addressed the parties' ongoing concerns with
11 regard to (1) Qualcomm's alleged violations of the Court's discovery
12 orders and (2) Broadcom's failure to produce various allegedly
13 responsive documents. The Court instructed the parties to meet and
14 confer further in an attempt to resolve these ongoing discovery issues.
15 However, to the extent that the parties are unable to resolve their
16 disputes, this Order sets forth a hearing date and briefing schedule for
17 the parties' respective motions to compel.
18    A hearing date of **December 14, 2006** at **10:30 a.m.** is assigned. The
19 parties' respective motions, which shall be limited to one (1) motion
20 per party of no more than ten (10) pages in length, shall be filed on or
21 before **December 1, 2006**. Any oppositions to these motions shall be
22 limited to no more than ten (10) pages in length, and shall be filed on
23 or before **December 6, 2006**. Any replies shall be limited to no more
24 than five (5) pages in length, and shall be filed on or before **December**
25 **8, 2006**.
26    **IT IS SO ORDERED.**
27 Dated: November 28, 2006                 *[signature: Barbara L. Major]*
28                                          BARBARA L. MAJOR
                                            United States Magistrate Judge

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL