1  ROBERT S. BREWER, JR. (SBN 65294)
   JAMES S. McNEILL (SBN 201663)
2  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
3  San Diego, California 92101
   Telephone:   (619) 595-5400
4  Facsimile:   (619) 595-5450

5  WILLIAM F. LEE (admitted pro hac vice)
   WILMER CUTLER PICKERING HALE AND DORR LLP
6  60 State Street
   Boston, Massachusetts 02109
7  Telephone:   (617) 526-6000
   Facsimile:   (617) 526-5000
8
   MARK D. SELWYN (admitted pro hac vice)
9  WILMER CUTLER PICKERING HALE AND DORR LLP
   1117 California Avenue
10 Palo Alto, California 94304
   Telephone:   (650) 858-6000
11 Facsimile:   (650) 858-6100

12 JAMES L. QUARLES III (admitted pro hac vice)
   WILMER CUTLER PICKERING HALE AND DORR LLP
13 1875 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
14 Telephone:   (202) 663-6000
   Facsimile:   (202) 663-6363
15
   JEAN DUDEK KUELPER (admitted pro hac vice)
16 THOMAS J. WIMBISCUS (admitted pro hac vice)
   GREGORY C. SCHODDE (admitted pro hac vice)
17 MCANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
18 Chicago, Illinois 60661
   Telephone:   (312) 775-8000
19 Facsimile:   (312) 775-8100

20 Attorneys for Defendant/Counterclaimant
   BROADCOM CORPORATION

21

22                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA

23

| QUALCOMM INCORPORATED, | Case No. 05 CV 01392B (BLM) |
|---|---|
| Plaintiff, | ORDER GRANTING BROADCOM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |
| vs. | |
| BROADCOM CORPORATION, | |
| Defendant. | Date: January 24, 2006 |
| AND RELATED COUNTER-COUNTERCLAIMS. | Time: 2:00 p.m. Judge: Hon. Rudi M. Brewster |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered Broadcom Corporation's Ex Parte Application For Leave To |
| 3 | File Documents Under Seal, and for good cause shown, Broadcom's request is hereby |
| 4 | GRANTED. The following documents shall be filed under seal pursuant to Local Rule |
| 5 | 79.5 of the United States District Court for the Southern District of California: |

- **BROADCOM'S OBJECTIONS TO ONE RULING IN THE MAGISTRATE JUDGE'S NOVEMBER 6 ORDER PURSUANT TO FED. R. CIV. P. 72(a); and**
- **DECLARATION OF SCOTT P. MCBRIDE IN SUPPORT OF DEFENDANT BROADCOM'S OBJECTIONS TO ONE RULING IN THE MAGISTRATE JUDGE'S NOVEMBER 6 ORDER PURSUANT TO FED. R. CIV. P. 72(a).**

IT IS SO ORDERED.

DATED: 11-22-06

Hon. Rudi M. Brewster
UNITED STATES DISTRICT JUDGE