| | |
|---|---|
| 1 | ROBERT S. BREWER, JR. (SBN 65294)<br>JAMES S. McNEILL (SBN 201663) |
| 2 | **MCKENNA LONG & ALDRIDGE LLP**<br>750 B Street, Suite 3300 |
| 3 | San Diego, California 92101<br>Telephone:  (619) 595-5400 |
| 4 | Facsimile:  (619) 595-5450 |
| 5 | WILLIAM F. LEE (admitted pro hac vice)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 6 | 60 State Street<br>Boston, Massachusetts 02109 |
| 7 | Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 |
| 8 | |
| 9 | MARK D. SELWYN (admitted pro hac vice)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 10 | 1117 California Avenue<br>Palo Alto, California 94304<br>Telephone:  (650) 858-6000 |
| 11 | Facsimile:  (650) 858-6100 |
| 12 | JAMES L. QUARLES III (admitted pro hac vice)<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 13 | 1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| 14 | Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363 |
| 15 | |
| 16 | JEAN DUDEK KUELPER (admitted pro hac vice)<br>THOMAS J. WIMBISCUS (admitted pro hac vice)<br>GREGORY C. SCHODDE (admitted pro hac vice) |
| 17 | **MCANDREWS, HELD & MALLOY, LTD.**<br>500 West Madison Street, 34th Floor |
| 18 | Chicago, Illinois 60661<br>Telephone:  (312) 775-8000 |
| 19 | Facsimile:  (312) 775-8100 |
| 20 | Attorneys for Defendant/Counterclaimant<br>**BROADCOM CORPORATION** |

FILED
NOV 22 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>            Plaintiff,<br><br>vs.<br><br>BROADCOM CORPORATION,<br><br>            Defendant.<br><br>AND RELATED COUNTER-<br>COUNTERCLAIMS. | Case No. 05 CV 01392B (BLM)<br><br>**ORDER GRANTING BROADCOM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: November 27, 2006<br>Time: 2:00 p.m.<br>Ctrm: 2<br>Judge: Hon. Rudi M. Brewster |

05-CV-01392B (BLM)

## **ORDER**

Having considered Broadcom Corporation's Ex Parte Application For Leave to File a Document Under Seal, and for good cause shown, Broadcom's request is hereby GRANTED. The following documents shall be filed under seal pursuant to Local Rule 79.5 of the United States District Court for the Southern District of California:

- Defendant Broadcom Corporation's Reply Brief in support of its Motion for Summary Judgment on its Defense of Patent Misuse of U.S. Patent Nos. 5,257,283, 5,568,483, 5,778,338, 5,655,220, 5,590,408, and 5,638,412.

**IT IS SO ORDERED.**

DATED: 11-22-06

UNITED STATES DISTRICT JUDGE