1  David E. Kleinfeld (Bar No. 110734)
   Barry J. Tucker (Bar No. 164163)
2  HELLER EHRMAN LLP
   4350 La Jolla Village Drive, 7th Floor
3  San Diego, CA  92122
   Telephone:  (585) 450-8400
4  Facsimile:   (858) 450-8499

5  Attorneys for Plaintiff, QUALCOMM Incorporated

6  Mark D. Selwyn (*Admitted Pro Hac Vice*)
7  WILMER CUTLER PICKERING HALE AND DORR LLP
   1117 California Avenue
8  Palo Alto, CA 94304
   Telephone:  (650) 858-6000
9  Facsimile:   (650) 858-6100

10  Attorneys for Defendant Broadcom Corporation.

11  (*Additional attorneys listed on following page*)

12              UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14
   QUALCOMM INCORPORATED,          05 cv 1392 B (BLM)
15
             Plaintiff,            **JOINT MOTION AND            ORDER**
16
17        v.
                                   **JUDGE: HONORABLE RUDI M. BREWSTER**
18  BROADCOM CORPORATION,
19           Defendant.
20
   AND RELATED COUNTERCLAIM
21
22
23
24
25
26
27
28

JOINT MOTION AND |            ORDER            CASE NO. 05CV1392 B (BLM)

1  [continued from previous page]

2  Robert T. Haslam (Bar No. 71134)
   Nitin Subhedar (Bar No. 171802)
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, CA  94025
   Telephone: (650) 324-7000
5  Facsimile:  (650) 324-0638

6  James R. Batchelder (Bar No. 136347)
   DAY CASEBEER MADRID & BATCHELDER LLP
7  20300 Stevens Creek Blvd., Suite 400
   Cupertino, CA  95014
8  Telephone:  (408) 873-0110
   Facsimile:  (408) 873-0220
9
   Richard Taffet (admitted pro hac vice)
10 BINGHAM MCCUTCHEN LLP
   399 Park Avenue
11 New York, NY  10022-4689
   Telephone: (212) 705-7000
12 Facsimile: (212) 752-5378

13 Richard Stark (admitted pro hac vice)
   CRAVATH SWAIN AND MOORE LLP
14 Worldwide Plaza
   825 Eighth Avenue
15 New York, NY  10019
   Telephone: (212) 474-1564
16 Facsimile:  (212) 474-3700

17 Louis M. Lupin (Bar No. 120846)
   Alexander H. Rogers (Bar No. 131879)
18 Roger Martin (Bar No. 195003)
   QUALCOMM INCORPORATED
19 5775 Morehouse Drive
   San Diego, CA  92121
20 Telephone:   (858) 658-1121

21
   Robert S. Brewer, Jr. (Sbn 65294)
22 James S. Mcneill (Sbn 201663)
   MCKENNA LONG & ALDRIDGE LLP
23 750 B Street, Suite 3300
   San Diego, CA  92101
24 Telephone:   (619) 595-5400
   Facsimile:   (619) 595-5450
25
26 Attorneys for Plaintiff, QUALCOMM Incorporated

27 John Allcock (Bar No. 98895)
   James T. Hannink (Bar No. 131747)
28 DLA PIPER US LLP
   401 B Street, Suite 1700

JOINT MOTION AND [          ORDER          2          CASE NO. 05CV1392 B (BLM)

1  San Diego, CA  92101-4297
   Telephone:   (619) 699-2700
2  Facsimile:    (619) 699-2701

3  Thomas J. Wimbiscus (*Admitted Pro Hac Vice*)
   Stephen F. Sherry (*Admitted Pro Hac Vice*)
4  Gregory C. Schodde (*Admitted Pro Hac Vice*)
   MCANDREWS, HELD & MALLOY, LTD.
5  500 West Madison Street, 34th Floor
   Chicago, Illinois 60661
6  Telephone:    (312) 775-8000
   Facsimile:    (312) 775-8100
7

8  William F. Lee (*Admitted Pro Hac Vice*)
   Stephen M. Muller (*Admitted Pro Hac Vice*)
9  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
10 Boston, MA 02109
   Telephone:  (617) 526-6000
11 Facsimile:   (617) 526-5000

12 Attorneys for Defendant Broadcom Corporation.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff/Counterdefendant QUALCOMM Incorporated ("QUALCOMM") and Defendant/Counterclaimant Broadcom Corporation ("Broadcom") have met and conferred about the case schedule and hereby stipulate and move for the limited modifications set forth below:

1.    Dispositive Motions as to Group 2

By Order dated November 6, 2006 (Docket #404), this Court set the hearing date for the Group 2 dispositive motions for March 9, 2007. The same order required opening briefs on such motions to be filed on January 2, 2007, opposition briefs to be filed on January 16, 2007 and reply briefs to be filed on January 23, 2007. Under this schedule, reply briefs are due over six weeks in advance of the hearing – a period much longer than that which has been set for every other Group. By Order dated December 6, 2006 (Docket #493), this Court altered the previously-set sequence in which the patents-in-suit would be tried, specifically by replacing the Qualcomm patents that were in Group 2 with three Broadcom patents that were originally in Group 4.

