```
                                                              FILED
                                                          06 DEC 22 PM 1:24
                                                          CLERK, U.S. DISTRICT COURT
                                                          SOUTHERN DISTRICT OF CALIFORNIA

                                                          BY: _____ DEPUTY
```

1  JOHN ALLCOCK (Bar No. 98895)
   JAMES T. HANNICK (Bar No. 131747)
2  RANDALL E. KAY (Bar No. 149369)
   KATHRYN RILEY (Bar No. 211187)
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA 92101-4297
   Telephone: 619.699.2700
5  Facsimile: 619.699.2701

6  ROBERT T. HASLAM (Bar No. 71134)
   **HELLER EHRMAN LLP**
7  275 Middlefield Road
   Menlo Park, CA 94025
8  Telephone: 650.324.7000

9  [*Additional attorneys listed on following page*]

10 Attorneys for Plaintiff and Counterdefendant
   QUALCOMM INCORPORATED
11

12

13                   UNITED STATES DISTRICT COURT

14                  SOUTHERN DISTRICT OF CALIFORNIA

15 | QUALCOMM INCORPORATED, | CASE NO. 05 CV 1392 B (BLM)
16 |            Plaintiff,   | **ORDER GRANTING PLAINTIFF QUALCOMM INCORPORATED'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**
17 |     v.                  |
18 | BROADCOM CORPORATION,   |
19 |            Defendant.   | Date:  January 5, 2007
                              Time:  9:00 a.m.
20                            Judge: Hon. Rudi M. Brewster
21 | BROADCOM CORPORATION,
            Counterclaimant,
22
       v.
23
   QUALCOMM INCORPORATED,
24
            Counterdefendant.
25

26

27

28

DLA PIPER US LLP

ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE
CONFIDENTIAL DOCUMENTS UNDER SEAL / CASE NO. 05 CV 1392 B (BLM)

1 | *[continued from previous page]*

2 | LOUIS M. LUPIN (Bar No. 120846)
ALEXANDER H. ROGERS (Bar No. 131879)
3 | ROGER MARTIN (Bar No. 195003)
**QUALCOMM INCORPORATED**
4 | 5775 Morehouse Drive
San Diego, CA 92121
5 | Telephone: 858.658.1121

6 | DAVID E. KLEINFELD (Bar No. 110734)
BARRY J. TUCKER (Bar No. 164163)
7 | JO DALE CAROTHERS (Bar No. 228703)
**HELLER EHRMAN LLP**
8 | 4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
9 | Telephone: 858.450.8400

10 | Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper US LLP

ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE
CONFIDENTIAL DOCUMENTS UNDER SEAL / CASE NO. 05 CV 1392 B (BLM)

IT IS HEREBY ORDERED THAT:

GOOD CAUSE APPEARING and pursuant to Local Rule 79.2 of the United States District Court for the Southern District of California, Plaintiff Qualcomm Incorporated's *Ex Parte* Application to file the following confidential documents under seal IS GRANTED:

1. Plaintiff Qualcomm Incorporated's Points And Authorities in Support of its Opposition to Broadcom Corporation's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,655,220 ("Opposition");

2. Exhibits 1 to 6 of the Declaration of Kathryn Riley in Support of Plaintiff Qualcomm Incorporated's Opposition to Defendant Broadcom Corporation's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,655,220;

3. Plaintiff Qualcomm Incorporated's Opposition to Defendant Broadcom Corporation's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment of U.S. Patent No. 5,655,220; and

4. Declaration of John Barry in Support of Plaintiff Qualcomm Incorporated's Memorandum of Points and Authorities in Opposition to Defendant Broadcom Corporation's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,655,220.

**IT IS SO ORDERED.**

Dated: December 21, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

DLA PIPER US LLP

-1-
ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL — CASE NO. 05 CV 1392 B (BLM)