JOHN ALLCOCK (Bar No. 98895)
RANDALL E. KAY (Bar No. 149369)
KATHRYN RILEY (Bar No. 211187)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

ROBERT T. HASLAM (Bar No. 71134)
**HELLER EHRMAN LLP**
275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650.324.7000

[*Additional attorneys listed on following page*]

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

FILED
06 DEC 22 AM 9:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

QUALCOMM INCORPORATED,

Plaintiff,

v.

BROADCOM CORPORATION,

Defendant.

BROADCOM CORPORATION,

Counterclaimant,

v.

QUALCOMM INCORPORATED,

Counterdefendant.

CASE NO. 05 CV 1392 B (BLM)

**ORDER GRANTING PLAINTIFF QUALCOMM INCORPORATED'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**

Date: January 5, 2007
Time: 9:00 a.m.
Judge: Hon. Rudi M. Brewster

DLA PIPER US LLP

ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL / CASE NO. 05 CV 1392 B (BLM)

[*continued from previous page*]

LOUIS M. LUPIN (Bar No. 120846)
ALEXANDER H. ROGERS (Bar No. 131879)
ROGER MARTIN (Bar No. 195003)
**QUALCOMM INCORPORATED**
5775 Morehouse Drive
San Diego, CA 92121
Telephone: 858.658.1121

DAVID E. KLEINFELD (Bar No. 110734)
BARRY J. TUCKER (Bar No. 164163)
JO DALE CAROTHERS (Bar No. 228703)
**HELLER EHRMAN LLP**
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: 858.450.8400

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

DLA PIPER US LLP

ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL / CASE NO. 05 CV 1392 B (BLM)

IT IS HEREBY ORDERED THAT:

GOOD CAUSE APPEARING and pursuant to Local Rule 79.2 of the United States District Court for the Southern District of California, Plaintiff Qualcomm Incorporated's *Ex Parte* Application to file the following confidential documents under seal IS GRANTED:

1. Plaintiff QUALCOMM Incorporated's Memorandum of Points and Authorities in Opposition to Defendant Broadcom Corporation's Motion for Summary Judgment of No Indirect Infringement of U.S. Patent Nos. 5,655,220, 5,590,408, and 5,257,283 Based Upon Lack of Evidence Of Direct Infringement ("Opposition");

2. The Declaration of John Barry in Support of Plaintiff QUALCOMM Incorporated's Opposition to Defendant Broadcom Corporation's Motion for Summary Judgment of No Indirect Infringement of U.S. Patent Nos. 5,655,220, 5,590,408, and 5,257,283 Based Upon Lack of Evidence of Direct Infringement ("Barry Decl.");

3. Exhibit 1 to the Barry Decl.; and

4. Plaintiff QUALCOMM Incorporated's Response to Defendant Broadcom Corporation's Separate Statement of Undisputed Facts in Support of its Motion for Summary Judgment of No Indirect Infringement of U.S. Patent Nos. 5,655,220, 5,590,408, and 5,257,283 Based Upon Lack Of Evidence Of Direct Infringement ("Response to Statement of Undisputed Facts").

**IT IS SO ORDERED.**

Dated: December 21, 2006

UNITED STATES DISTRICT COURT JUDGE

DLA PIPER US LLP

-1-

ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL / CASE NO. 05 CV 1392 B (BLM)