FILED
06 DEC 22 PM 1:24
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  JOHN ALLCOCK (Bar No. 98895)
   JAMES T. HANNICK (Bar No. 131747)
2  RANDALL E. KAY (Bar No. 149369)
   KATHRYN RILEY (Bar No. 211187)
3  **DLA PIPER US LLP**
   401 B Street, Suite 1700
4  San Diego, CA 92101-4297
   Telephone: 619.699.2700
5  Facsimile: 619.699.2701

6  ROBERT T. HASLAM (Bar No. 71134)
   **HELLER EHRMAN LLP**
7  275 Middlefield Road
   Menlo Park, CA 94025
8  Telephone: 650.324.7000

9  [*Additional attorneys listed on following page*]

10 Attorneys for Plaintiff and Counterdefendant
   QUALCOMM INCORPORATED
11

12

13                  UNITED STATES DISTRICT COURT

14                 SOUTHERN DISTRICT OF CALIFORNIA

15 | QUALCOMM INCORPORATED,        | CASE NO. 05 CV 1392 B (BLM)
16 |         Plaintiff,            | **ORDER GRANTING PLAINTIFF QUALCOMM INCORPORATED'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**
17 |     v.                        |
18 | BROADCOM CORPORATION,         |
19 |         Defendant.            | Date: January 5, 2007
                                     Time: 9:00 a.m.
20                                   Judge: Hon. Rudi M. Brewster
   | BROADCOM CORPORATION,         |
21 |                               |
   |         Counterclaimant,      |
22 |                               |
   |     v.                        |
23 |                               |
   | QUALCOMM INCORPORATED,        |
24 |                               |
   |         Counterdefendant.     |
25

26

27

28

DLA PIPER US LLP

| | |
|---|---|
| 1 | *[continued from previous page]* |
| 2 | LOUIS M. LUPIN (Bar No. 120846) |
|   | ALEXANDER H. ROGERS (Bar No. 131879) |
| 3 | ROGER MARTIN (Bar No. 195003) |
|   | **QUALCOMM INCORPORATED** |
| 4 | 5775 Morehouse Drive |
|   | San Diego, CA  92121 |
| 5 | Telephone:   858.658.1121 |
| 6 | DAVID E. KLEINFELD (Bar No. 110734) |
|   | BARRY J. TUCKER (Bar No. 164163) |
| 7 | JO DALE CAROTHERS (Bar No. 228703) |
|   | **HELLER EHRMAN LLP** |
| 8 | 4350 La Jolla Village Drive, 7th Floor |
|   | San Diego, CA  92122 |
| 9 | Telephone:   858.450.8400 |
| 10 | Attorneys for Plaintiff and Counterdefendant |
|    | QUALCOMM INCORPORATED |

DLA Piper US LLP

ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL / CASE NO. 05 CV 1392 B (BLM)

IT IS HEREBY ORDERED THAT:

GOOD CAUSE APPEARING and pursuant to Local Rule 79.2 of the United States District Court for the Southern District of California, Plaintiff Qualcomm Incorporated's *Ex Parte* Application to file the following confidential documents under seal IS GRANTED:

1. Plaintiff Qualcomm Incorporated's Points And Authorities in Support of its Opposition to Broadcom Corporation's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,655,220 ("Opposition");

2. Exhibits 1 to 6 of the Declaration of Kathryn Riley in Support of Plaintiff Qualcomm Incorporated's Opposition to Defendant Broadcom Corporation's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,655,220;

3. Plaintiff Qualcomm Incorporated's Opposition to Defendant Broadcom Corporation's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment of U.S. Patent No. 5,655,220; and

4. Declaration of John Barry in Support of Plaintiff Qualcomm Incorporated's Memorandum of Points and Authorities in Opposition to Defendant Broadcom Corporation's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,655,220.

**IT IS SO ORDERED.**

Dated: December 21, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

DLA PIPER US LLP

-1-
ORDER GRANTING PLAINTIFF QUALCOMM'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL — CASE NO. 05 CV 1392 B (BLM)