1  ROBERT S. BREWER, JR. (SBN 65294)
   JAMES S. MCNEILL (SBN 201663)
2  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
3  San Diego, CA 92101
   Telephone:    (619) 595-5400
4  Facsimile:    (619) 595-5450

5  WILLIAM F. LEE (admitted *pro hac vice*)
   JOHN J. REGAN (admitted *pro hac vice*)
6  STEPHEN M. MULLER (admitted *pro hac vice*)
   WILMER CUTLER PICKERING
7    HALE AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Telephone:   (617) 526-6000
9  Facsimile:   (617) 526-5000

10 MARK D. SELWYN (admitted *pro hac vice*)
   WILMER CUTLER PICKERING
11   HALE AND DORR LLP
   1117 California Avenue
12 Palo Alto, California 94304
   Phone: (650) 858-6000
13 Fax: (650) 858-6100

14 Attorneys for Defendant/Counterclaimant
   BROADCOM CORPORATION

**FILED** JAN – 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED 2007 JAN –4 A 11: 24
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTER-COUNTERCLAIMS | Case Nos. 05 CV 1392 B (BLM)<br><br>**ORDER PERMITTING ENTRY, SETUP, AND USE OF TECHNICAL EQUIPMENT ON JANUARY 5, 2007**<br><br>DATE:  JANUARY 5, 2007<br>TIME:  9:00 A.M.<br>CTRM.:  2<br>JUDGE:  HON. RUDI M. BREWSTER |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

05 CV 01392

WHEREAS, the Court has set a hearing in this matter beginning at 9:00 a.m. on Friday, January 5, 2007;

WHEREAS, Plaintiff and Counter-defendant Qualcomm Incorporated ("Qualcomm") and Defendant and Counter-plaintiff Broadcom ("Broadcom") have agreed to share certain equipment for use at the hearing, including equipment brought by Qualcomm; and

WHEREAS, Defendant and Counter-plaintiff Broadcom Corporation seeks permission to bring into the courtroom and set up on January 4, 2007: (1) Video Data Presenter; (2) Projector; (3) VGA Switcher; (4) Flat Panel Monitors; (5) Laptop Computers; and (6) Connecting Wires and Power Supply Cords to be used during the hearing.

IT IS SO ORDERED.

Dated: January 4, 2007.

_____
Honorable Rudi M. Brewster
United States District Judge

SD:22152943.1

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 2 -

05 CV 01392