DAVID E. KLEINFELD (Bar No. 110734)
BARRY J. TUCKER (Bar No. 164163)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: 858.450.8400
Facsimile: 858.450.8499

ROBERT T. HASLAM (Bar No. 71134)
NITIN SUBHEDAR (Bar No. 171802)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650.324.7000
Facsimile: 650.324.0638

JAMES R. BATCHELDER (Bar No. 136347)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: 408.873.0110
Facsimile: 408.873.0220

[*Additional attorneys listed on following page*]

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>                      Plaintiff,<br>v.<br><br>BROADCOM CORPORATION,<br><br>                      Defendant.<br><br>BROADCOM CORPORATION,<br><br>                      Counterclaimant,<br>v.<br><br>QUALCOMM INCORPORATED,<br><br>                      Counterdefendant. | Case No.: 05-CV-1392 B (BLM)<br><br>**AMENDED ORDER GRANTING LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Judge:  Hon. Rudi M. Brewster<br>Date:   Wednesday, January 24, 2007<br>Time:  8:30 a.m.<br>Ctrm:  2 |

| | |
|---|---|
| 1 | [*continued from previous page*]<br>LOUIS M. LUPIN (Bar No. 120846) |
| 2 | ALEXANDER H. ROGERS (Bar No. 131879)<br>QUALCOMM INCORPORATED |
| 3 | 5775 Morehouse Drive<br>San Diego, CA  92121 |
| 4 | Telephone:  858.658.1121 |
| 5 | JOHN ALLCOCK (Bar No. 98895)<br>JAMES T. HANNINK (Bar No. 131747) |
| 6 | DLA PIPER US LLP<br>401 B Street, Suite 1700 |
| 7 | San Diego, CA 92101-4297<br>Telephone: 619.699.2700 |
| 8 | Facsimile: 619.699.2701 |
| 9 | RICHARD TAFFET (admitted *pro hac vice*)<br>BINGHAM McCUTCHEN LLP |
| 10 | 399 Park Avenue<br>New York, NY 10022-4689 |
| 11 | Telephone: 212.705.7000<br>Facsimile: 212.752.5378 |
| 12 | Attorneys for Plaintiff and Counterdefendant<br>QUALCOMM INCORPORATED |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

AMENDED ORDER                                                                                                       05-CV-1392 B (BLM)

1  Having considered QUALCOMM Incorporated's *Ex Parte* Application For Leave To File Confidential Documents Under Seal and the declaration submitted therewith,

IT IS HEREBY ORDERED THAT the Memorandum of Points and Authorities and Declaration of Daniel N. Kassabian in Support of Opposition to Broadcom Corporation's Motion Under Fed. R. Civ. P. 16(f), 12(f) and 15(a) to Strike Qualcomm Incorporated's Newly Raised Counter-Counterclaims, including the exhibits thereto, shall be placed and maintained under seal by the clerk of this court.

Dated:    1-26-07    
_____
The Honorable Rudi M. Brewster
UNITED STATES DISTRICT COURT JUDGE