UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>    Plaintiff,<br>v.<br>BROADCOM CORPORATION,<br><br>    Defendant.<br>_____ | Civil No: 05-CV-1392-B(BLM)<br><br>**ORDER DENYING BROADCOM'S MOTION UNDER FED. R. CIV. P. 16(F), 12(F) AND 15(A) TO STRIKE QUALCOMM'S NEWLY RAISED COUNTER-COUNTERCLAIMS** |

Before the Court is Broadcom Corporation's ("Broadcom") Motion Under Fed. R. Civ. P. 16(f), 12(f) and 15(a) To Strike Qualcomm's Newly-Raised Counter-Counterclaims filed on December 29, 2006. The Court held hearing on the present Motion on January 24, 2007.

Based on oral arguments and written briefs submitted in favor and opposition thereto, the Court **FINDS** that Qualcomm Incorporated ("Qualcomm") was permitted to file Qualcomm's Reply to Broadcom's Second Amended Answer and Counterclaims, and

Qualcomm's Counter-Counterclaims on December 11, 2006, pursuant to the Stipulation and Order Regarding Amended Pleadings entered by the Court on November 22, 2006. Accordingly, the Court hereby **DENIES** Broadcom's present Motion to Strike.

**IT IS SO ORDERED**

DATED:  January 26, 2007

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc: Hon. Barbara Lynn Major
    United States Magistrate Judge

    All Counsel of Record

05-CV-1392-B (BLM)