UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED, | Case No. 05cv1392-B (BLM) |
| Plaintiff, | **ORDER DENYING QUALCOMM'S MOTION FOR SANCTIONS FOR VIOLATION OF FED. R. CIV. P. 30(d)(1)** |
| v. | |
| BROADCOM CORPORATION, | |
| Defendant. | **[DOC. NO. 595]** |
| BROADCOM CORPORATION, | |
| Counterclaimant, | |
| v. | |
| QUALCOMM INCORPORATED, | |
| Counterdefendant. | |

On February 8, 2007 at 10:30 a.m., the Court heard oral argument on Qualcomm's Motion for Sanctions for Violation of Fed. R. Civ. P. 30(d)(1) by Counsel for Broadcom in the Deposition of Dr. Michael Honig. Doc. No. 595. Appearing for Qualcomm was Chris Martiniak. Appearing for Broadcom was Greg Schodde.

For the reasons stated on the record, Qualcomm's Motion for Sanctions for Violation of Fed. R. Civ. P. 30(d)(1) by Counsel for Broadcom in the Deposition of Dr. Michael Honig is **DENIED** in its

entirety.  Broadcom's request that it be awarded its travel expenses and fees for one (1) hour's appearance is also **DENIED.**

**IT IS SO ORDERED.**

Dated: February 8, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL