FILED

'07 FEB 21  AM 8: 15

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>                              Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>                              Defendant. | Case No.: 05-CV-1392 B (BLM)<br><br>**ORDER GRANTING LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Judge:   **The Honorable Rudi M. Brewster**<br>Date:    **Friday, March 9, 2007**<br>Time:    **9:00 a.m.**<br>Ctrm:    **2** |
| BROADCOM CORPORATION,<br><br>                              Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>                              Counterdefendant. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING LEAVE TO
FILE CONFIDENTIAL DOCUMENTS UNDER SEAL

05-CV-1392 B (BLM)

1    Having considered QUALCOMM Incorporated's *Ex Parte* Application For Leave To File

2    Confidential Documents Under Seal and the Declaration submitted therewith,

3    IT IS HEREBY ORDERED THAT the following documents shall be placed and maintained

4    under seal by the clerk of this court:

5    1.   Reply Memorandum of Points and Authorities in Support of Qualcomm's Motion for

6    Partial Summary Judgment of Invalidity and Noninfringement of United States Patent No.

7    5,550,872;

8    2.   Reply Memorandum of Points and Authorities in Support of Qualcomm's Motion for

9    Partial Summary Judgment of Invalidity and Noninfringement of United States Patent No.

10   5,946,344;

11   3.   Declaration of Brandon H. Pace in Support of Reply Memoranda of Points and

12   Authorities in Support of Qualcomm's Motions for Partial Summary Judgment of Invalidity and

13   Noninfringement of United States Patent Nos. 5,550,872 & 5,946,344, and certain exhibits attached

14   thereto.

15

16   Dated:   ___2-20-07___          _____

17                                    The Honorable Rudi M. Brewster
                                      UNITED STATES DISTRICT COURT JUDGE

18   .

19

20

21

22

23

24

25

26

27

28

1