| | |
|---|---|
| 1 | ROBERT S. BREWER, JR. (SBN 65294) |
| 2 | JAMES S. McNEILL (SBN 201663)<br>MCKENNA LONG & ALDRIDGE LLP |
| 3 | 750 B Street, Suite 3300<br>San Diego, CA 92101 |
| 4 | Telephone: 619-595-5400<br>Facsimile: 619-595-5450 |
| 5 | WILLIAM F. LEE (admitted *pro hac vice*) |
| 6 | WILMER CUTLER PICKERING HALE & DORR LLP<br>60 State Street |
| 7 | Boston, MA 02109<br>Telephone: (617) 526-6000 |
| 8 | Facsimile: (617) 526-5000 |
| 9 | MARK D. SELWYN (admitted *pro hac vice*)<br>WILMER CUTLER PICKERING HALE & DORR LLP |
| 10 | 1117 California Avenue<br>Palo Alto, CA 94304 |
| 11 | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| 12 | JAMES L. QUARLES III (admitted *pro hac vice*) |
| 13 | WILMER CUTLER PICKERING HALE & DORR LLP<br>1875 Pennsylvania Avenue, N.W. |
| 14 | Washington, D.C. 20004<br>Telephone: (202) 663-6000 |
| 15 | Facsimile: (202) 663-6363 |
| 16 | JEAN DUDEK KUELPER (admitted *pro hac vice*)<br>THOMAS J. WIMBISCUS (admitted *pro hac vice*) |
| 17 | GREGORY C. SCHODDE (admitted *pro hac vice*)<br>MCANDREWS, HELD & MALLOY, LTD. |
| 18 | 500 West Madison Street, 34th Floor<br>Chicago, IL 60661 |
| 19 | Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100 |
| 20 | Attorneys for Defendant/Counterclaimant |
| 21 | **BROADCOM CORPORATION** |

FILED
FEB 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>          Plaintiff,<br>vs.<br><br>BROADCOM CORPORATION,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 05 CV 01392 B (BLM)<br>**ORDER GRANTING BROADCOM'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Rudi M. Brewster<br>Date: March 9, 2007<br>Time: 2:00 p.m.<br>Ctrm: 2 |

## ORDER

Having considered Broadcom Corporation's *Ex Parte* Application for Leave to File Documents Under Seal, and for good cause shown, Broadcom's request is hereby GRANTED. The following documents shall be filed under seal pursuant to Local Rule 79.5 of the United States District Court for the Southern District of California.

1. Exhibit 5 to the Declaration of Stephen Muller in Support of Defendant Broadcom Corporation's Opposition to Plaintiff Qualcomm Incorporated's Motion in Limine to Exclude "Broadcom's Expert from Offering Opinions or Bases for Opinions Not Contained in His Expert Report;" and

2. Defendant Broadcom Corporation's Opposition to Plaintiff Qualcomm Incorporated's Motion in Limine to Exclude "Evidence and Arguments Inconsistent with the Court's Claim Construction.".

**IT IS SO ORDERED.**
DATED: 2-26-07

Hon. Rudi M. Brewster
UNITED STATES DISTRICT JUDGE

05 CV 01392 B (BLM)