```
                                              FILED
                                         07 FEB 27  AM 9:28
                                         CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY:            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>　　　　　　　　　　Defendant.<br><hr>BROADCOM CORPORATION,<br><br>　　　　　　　　　　Counterclaimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　　　　　　Counterdefendant. | Case No.: 05-CV-1392 B (BLM)<br><br>**ORDER GRANTING LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Judge:　The Honorable Rudi M. Brewster<br>Date:　　March 2, 2007<br>Time:　　8:30 a.m.<br>Ctrm:　　2 |

---

ORDER GRANTING LEAVE TO
FILE CONFIDENTIAL DOCUMENTS UNDER SEAL

05-CV-1392 B (BLM)

1 |     Having considered QUALCOMM Incorporated's *Ex Parte* Application For Leave To File Confidential Documents Under Seal and the Declaration submitted therewith,

    IT IS HEREBY ORDERED THAT the following documents shall be placed and maintained under seal by the clerk of this court:

    1.    Declaration of L.J. Chris Martiniak in Support of Qualcomm, Inc.'s Objections to the Magistrate Judge's February 8, 2007 Order Denying Qualcomm's Motion for Sanctions, and certain exhibits attached thereto.

Dated:    2-26-07

/s/ Rudi M. Brewster
The Honorable Rudi M. Brewster
UNITED STATES DISTRICT COURT JUDGE

---

ORDER GRANTING LEAVE TO
FILE CONFIDENTIAL DOCUMENTS UNDER SEAL

1

05-CV-1392 B (BLM)