FILED

07 MAR -8 PM 3: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

John Allcock (Bar No. 98895)
Randall E. Kay (Bar No. 149369)
Kathryn B. Riley (Bar No. 211187)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

James R. Batchelder (Bar No. 136347)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Telephone: 408.873.0110

Robert T. Haslam (Bar No. 71134)
Nitin Subhedar (Bar No. 171802)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650.324.7000

[*Additional attorneys listed on following page*]

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br>Plaintiff,<br>v.<br>BROADCOM CORPORATION,<br>Defendant. | CASE NO. 05 CV 1392 B (BLM)<br><br>**CORRECTED ORDER GRANTING PLAINTIFF QUALCOMM INCORPORATED'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |
| BROADCOM CORPORATION,<br>Counterclaimant,<br>v.<br>QUALCOMM INCORPORATED,<br>Counterdefendant. | Date: March 9, 2007<br>Time: 2:00 PM<br>Courtroom: 2<br>Judge: Honorable Rudi M. Brewster<br><br>Trial Date: March 19, 2007 |

[*continued from previous page*]

Louis M. Lupin (Bar No. 120846)
Alexander H. Rogers (Bar No. 131879)
Roger Martin (Bar No. 195003)
QUALCOMM INCORPORATED
5775 Morehouse Drive
San Diego, CA 92121
Telephone: 858.658.1121

David E. Kleinfeld (Bar No. 110734)
Barry J. Tucker (Bar No. 164163)
Jo Dale Carothers (Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122
Telephone: 858.450.8400

Attorneys for Plaintiff and Counterdefendant
QUALCOMM INCORPORATED

IT IS HEREBY ORDERED THAT:

GOOD CAUSE APPEARING and pursuant to Local Rule 79.2 of the United States District Court for the Southern District of California, Plaintiff Qualcomm Incorporated's *Ex Parte* Application to file the following confidential documents under seal IS GRANTED:

1. Qualcomm's Incorporated's Corrected Joint Trial Brief and exhibits attached thereto.

**IT IS SO ORDERED.**

Dated: March _8__, 2007

UNITED STATES DISTRICT COURT JUDGE