ROBERT S. BREWER, JR. (SBN 65294)
JAMES S. MCNEILL (SBN 201663)
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

WILLIAM F. LEE (*admitted pro hac vice*)
STEPHEN M. MULLER (*admitted pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

THOMAS J. WIMBISCUS (*admitted pro hac vice*)
STEPHEN F. SHERRY (*admitted pro hac vice*)
GREGORY C. SCHODDE (*admitted pro hac vice*)
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Defendant/Counterclaimant
BROADCOM CORPORATION

[*Additional attorneys listed on following page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM CORPORATION,<br><br>Defendant.<br><br>AND RELATED COUNTER-COUNTERCLAIMS | 05 CV 1392 B (BLM)<br><br>**JOINT MOTION AND ORDER REGARDING TRIAL BRIEFS**<br><br>Date: March 19, 2007<br>Time: 9:00 AM<br>Courtroom: 2<br>Judge: Honorable Rudi M. Brewster |

FILED
2007 MAR 13 PM 4:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DLA PIPER US LLP
SAN DIEGO

SD\1684361.1
336110-103

JOINT MOTION AND (PROPOSED) ORDER REGARDING TRIAL BRIEFS
CASE NO. 05 CV 1392 B (BLM)

USIDOCS 6097550v1

| | |
|---|---|
| 1 | JOHN ALLCOCK (SBN 98895) |
| | RANDALL E. KAY (SBN 149369) |
| 2 | KATHRYN B. RILEY (SBN. 211187) |
| | DLA PIPER US LLP |
| 3 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| 4 | Telephone: 619.699.2700 |
| | Facsimile: 619.699.2701 |
| 5 | |
| | ROBERT T. HASLAM (SBN 71134) |
| 6 | NITIN SUBHEDAR (SBN 171802) |
| | HELLER EHRMAN LLP |
| 7 | 275 Middlefield Road |
| | Menlo Park, CA 94025 |
| 8 | Telephone: (650) 324-7000 |
| | Facsimile: (650) 324-0638 |
| 9 | |
| | DAVID E. KLEINFELD (SBN 110734) |
| 10 | BARRY J. TUCKER (SBN 164163) |
| | JO DALE CARCTHERS (SBN 228703) |
| 11 | HELLER EHRMAN LLP |
| | 4350 La Jolla Village Drive, 7th Floor |
| 12 | San Diego, CA 92122 |
| | Telephone: (858) 450-8400 |
| 13 | Facsimile: (858) 450-8499 |
| 14 | JAMES R. BATCHELDER (SBN 136347) |
| | DAY CASEBEER MADRID & BATCHELDER LLP |
| 15 | 20300 Stevens Creek Blvd., Suite 400 |
| | Cupertino, CA 95014 |
| 16 | Telephone: (408) 873-0110 |
| | Facsimile: (408) 873-0220 |
| 17 | |
| | LOUIS M. LUPIN (SBN 120846) |
| 18 | ALEXANDER H. ROGERS (SBN 131879) |
| | ROGER MARTIN (SBN 195003) |
| 19 | QUALCOMM INCORPORATED |
| | 5775 Morehouse Drive |
| 20 | San Diego, CA 92121 |
| | Telephone: (858) 658-1121 |
| 21 | |
| | RICHARD STARK |
| 22 | CRAVATH, SWAIN AND MOORE LLP |
| | Worldwide Plaza |
| 23 | 825 Eighth Avenue |
| | New York, NY 10019 |
| 24 | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |
| 25 | |
| | Attorneys for Plaintiff/Counterclaimant |
| 26 | QUALCOMM INCORPORATED |
| 27 | |
| 28 | |

DLA PIPER US LLP
SAN DIEGO

SD\1684361.1
336110-103

JOINT MOTION AND (PROPOSED) ORDER REGARDING TRIAL BRIEFS
CASE NO. 05 CV 1392 B (BLM)

