UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>        Plaintiff,<br>v.<br><br>BROADCOM CORPORATION,<br><br>        Defendant.<br>_____<br>BROADCOM CORPORATION,<br><br>        Counterclaimant,<br>v.<br><br>QUALCOMM INCORPORATED,<br><br>        Counterdefendant.<br>_____ | Case No. 05cv1392-B (BLM)<br><br>**ORDER (1) CONFIRMING SETTLEMENT, (2) SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL, AND (3) DENYING OUTSTANDING DISCOVERY MOTIONS AS MOOT [DOC. NOS. 742, 835]** |

    On March 14, 2007, the parties informed the Court that a settlement has been reached. See Doc. No. 867 ("Minute Entry for proceedings held before Judge Rudi M. Brewster: Motion In Limine Hearing (Group 1) set for 3/14/2007 not held. Counsel informs Court a settlement has been reached. Jury Trial (Group 1) set for 3/19/2007 - VACATED.").

    Accordingly, a joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **April 5, 2007**. A proposed order on the joint motion for dismissal must be e-

mailed to the district judge's chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **April 5, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **April 10, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated. All outstanding discovery motions, including Broadcom's Motion for Sanctions Against Qualcomm to Exclude Certain Witnesses that were Untimely and Improperly Disclosed [Doc. No. 742] and Qualcomm's Motion to Compel Production of Certain Documents from Broadcom's Privilege Log [Doc. No. 835] are **DENIED** as moot.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

Dated: March 16, 2007

BARBARA L. MAJOR
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL