FILED

2007 MAR 22  PM 2: 37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>BROADCOM CORPORATION,<br><br>    Defendant. | CV NO.  05 cv 1392 B (BLM)<br><br>**ORDER GRANTING**<br>**JOINT MOTION TO DISMISS ACTION** |
| BROADCOM CORPORATION,<br><br>    Counterclaimant,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>    Counterdefendant. | |

DLA Piper US LLP
San Diego

05 CV 1392 B (BLM)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c), the parties have jointly moved to dismiss all of the remaining claims and counterclaims in this action without prejudice, with each party bearing its own costs. The motion is GRANTED.

IT IS SO ORDERED.

Dated: 3-21-07

Hon. Rudi M. Brewster
United States District Court Judge

-1-

05 CV 1392 B (BLM)

DLA Piper US LLP
San Diego