The shift of the patents from Group 4 into Group 2 caused the deadline for opening briefs on dispositive motions for those patents to be accelerated from April 2 to January 2. This created difficulties for Qualcomm's counsel for several reasons: (1) the new deadline requires Qualcomm to prepare its dispositive motions much sooner than anticipated, and during a time period in which all rebuttal expert reports are being prepared and served and expert witnesses are being deposed; and (2) several of the attorneys slated to work on dispositive motions for the patents originally in Group 4 relied on the Court's original schedule and made travel plans during the year end holidays, not anticipating a January 2 deadline. In view of the fact that the current schedule provides for 45 days after the time briefing is concluded and the March 9 hearing, the parties believe that a minor modification to the briefing schedule can be implemented without affecting other case deadlines. Specifically, the parties hereby stipulate to the following revised briefing schedule for

JOINT MOTION AND                      ORDER                   1                   CASE NO. 05CV1392 B (BLM)

1    dispositive motions on the Group 2 patents:

2           Initial briefs: January 15

3           Opposition briefs: February 5

4           Reply briefs: February 15.

5

6

7    2.     Expert reports and expert discovery relating to damages - bifurcation:

8           In its Order dated December 6, 2006 (Docket #493), the Court also bifurcated the

9    issues of liability and damages for trial such that "[a] separate remedies hearing and/or trial

10   will be held at the end of all Group Trials if necessary."   The parties expect that the liability

11   trials may substantially affect the expert analyses necessary for the remedies phase of the

12   case, and they accordingly believe that preparing expert reports and conducting expert

13   depositions on damages issues at this time may be inefficient and/or wasteful.  Accordingly,

14   the parties hereby stipulate to the following revised schedule for damages issues:

15          Supplement initial damage reports:  14 days after conclusion of the last liability trial is
16          concluded

17          Rebuttal damage reports: 21 days after the supplemental damage reports

18          Damage expert depositions: during a 14 day period commencing 14 days after the
             rebuttal damage reports.
19

20

21
22   3.     Trial of Group 4 – Fourth of July Holiday:

23          Under the current schedule, the trial for the patents in Group 4 is set to begin on July

24   2, 2007.  Although the Court has set aside four weeks for this trial, it has limited the parties

25   to 30 hours per side.  Because the Fourth of July Holiday will interrupt the initial week of

26   trial, and because the parties will not be using the full four weeks given the 30-hour per side

27   limitation, the parties believe that the start date for the trial can be moved back one week

28   without requiring a change in the scheduled end date.  Specifically, the parties hereby

JOINT MOTION AND                    ORDER
                                                    2          CASE NO. 05CV1392 B (BLM)

1   stipulate, subject to the Court's approval, that the Group 4 trial should start on Monday, July

2   9, 2007.

3        All other dates remain the same as outlined in the Court's Trial Scheduling Order

4   dated December 6, 2006 (Docket #493).

5

6        So stipulated and agreed.

7

8   Respectfully submitted,

9

10

11  By: _____      By: _____

12                                     /s/

13  Dated:  December 11, 2006         Dated:  December 11, 2006

14  CHRIS MARTINIAK (Bar No. 64847)     MARK D. SELWYN (*Admitted Pro Hac Vice*)
     HELLER EHRMAN LLP               WILMER CUTLER PICKERING HALE AND

15  333 Bush Street                     DORR LLP
     San Francisco, CA  94104         1117 California Avenue

16  Telephone:  (415) 772-6000       Palo Alto, CA 94304
     Facsimile:  (415) 772-6268        Telephone:  (650) 858-6000

17                             Facsimile:  (650) 858-6100
     *Attorneys for Plaintiff/Counterclaimant,*

18  *Qualcomm, Inc.*

19                             *Attorneys for Defendant/Counterclaimant,*
                             *Broadcom Corporation*

20

21                                <u>ORDER</u>

22  Good cause appearing, the foregoing stipulation is approved.

23  **IT IS SO ORDERED.**

24

25

26  Dated:  <u>December 12</u>, 2006

27                                  Hon. Rudi M. Brewster

28                                  **United States District Court Judge**

JOINT MOTION AND [PROPOSED] ORDER       3       CASE No. 05cv1392 B (BLM)