USIDOCS 6097550v1

1  WHEREAS, Civil Local Rule 16.1(f)(9) and the Court's Chamber Rules require
2  Qualcomm Incorporated and Broadcom Corporation (collectively, "the parties") to file Trial
3  Briefs, with specified contents, seven calendar days before trial;

4  WHEREAS, in connection with the joint [Proposed] Pretrial Order filed by the parties on
5  March 9, 2007, the parties submitted copies of their Memoranda and Supplemental Memoranda
6  of Contentions of Fact and Law, as well Rebuttal Memoranda of Contentions of Fact and Law;

7  WHEREAS, also in connection with the joint [Proposed] Pretrial Order filed by the
8  parties on March 9, 2007, the parties identified all proposed trial exhibits, deposition
9  designations, and trial witnesses, as well as all objections to such proposed evidence;

10  IT IS HEREBY STIPULATED AS FOLLOWS:

11  1.  All significant disputed issues of law and fact have been identified in the joint
12  [Proposed] Pretrial Order and exhibits thereto, filed by the parties on March 9, 2007. The parties
13  therefore request that they be relieved of any additional obligation to file additional or further
14  briefing on such issues.

15  2.  All significant foreseeable procedural or evidentiary disputes have been identified
16  in the parties' joint [Proposed] Pretrial Order.

17  3.  The parties' proposed *voir dire* questions are due on March 12, 2007. To the
18  extent the parties wish to propound additional questions during *voir dire*, each party will provided
19  additional proposed *voir dire* questions to opposing counsel by 12:00 p.m. PST on March 18,
20  2007.

21  4.  The parties have agreed to the following sequence for the disclosure and/or
22  exchange of material during trial. To the extent possible, the parties have agreed that all
23  exchanges described below are to take place electronically.

24

25  a.  Provide copies of summaries of evidence (Fed. R. Evid. 1006) by 9:00 p.m.
26  PST the third calendar day (e.g., Sunday for use on Wednesday) before such summaries are
    expected to be used at trial.

27
28  b.  Provide lists of witnesses and order of same, and identification of subjects

1

SD\1684361.1
336110-103
JOINT MOTION AND (PROPOSED) ORDER REGARDING TRIAL BRIEFS
CASE NO. 05 CV 1392 B (BLM)
DLA PIPER US LLP
SAN DIEGO

USIDOCS 6097550v1

of each witness' expected testimony by 9:00 a.m. PST the second calendar day (e.g., Monday for Wednesday testimony) before such witnesses are expected to be called at trial.

     c. Provide copies of all demonstratives, lists of deposition excerpts, and lists of trial exhibits to be used in direct testimony by 8:00 p.m. PST the second calendar day before such material is expected to be used at trial.

     d. Opposing party to provide objections to any of the items disclosed pursuant to (a) through (c) above by 9:00 a.m. PST the day before such evidence is proposed to be used at trial.

     e. The parties expect to meet and confer at 8:30 p.m. PST the day before any of the items disclosed pursuant to (a) through (c) above is proposed to be used at trial.

| | |
|---|---|
| By: s/ Kathryn B. Riley | By: s/ James S. McNeill |
| Dated: March 12, 2007 | Dated: March 12, 2007 |
| JOHN ALLCOCK (Bar No. 98895)<br>RANDALL E. KAY (Bar No. 149369)<br>KATHRYN B. RILEY (Bar No. 211187)<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: (619) 699.2700<br>Facsimile: (619) 699.2701<br><br>Attorneys for Plaintiff/Counterclaimant<br>QUALCOMM INCORPORATED | ROBERT S. BREWER, JR. (SBN 65294)<br>JAMES S. MCNEILL (SBN 201663)<br>MCKENNA LONG & ALDRIDGE LLP<br>750 B Street, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-5400<br>Facsimile: (619) 595-5450<br><br>Attorneys for Defendant/Counterclaimant<br>BROADCOM CORPORATION |

**ORDER**

IT IS SO ORDERED.

Dated: March 13, 2007

_____
United States District Court Judge

SD:22155204.1